UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

STATE OF NEW YORK, and

STATE OF FLORIDA,

    Plaintiffs,

v.

THE TAX CLUB, INC., et.al,

    Defendants, and

SANDRA C. SAVAGE,

    Relief Defendant.

Case No.   13 - cv - 210

**APPENDIX TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF TEMPORARY RECEIVER, AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A <u>PRELIMINARY INJUNCTION SHOULD NOT ISSUE</u>**

<u>**VOLUME I - INDEX**</u>

**EXHIBIT 1 – Declaration of Judy S. Prosper**

    A.    Subpoena and May 4, 2010 letter response

    B.    List of files on accompanying DVD

    C.    Transcript for audio file 934918_080309

    D.    Transcript for audio file 934918_080409

    E.    Transcript for audio file 934918_081109

    F.    Transcript for audio file 934918_030110

G.  Transcript for audio file 941441_010810

H.  Transcript for audio file 941441_030110

I.  Transcript for audio file 944406_030810

J.  Transcript for audio file 944406_030910

K.  Transcript for audio file 944406_031610.1

L.  Transcript for audio file 944406_031610.2

M.  Transcript for audio file 944406_031710

N.  Transcript for audio file 941260_010410

O.  Transcript for audio file 941260_010510

P.  Transcript for audio file 941260_010710

Q.  Transcript for audio file 941260_012210

R.  Transcript for audio file 941260_021210

S.  Transcript for audio file 941260_030810

T.  Transcript for audio file 941260_071410

U.  934918 – Business Plan

V.  934918 – Tax Plan

W.  944406 – Tax Plan

X.  937730 – Business Plan

Y.  940135 – Business Plan

Z.  TTC Membership Pitch - TJ script

AA.  The Tax Club Script (NYC General) bp

BB.  TTC Membership Pitch - The Tax Club Consultation Script bp

FTC-TTC-000002

CC.  Non-Member Business Plan Script 12_04_09 bp

DD.  My Essential Plans_SBC Script bp

EE.  Dean Grazisoi Script

FF.  Coaching Referral Script

GG.  Compliance Script

HH.  Non-Member Upsell Appointment Script Addition

II.  Employee info from 2010-01-01 to present for 5 and 6

JJ.  UT employees for 5 and 6

KK.  Copies of emails from J. Sanscriante dated August 9, 2011 and August 29, 2011

LL.  Michael Savage Deposition Transcript, March 2, 2011

MM.  Brendan Pack Deposition Transcript, May 17, 2011

NN.  Gary Milkwick Deposition Transcript, July 26, 2011

FTC-TTC-000003