# In The Matter Of:
## THE TAX CLUB

*BRENDAN PACK*
*May 17, 2011*

*Precise Court Reporting*
*200 Old Country Road*
*Suite 110*
*Mineola, New York 11501*
*516-747-9393   718-343-7227   212-581-2570*

Original File 55424BP.v1
Min-U-Script® with Word Index

This Page Intentionally Left Blank

FTC-TTC-000630

THE TAX CLUB

BRENDAN PACK
May 17, 2011

---

Page 1

```
1
2  -----------------------------------x
3         IN THE MATTER OF
4           THE TAX CLUB
5  -----------------------------------x
6
7                    163 West 125th Street
8                    New York, New York
9
10                   May 17, 2011
11                   10:05 A.M.
12
13        DEPOSITION of BRENDAN PACK, taken
14  pursuant to Subpoena, held at the above-mentioned
15  time and place, before Patricia Wor, a Notary
16  Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

---

Page 2

```
1
2  A P P E A R A N C E S:
3
4     STATE OF NEW YORK
5     OFFICE OF THE ATTORNEY GENERAL
6     ERIC T. SCHNEIDERMAN
7          163 West 125th Street, Suite 1324
8          New York, New York 10027-8201
9     BY:   JUDY S. PROSPER,
10          Assistant Attorney General
11          GUY H. MITCHELL,
12          Assistant Attorney General In Charge
13
14
15     LAW OFFICE OF JOSEPH W. SANSCRAINTE
16          Attorney for The Tax Club and
17          the Witness
18          1120 Avenue of the Americas
19          Fourth Floor
20          New York, New York 10036
21
22     ALSO PRESENT
23          Chardonnay McMillian, Intern
24
25
```

---

Page 3

```
1                    B. Pack
2  B R E N D A N   P A C K, having first been duly
3  sworn by a Notary Public of the State of New
4  York, was examined and testified as follows:
5      MS. PROSPER: Please mark these.
6      (Whereupon, AG Exhibit-8, Subpoena, was
7  marked for identification, as of this date by
8  the Reporter.)
9      (Whereupon, AG Exhibit-9, Affidavit of
10 Service, was marked for identification, as of
11 this date by the Reporter.)
12     (Whereupon, AG Exhibit-10, Copy of
13 driver's license, was marked for
14 identification, as of this date by the
15 Reporter.)
16     MS. PROSPER: Good morning.  My name is
17 Judy Prosper.  I'm an Assistant Attorney
18 General in the Office of the Attorney
19 General, Eric T. Schneiderman.
20     Today is Tuesday, the 17th of May 2011.
21 Present with me here in the Harlem Regional
22 Office conference room are Assistant Attorney
23 General in Charge, Guy H. Mitchell, and one
24 of our student interns, Chardonnay McMillian.
25     This is a continuation In the Matter of
```

---

Page 4

```
1                    B. Pack
2  The Tax Club.  Today our witness is Brendan
3  Pack.  Present also is Mr. Joseph
4  Sanscrainte, his attorney or The Tax Club's
5  attorney.
6      Please state your appearance and the law
7  office address.
8      MR. SANSCRAINTE: My name is Joseph
9  Sanscrainte.  I'm with the Law Office of
10 Joseph Sanscrainte and I'm at 1120 Avenue of
11 the Americas, 4th Floor, New York, New York
12 10036.
13     MS. PROSPER: Thank you.
14     This examination is being conducted
15 pursuant to Article 22 of the General
16 Business Law and Article 5 of the Executive
17 Law.  The Attorney General has civil and
18 criminal jurisdiction and as such we give you
19 the following warnings.
20     First, anything you say or any document
21 you produce may be used against you in a
22 legal proceeding.
23     Second, you have the right to refuse to
24 answer any questions if a truthful answer
25 would tend to incriminate you criminally.
```

---

FTC-TTC-000631

**Page 5**

```
1                    B. Pack
2        Third, any willful misstatement may
3   constitute perjury.
4        The Attorney General will permit you to
5   have an attorney present during this
6   examination.  The attorney's role is limited
7   to consultation with you in order to give you
8   legal advice regarding privileged answers but
9   for no other reason.
10        Do you understand what I've said?
11        THE WITNESS: Yes.
12   EXAMINATION BY
13   MS. PROSPER:
14        Q.  Have you taken any prescription or
15   nonprescription drugs or medication that will
16   effect your ability to proceed?
17        A.  No.
18        Q.  Are you prepared to proceed?
19        A.  Yes.
20        Q.  Mr. Pack, have you ever testified under
21   oath in any proceeding before today?
22        A.  No.
23        Q.  Have you ever been the subject of any
24   investigation by any law enforcement agency?
25        A.  No.
```

**Page 6**

```
1                    B. Pack
2        Q.  Have you ever been convicted of a crime?
3        A.  No.
4        Q.  What is your full name?
5        A.  Brendan Andrew Pack.
6        Q.  Have you ever used any other name?
7        A.  No.
8        Q.  Did you receive notification or a
9   subpoena requiring you to appear at this office
10   today?
11        A.  Yes.
12        Q.  What did you receive?
13        A.  It was a letter.
14        Q.  How did you receive it?
15        A.  Mail.
16        Q.  Where did the mail come?
17        A.  The office.
18        Q.  I'm going to show you what has been
19   marked as Exhibit-8 and ask you if you recognize
20   it.
21        A.  Yes.
22        Q.  What do you recognize it to be?
23        A.  The letter that I received to appear
24   here.
25        Q.  Again, you said you received it by mail
```

**Page 7**

```
1                    B. Pack
2   and not by --
3        A.  Well, it was shown to me by Mike.  He
4   had it in his office.
5        Q.  Who is "Mike"?
6        A.  Mike Savage.
7        Q.  Who is he?
8        A.  The President of The Tax Club.
9        MS. PROSPER: At this time I'm going to
10   move Exhibit-8 into evidence.
11        Exhibit-8, the subpoena, directs
12   Mr. Brendan Pack, Sales Manager, of Manhattan
13   Professional Group Inc./The Tax Club to
14   appear on the 6th day of May at 10 o'clock.
15   That date was adjourned by arrangement of
16   counsel to today.
17        Let the record reflect that what is
18   Exhibit-8 is a copy of the subpoena and not
19   the original that was given to Mr. Pack.
20        (Whereupon, AG Exhibit-8, as previously
21   described, was marked in evidence, as of this
22   date.)
23        MS. PROSPER: I would now like to
24   identify AG Exhibit-9 for identification as
25   the Affidavit of Service and I'm going
```

**Page 8**

```
1                    B. Pack
2   to move it into evidence.  It reads, in
3   pertinent part, "I, Robin A. Womack, being
4   duly sworn, deposes and says:  That on
5   4-27-2011 at 350 Fifth Avenue, 60th floor,
6   City of New York, State of New York, deponent
7   served the above on Manhattan Professional
8   Group, Inc./Tax Club at 10:55 a.m.," and it
9   was delivered to a Nicole Thornton.
10        (Whereupon, AG Exhibit-9, as previously
11   described, was marked in evidence, as of this
12   date by the Reporter.)
13        MS. PROSPER: Throughout the subpoena
14   hearing I'll be referring to and showing you
15   documents culled from what The Tax Club
16   produced to our office pursuant to an earlier
17   subpoena.  Some of these documents have
18   already been admitted into evidence and I'll
19   refer to them as such and some have not and
20   perhaps will be during your testimony.  I'm
21   just going to get some background
22   information.
23        Q.  Are you currently married?
24        A.  Yes.
25        Q.  What is your spouse's name and
```

FTC-TTC-000632

THE TAX CLUB

Page 9

B. Pack
2  occupation?
3     A.  Courtney Pack.  She does not have a job.
4     Q.  Do you have any children?
5     A.  Not yet, no.  One on the way.
6     Q.  Do you pay any child support, college or
7  grad school tuition?
8     A.  No.
9     Q.  What is your home address, please?
10    A.  ███████████████████████
11 ███████████
12    Q.  With whom do you reside?
13    A.  My wife.
14    Q.  How long have you resided at this
15 address?
16    A.  Well, we've been in that building for
17 five years but in different apartments.
18    Q.  Can you give me the apartments that you
19 resided in?
20    A.  ██████████
21    Q.  You said the past four years?
22    A.  Five.
23    Q.  Do you currently own any real estate in
24 New York State?
25    A.  No.

Page 10

B. Pack
2     Q.  Have you ever in New York State?
3     A.  No.
4     Q.  Do you currently own any real estate in
5  any other state or country?
6     A.  Yes.
7     Q.  Can you tell me where that is?
8     A.  Washington State.
9     Q.  What do you own?
10    A.  A rental house and a townhouse.
11    Q.  Any other country?
12    A.  No.
13    Q.  Do you own a car, boat, aircraft or
14 motorcycle?
15    A.  I don't own, no.
16    Q.  Do you have any retirement savings,
17 stocks, investments?
18    A.  Yes.
19    Q.  Safety deposit box?
20    A.  No.
21    Q.  Have you ever enlisted in the military?
22    A.  No.
23    Q.  Do you lease a car, boat, aircraft or
24 motorcycle?
25    A.  Yes.

Page 11

B. Pack
2     Q.  Which one?
3     A.  A car.
4     Q.  What kind of car is it, make and model?
5     A.  A BMW X5.
6     Q.  What year is it, do you know?
7     A.  2009 or '10, I believe.
8     Q.  Have you ever enlisted in the military?
9     A.  No.
10    Q.  What's your social security number,
11 please?
12    A.  ███████████
13    Q.  What's your date of birth, please?
14    A.  ██████
15    Q.  Earlier today you produced to me your
16 driver's license, which I have copied.
17      Can you tell me if this is a fair and
18 accurate representation of the driver's license
19 you gave me, please?
20    A.  Yes.
21      MS. PROSPER: It's both sides.  Let the
22 record reflect that the witness has
23 identified this document as a true copy of
24 his driver's license.  It looks like the
25 license number is ████████████

Page 12

B. Pack
2  and the address on the license is ███████
3  ██████████████████████ and I
4  can't read the zip code because of the copy.
5     THE WITNESS: ████
6     MS. PROSPER: I'm just marking the zip
7  code ████ on the document because it's
8  illegible on the copy, and at this time I
9  would like to enter AG 10 into evidence.
10      (Whereupon, AG Exhibit-10, as previously
11 described, was marked in evidence, as of this
12 date by the Reporter.)
13    Q.  How did you get here today?
14    A.  Subway.
15    Q.  What is your highest level of education,
16 sir?
17    A.  Graduated college.
18    Q.  What major did you have in college?
19    A.  Business.
20    Q.  Do you have any other degrees or
21 certifications?
22    A.  No.
23    Q.  Other than at The Tax Club -- when I say
24 "The Tax Club," I speak generally of Manhattan
25 Professional Group and as an umbrella using "The

FTC-TTC-000633

**Page 13**

B. Pack

1
2  Tax Club" as, you know, general characterization
3  of the whole entity.
4      A.  Right.
5          MS. PROSPER: Let the record reflect
6      that Manhattan Professional Group, Inc./The
7      Tax Club is the incorporated name for the New
8      York entity.
9      Q.  Other than The Tax Club, and I'll ask
10  questions about this a little bit later, have you
11  previously held any position at any other tax or
12  business related organization?
13      A.  No.
14      Q.  Please describe your employment history
15  for the last 10 years.
16      A.  I was a valet in college, I worked for a
17  friend doing construction in college, and then
18  The Tax Club has been my only job after college.
19      Q.  When did you start at The Tax Club?
20      A.  November of 2004.
21      Q.  Have you ever been fired from any
22  position, other than for downsizing or
23  restructuring?
24      A.  No.
25      Q.  Did any of your prior employment

**Page 14**

B. Pack

1
2  positions require you to supervise others?
3      A.  No.
4      Q.  What is your current position at The Tax
5  Club?
6      A.  Sales manager.
7      Q.  How did you first come to be related to
8  The Tax Club?
9      A.  I interviewed.
10      Q.  When did that interview take place?
11      A.  In the fall of 2004.
12      Q.  How did you know that a job was
13  available?
14      A.  A friend of a friend informed me.
15      Q.  What are your current responsibilities
16  at The Tax Club?
17      A.  I manage the sales managers, so I manage
18  sales for the New York office.
19      Q.  For all Tax Club products?
20      A.  Yeah.
21          MS. PROSPER: For the following
22      questions, if for any reason you do not know
23      the answer from your own personal knowledge,
24      please say so.  Don't guess or try to answer
25      it.  If you know someone else at The Tax Club

**Page 15**

B. Pack

1
2  who would have the answer to that
3  information, I would ask you to please give
4  me their name for any of the following
5  questions and just throughout.
6          Again, I'm going to use another word,
7      another phrase, and I may have left it out of
8      my outline, but I'm interested to know under
9      your supervision, not sort of generally in
10      The Tax Club.  Right now the questions that I
11      ask are about your position specifically and
12      the employees under your supervision.
13      Q.  How many employees work under your
14  supervision in New York?
15      A.  Approximately 60.
16      Q.  Describe the role of the sales
17  department led by you.
18      A.  To generate revenue for the company.
19      Q.  How is the revenue generated?
20      A.  We sell tax services over the phone.
21      Q.  What other kinds of products do you
22  sell?
23      A.  Bookkeeping, business planning, payroll,
24  various business accounting services.
25      Q.  How does your department or how might

**Page 16**

B. Pack

1
2  your department interface with some of the other
3  departments, if it does at all, at The Tax Club?
4      A.  We bring new clients on board to The Tax
5  Club.  They are handed off to customer service
6  and fulfillment and usually they will manage
7  those client relationships throughout the
8  entirety of their time at The Tax Club.
9      Q.  What are the sort of limitations?  You
10  mentioned two other departments that seem to sort
11  of take over after your department.  So is sales
12  sort of the sum total of what your department is
13  responsible for?
14      A.  Yes, we only do sales.
15      Q.  Do you have any attorneys under your
16  supervision in New York?
17      A.  No.
18      Q.  Do you have any accountants under your
19  supervision in New York?
20      A.  No.
21      Q.  Are any other professionals or
22  paraprofessionals under your supervision?
23      A.  Just appointment setters.
24      Q.  Can you describe what appointment
25  setters --

FTC-TTC-000634

THE TAX CLUB

**Page 17**

B. Pack

1
2  A.  They will contact a person if they've
3  missed an appointment to set an appointment for
4  us, for the salespeople to talk with them.
5  Q.  So let's back up to how these
6  appointments come to be.
7  A.  We get leads into our database.  The
8  appointment setters will contact those leads, set
9  an appointment for a sales rep.  A sales rep will
10  contact them and talk to them about the services,
11  and if the client likes the services, we'll sign
12  them up.
13  Q.  Let's go back a little further.
14      You used the word "leads."  Can you give
15  me sort of -- can we sort of back up to how those
16  leads are obtained by The Tax Club, like the
17  origin of the leads.
18  A.  We work with anyone who is looking to
19  pursue a small business.
20  Q.  When you say "anyone," how do you find
21  these anyones?
22  A.  We don't make that determination.  You
23  know, if they're starting a business, we get them
24  from -- you know, could be anything.  You know,
25  anyone who is looking to start a business we work

**Page 18**

B. Pack

1
2  with.
3  Q.  Who initiates the contact with the
4  potential clients?
5  A.  In most cases we do.
6  Q.  Where do you get their names?
7  A.  From, you know, any variety of partners
8  that refer people over to us.
9  Q.  Could you describe "partners" to me,
10  please?
11  A.  Anybody who provides us leads.
12  Q.  What I'm trying to figure out are who
13  are these partners.  How do you partner up with
14  them and sort of what arrangements you may have
15  with them in order that they give you these names
16  for you to solicit?  So I don't want to put words
17  in your mouth.  I just want to know sort of how
18  do you -- if you're involved in the process and
19  if you know, how the list you use to call from is
20  generated.
21  A.  People referring small business owners
22  over to us because they know that we offer small
23  business services and we can help people with,
24  you know, running their business from an
25  administrative standpoint.

**Page 19**

B. Pack

1
2  Q.  Who are the first people you mentioned?
3  You said people refer you to.  Are they
4  individuals, are they companies, are they -- what
5  kinds of -- please name some of the organizations
6  or people who have referred potential customers
7  to you?
8  A.  Legal Zoom.
9  Q.  Any others?
10  A.  StoresOnline.  Sorry, I'm blanking.
11  Q.  Is there a name or description for these
12  types of people?
13  A.  Small business owners.
14  Q.  Not the potential customers but these
15  referrers.
16  A.  Businesses that deal with small business
17  owners.
18  Q.  Are you familiar with the term "lead
19  source"?
20  A.  Yes.
21  Q.  Would you call them lead sources?
22  A.  Yes.
23  Q.  So what kind of relationship would you
24  say you have -- if I could continue to call them
25  lead sources, is that a fair --

**Page 20**

B. Pack

1
2  A.  Yes.
3  Q.  What kind of relationship do you have
4  with these lead sources in terms of The Tax Club?
5  A.  They send us leads.  We obviously offer
6  those people our services and then we remit a
7  revenue split back to them if we sign people up
8  for our services.
9  Q.  How do you choose lead sources?
10  A.  Well, unfortunately it doesn't work like
11  that.  I mean, anyone who wants to work with us,
12  we are always open for small business owners with
13  leads.  The nice thing is that we've been around
14  for 10 years so people know us, so oftentimes
15  we'll get approached.
16  Q.  Would you say you pay for customer lists
17  or do you pay for customer lists at times?
18  A.  In most cases, no.
19  Q.  Do these lead sources disseminate
20  information to potential customers in advance of
21  The Tax Club contacting them?
22  A.  In many cases, yes.
23  Q.  Do lead sources, to your knowledge, tell
24  potential customers that their names will be sold
25  or given, sorry, led to The Tax Club?

FTC-TTC-000635

Page 21

B. Pack

1
2    A.  In many cases, yes.
3    Q.  Do you maintain a record of lead sources
4  such as Legal Zoom?  Do you maintain written
5  records of your interactions with lead sources
6  such as Legal Zoom and StoresOnline?
7    A.  All lead sources are in our database and
8  so the accounting department keeps a record for
9  accounting purposes to remit the revenue, you
10  know.
11    Q.  We started this whole conversation with
12  the process for making an initial contact to a
13  potential customer.
14       Who is the first Tax Club employee to
15  contact a potential customer?
16    A.  In most cases, a sales rep.
17    Q.  You spoke of appointment setters.  Do
18  they reach out to the potential customer before
19  the sales rep or at some point after?
20    A.  They could reach out before the sales
21  rep, but in most cases the sales rep is the first
22  to reach out.  Not every time that we set an
23  appointment does the person attend the
24  appointment.  If they're busy, they miss it, and
25  so the appointment setters call them to

Page 22

B. Pack

1
2  reschedule the appointment, if they missed it.
3    Q.  How do they come to get that first
4  appointment?  Who calls them to get that -- make
5  that first appointment?
6    A.  Either the appointment setter or the
7  sales rep will call and schedule that first
8  appointment.  If the client misses that first
9  appointment, the appointment setter will call
10  them back to reschedule that appointment.
11    Q.  What is the dialogue, would you say,
12  that takes place between the initial Tax Club
13  contact and the potential customer when this
14  appointment is being set?
15    A.  Hello, person's name, this is John
16  calling from The Tax Club, we want to schedule an
17  appointment with you to go over your new
18  business, what is a good time for me to speak
19  with you, and we'll schedule an appointment.
20    Q.  How do you call your sales force?  How
21  do you go about hiring and -- hiring your
22  sales -- I don't know what they're called, the
23  people who do the calling?
24    A.  Sales rep.
25    Q.  Sales rep.  How do you go about

Page 23

B. Pack

1
2  recruiting your sales reps?
3    A.  We don't do any recruiting anymore.
4  Everything is through referrals.
5    Q.  Where do your referrals come from?
6    A.  Other sales reps.
7    Q.  Why don't you give me details and sort
8  of just flow with how from the hiring process of
9  a sales rep they are trained.
10    A.  A new person will be brought on board,
11  the first thing that we do is we have them go
12  through training with our -- we have a department
13  that focuses on training.
14    Q.  Not the sales department?
15    A.  I do not conduct training, no.
16    Q.  So who conducts training?
17    A.  Jason Baum and Preston Clark.
18    Q.  Where are Jason Baum and Preston Clark
19  located?
20    A.  Preston is in our New York office.
21  Jason is in our Utah office.
22    Q.  So what qualifications do the sales reps
23  have when they come to you?
24    A.  College educations and previous sales
25  experience.

Page 24

B. Pack

1
2    Q.  How much previous sales experience?
3    A.  Could be very little, could be many
4  years.
5    Q.  You mentioned earlier that the sales
6  take place by phone.
7       Is there any other method by which the
8  sale could take place?
9    A.  We have started to do webinars more and
10  more now.
11    Q.  Describe that.
12    A.  It's just another way for us to -- the
13  tough thing with calling people on the phone is
14  you could only speak with one person.  With a
15  webinar you could speak with a much larger group
16  of people and also we can standardize the webinar
17  so it's 100 percent the same every single time,
18  and so that's a new way that we're -- you know,
19  we're really excited about because we feel that
20  it's a really good way to contact people and to
21  talk about our services and to inform them about
22  the benefits of being a business owner.
23    Q.  How do the folks who I guess view the
24  webinar or participate in the webinar come to
25  know that it's going to happen and get

THE TAX CLUB

Page 25

B. Pack

1 information on how they could tune in?
2 
3 A. An appointment setter will either
4 contact them to attend the webinar or we will
5 e-mail them.
6 Q. Where do you get the information from?
7 A. From the lead source.
8 Q. So I'm going to move away from training
9 because you said you don't do any training.
10 Are you involved at all in the materials
11 created for the training?
12 A. They will ask for my input.
13 Q. "They" being Mr. Baum and Mr. Clark?
14 A. Yes.
15 Q. Are there different tiers of sales reps?
16 A. We have sales reps and then sales
17 managers who manage the sales reps.
18 Q. How many sales managers do you have?
19 A. Eight.
20 Q. You said 60 salespeople?
21 A. Correct.
22 Q. Including the eight or 60 on top of
23 that?
24 A. Including. It might be closer to 50
25 total.

Page 26

B. Pack

1 
2 Q. Can you describe in more detail, please,
3 your actual sort of day-to-day position at The
4 Tax Club?
5 A. Managing sales, ensuring that the
6 revenue that we're generating on a weekly basis
7 is in line with, you know, our averages, managing
8 the lead distribution to the sales managers and
9 to the sales teams.
10 Q. What is "lead distribution"?
11 A. When a lead source sends us a lead, we
12 have to give it out to the sales reps and we have
13 different teams of sales reps, and so obviously
14 making sure that each team has, you know, they're
15 correct quantity of leads.
16 Q. How are the teams divided?
17 A. Pretty evenly. I mean, we have five
18 teams that focus on bringing in, obviously, you
19 know, clients. We distribute leads to those
20 teams on a weekly basis and then they will
21 contact clients and offer them our services.
22 Q. Are they regional in any way or are
23 they --
24 A. No.
25 Q. They're just random?

Page 27

B. Pack

1 
2 A. Right.
3 Q. So each team could solicit potential
4 clients from anywhere?
5 A. Yes.
6 Q. Speaking of anywhere, what is your swath
7 of reaching out to clients? Is it the United
8 States, are other countries involved? Whom are
9 you soliciting your services to?
10 A. Vast majority is United States, some
11 Canada and sprinkles of overseas.
12 Q. What countries overseas?
13 A. Could be any country. I mean, English
14 speaking, obviously.
15 Q. Are you responsible for rating employee
16 performances under your -- employees under your
17 supervision?
18 A. Annually I will rate the sales managers'
19 performance, but that's not a formalized policy
20 really.
21 Q. Are sales calls recorded?
22 A. Yes.
23 Q. All of them?
24 A. I'm sure the occasional one gets lost,
25 but, yes, 100 percent of calls are recorded.

Page 28

B. Pack

1 
2 Q. Are they ever reviewed for quality and
3 content?
4 A. Yes.
5 Q. How does that happen?
6 A. We have an eight-person monitoring
7 department in Utah. They're only job is to
8 listen to calls. I believe that they listen to,
9 on average, like 13 percent of all of the actual
10 sales calls. Every sales rep gets listened to at
11 least once per week. Every compliance is
12 listened to.
13 Q. Can you describe "compliance" for me,
14 please?
15 A. After the sales rep has completed their
16 call, the client is transferred to our compliance
17 department and they will go over all the person's
18 biographical information, name, phone number,
19 e-mail address, go over what they are purchasing,
20 how much they are purchasing it for, all of the
21 payment terms, and then they will go over things
22 like our cancellation policy, they will inform
23 them of a variety of disclaimers as far as, you
24 know, we cannot guarantee our success, other
25 things like we do not offer legal advice. It's

Page 29

B. Pack

1  just a very lengthy and detailed compliance call
2  to ensure that the client is fully aware of the
3  products or services that they are purchasing.
4
5  Q.  Are those compliance calls scripted?
6  A.  Yes.
7  Q.  I know we received a lot of scripts in
8  the production that The Tax Club made to us,
9  which you may or may not have been involved with.
10 That was last April, I think.
11     Who is on the line, if anyone else, when
12 the compliance person is sort of complying or I
13 don't know how -- what you call it, the call,
14 verifying or something like that, you may have a
15 different word?
16 A.  The sales rep might be on the line or
17 the sales rep might not be on the line.  It just
18 matters if they transferred or conferenced it.
19 How the phone system works, I'm not 100 percent
20 sure.
21 Q.  You stated earlier that you're not
22 involved in the training of the employees, so
23 when they come to be under your supervision or
24 the supervision of the sales managers they are
25 already trained?

Page 30

B. Pack

1
2  A.  Yes.
3  Q.  Do you have any interaction or -- again,
4  I don't want to put words in your mouth --
5  oversight on a daily basis as to, you know, Guy
6  comes to my office, knocks on the door to check
7  in, that kind of relationship with the sales reps
8  or managers?
9  A.  There's certain sales reps who have been
10 there for many, many years, back when I was more
11 involved in the day-to-day sales, so, you know,
12 they're colleagues, friends, and so some of them
13 might come by to say hi and stuff like that, but
14 sales managers really are the only people that I
15 interact with on a day-to-day basis or weekly
16 basis.
17 Q.  What are you talking about?  What are
18 you interacting about?  Are they reporting
19 certain things to you?  Are you giving them
20 instruction about certain things to do?  Give me
21 a little bit of the content of what those
22 interactions are like.
23 A.  Completely may be non-business related.
24 Q.  I'm talking about between you and the
25 sales managers now.

Page 31

B. Pack

1
2  A.  Lead flow, how many leads they could
3  expect for the upcoming week.  A lot of it is
4  just based on everyone's -- you know, because the
5  lead flow is of primary concern.  You know, how
6  business revenue rises.  So a lot of them are
7  asking about lead flow.  Also, if they have an
8  issue with a client pertaining to one of our lead
9  sources they will bring those to me.
10 Q.  What do you do?
11 A.  I will attempt to resolve them.
12 Q.  How?
13 A.  I might reach out to the lead source.
14 Q.  Did you ever reach out to clients
15 yourself?
16 A.  No.
17 Q.  Can you tell me a little bit about how
18 the sales force is paid and how involved you are
19 in that?  What's the pay structure?  Is it
20 straight salary, salary, commission, combination?
21 A.  Salary plus commission.
22 Q.  Can you explain again in more detail
23 just -- I don't know anything.  Really I'm
24 getting my information from you -- in more detail
25 exactly how, you know, how it happens?  Are all

Page 32

B. Pack

1
2  the sales reps paid the same when they start?  Is
3  it based on experience?  Like how is the pay
4  structure?
5  A.  The pay structure has been in place for
6  a very long time.  Originally it was a base
7  salary of $26,000 per year.  For the last two
8  years probably it's been 20,000 just because the
9  economy is not good and the business has gone
10 down so we have to cut costs, so it's $20,000 per
11 year, plus they get commission on top of that and
12 benefits, health care and stuff.
13 Q.  What percentage of the sale is their
14 commission?
15 A.  Anywhere between 10 and 20 percent
16 depending on their weekly sales.
17 Q.  So it's not just dependent on each
18 individual sale, it will depend on how many sales
19 they do during a week?
20 A.  In one week.
21 Q.  And the percentage fluctuates?
22 A.  Tiered, so like 10, 13, 16, 19.
23 Q.  Based on how many sales they make?
24 A.  Based on sales, yeah.
25 Q.  Aside from obviously commission, are

FTC-TTC-000638

THE TAX CLUB

Page 33

B. Pack

1 there any other types of incentives given for,
2 you know, outstanding sales performance?
3
4    A.   Spiffs.
5    Q.   What's a "spiff"?
6    A.   You know, any given week we might try to
7 motivate a sales team or a sales manager and we
8 offer a spiff which is just an additional cash --
9 like we'll add to a paycheck for hitting a sales
10 goal.
11    Q.   Give me an example of a spiff.
12    A.   Every pay period we pay the sales
13 managers a spiff if there net sales are at
14 certain weekly levels.
15    Q.   How much is a spiff?
16    A.   500 to $1,000.
17    Q.   In a pay period?
18    A.   Yes.
19    Q.   Is this pay period a week or two weeks?
20    A.   Two weeks.
21    Q.   Do the spiffs trickle down to the sales
22 reps?
23    A.   Sometimes sales reps will also get
24 spiffs, but there's no formal spiffs.  It's just
25 totally random.

Page 34

B. Pack

1
2    Q.   What is the basis --
3       MR. SANSCRAINTE:  Could I just
4 interrupt?
5       Does "spiff" stand for something?
6       THE WITNESS:  It's just the name -- I
7 mean, it's just what I've always known them
8 as.
9       MR. SANSCRAINTE:  I thought it was an
10 acronym of some sort, Special Payment -- I
11 could come up with something but --
12       MS. PROSPER:  Think about that.
13    Q.   What is the base salary for the sales
14 managers?
15    A.   35,000.
16    Q.   Is it uniform throughout?
17    A.   There's one sales manager that I know
18 that gets more.  That's something that's a
19 carryover from many years ago and I don't really
20 like to lower people's salaries so I have not
21 done anything about it.
22    Q.   Do you have control over the salaries of
23 the folks or is it something --
24    A.   It's set.
25    Q.   Can you pay someone more or less if you

Page 35

B. Pack

1 chose to?
2
3    A.   I guess if I really pushed for it I
4 could, but I wouldn't.
5    Q.   I just want to understand, do you have
6 sales reps of varying degrees of experience?
7    A.   Yes.
8    Q.   And you also have sales managers of
9 varying degrees of experience?
10    A.   Yes.
11    Q.   But they're all generally paid the same
12 and fluctuations in their salary are based on
13 sales and spiffs as you put them?
14    A.   Yes.
15    Q.   Now, the sales managers, how is their
16 commission calculated?  Are they selling as well
17 or are they just overseeing the sales?
18    A.   They sell as well.
19    Q.   Is their percentage or rate higher than
20 that of the sales reps?
21    A.   In many cases it's exactly the same.  In
22 a few cases it's a little bit higher.
23    Q.   Are there any penalties for the sales
24 reps for various behaviors?
25    A.   Yes.

Page 36

B. Pack

1
2    Q.   Could you describe that for me, please?
3    A.   We have a lengthy fine list.  Our
4 monitoring department listens to every -- every
5 call is recorded and stored.  Our monitoring
6 department listens to every compliance call, any
7 customer complaint, any issue brought to them by
8 anyone in the company.  They will pull that call
9 and actively listen to it, and then -- and all
10 sales reps are listened to at least once a week.
11 If the monitoring department finds anything in
12 that call that's on our fine list, the sales rep
13 will be fined and that will be deducted from
14 their paycheck.
15    Q.   What kinds of fines are on the fine
16 list?
17    A.   It's lengthy.  Everything, I mean from
18 offering legal advice to telling someone that
19 they're going to be -- you know, telling them
20 that they're going to be successful to
21 denigrating a lead provider, interoffice stuff,
22 being late, but the vast majority of it is how
23 they conduct the individual sales calls.  I think
24 there's 40 plus items.
25    Q.   One of the finable offenses you

FTC-TTC-000639

Page 37

B. Pack

1 mentioned is rendering legal advice.
2
3     Tell me as the sales manager what that
4 means to you.
5     A.  Telling someone about an entity that
6 they should utilize.
7     Q.  "Entity" meaning what?
8     A.  An LLC or a corporation.
9     Q.  So would you -- I don't want to put
10 words in your mouth.  Are salespeople selling
11 entities?
12    A.  Corporations are one of the parts of our
13 Tax Club membership, some of our Tax Club
14 memberships.
15    Q.  How does a sales rep or manager go about
16 pitching an entity?
17    A.  We don't, in your words -- well, we
18 don't talk about entities.  We will let the
19 client make that decision of what entity they
20 want to choose.
21    Q.  How does the client come to their
22 decision?  How is the interface between the
23 salesperson, by that I mean the sales rep or
24 manager presenting the incorporation product?
25 What kind of exchange is there?  I know I'm

Page 38

B. Pack

1
2 asking a lot of questions but I kind I want more
3 of a flow.  Like I'm receiving a call from The
4 Tax Club, how is an incorporation service sold to
5 me?  Describe that to me.  I'll stop there.
6     A.  We talk in very general terms about our
7 products.  In the case of a Tax Club membership,
8 we're basically going to try to get across a few
9 simple points; the features and the benefits of
10 the product, how it's going to help the client
11 and their business going forward, and the next
12 step is in the fulfillment process.
13    Q.  Let's stay there.
14        When you talk about a product that
15 you're selling, let's talk about the
16 incorporation packages or products.  I have
17 Exhibit-7 already in evidence from a prior
18 subpoena hearing, and this was my attempt at
19 putting together this very crude -- all of the
20 packages for sale.
21        Let the record reflect that I'm showing
22 the witness AG Exhibit-7 already in evidence.
23 This is culled, again, from the production of The
24 Tax Club and it goes through everything -- the
25 initial packages sold by The Tax Club.

Page 39

B. Pack

1
2     The first thing on the list is -- it's
3 down the middle of the first page, talks about
4 incorporation Package A, there's B, there's C, I
5 believe H, different letters of the alphabet.  I
6 want to talk in detail about how a salesperson
7 comes to offer an incorporation package to a
8 potential new client.
9        What's happening on that call?
10    A.  Most important part of the call is what
11 we call probing a client, trying to find out
12 information about their current situation and
13 their business needs, and based on what they tell
14 us about the needs of their business, we will
15 attempt to offer them a package that fits their
16 needs.
17    Q.  When you talk about needs of a business,
18 what kind of needs are you speaking of?
19    A.  Some people might already have
20 corporations so we would obviously offer them one
21 of our packages that does not include a
22 corporation.  Some of them might already work
23 with an accountant or have a friend doing their
24 taxes, so we would maybe take the tax preparation
25 portion out of the package.  Someone might have

Page 40

B. Pack

1
2 significant financial -- you know, where they
3 don't have, you know, a lot of money and so we
4 will obviously then tailor a package that is our
5 least expensive option, so it could be any
6 variety of things.
7     Q.  I want to focus on the incorporation
8 packages though.
9        A potential client who does not yet have
10 a corporate entity, a business incorporated, they
11 are contacted by The Tax Club, by a sales rep,
12 what do the sales reps say to them sort of and
13 how is it supposed to go down?  You as the
14 manager, what is expected by you that the sales
15 people are doing in these calls?
16    A.  We provide every sales rep not a script
17 but a bullet pointed outline of areas we want
18 them to cover in each consultation with a client,
19 so we obviously expect them to cover those bullet
20 points, but every consultation is different
21 because every client's situation is different.
22        So a big part of it is really probing
23 the client, finding out their needs, what their
24 limitations are and then tailoring a product or
25 package for their specific situation.

FTC-TTC-000640

B. Pack

2  Q.  You talked about bullet points.  Are
3  these written bullet points?
4     A.  Right now as it currently stands we have
5  outlines that are provided to all of the sales
6  reps, bullet points of the features and the
7  benefits of every service that we offer, so, you
8  know, a Tax Club membership, a corporation, tax
9  preparation, tax planning, et cetera, et cetera.
10    Q.  Before we keep referring to this, I
11  would like you to take a look at it in the crude
12  form that I put it in and let me know if it's
13  sort of a fair and accurate representation of the
14  packages that you are selling at The Tax Club.
15    A.  Yes.
16    Q.  So these outlines -- I have here a lot
17  of training material that was produced by The Tax
18  Club after the last subpoena hearing.  I have
19  something called The Tax Club Guide to
20  Incorporating, I have The Tax Club Sales Training
21  Presentation Transcript, I have My Essential
22  Plans Sales Training Test, I have The Tax Club
23  Sales Manual, and I have The Tax Club Legal
24  Compliance With Telemarketing Regulations, and I
25  have Legal Strategies for Organizing Your

B. Pack

2  Company.
3        Can you tell me, if you know, which, if
4  any, of these documents are used to train the
5  reps that you are not -- the training that you
6  are not involved in, or maybe you don't know,
7  versus any of these documents that are used by
8  you or referred to by you when dealing with or
9  instructing or I was going to say commanding but
10  that's not the right word?
11       We're going to go ahead and mark these
12  for identification and then I'm going to pass
13  them to you.
14       (Whereupon, AG Exhibit-11, The Tax
15  Club's Guide to Incorporating, was marked for
16  identification, as of this date by the
17  Reporter.)
18       (Whereupon, AG Exhibit-12, The Tax Club
19  Sales Training Presentation Transcript, was
20  marked for identification, as of this date by
21  the Reporter.)
22       (Whereupon, AG Exhibit-13, My Essential
23  Plans Sales Training Test, was marked for
24  identification, as of this date by the
25  Reporter.)

B. Pack

2       (Whereupon, AG Exhibit-14, The Tax Club
3  Sales Manual, was marked for identification,
4  as of this date by the Reporter.)
5       (Whereupon, AG Exhibit-15, The Tax Club
6  Legal Compliance with Telemarketing
7  Regulations, was marked for identification,
8  as of this date by the Reporter.)
9       (Whereupon, AG Exhibit-16, Legal
10  Strategies for Organizing Your Company, was
11  marked for identification, as of this date by
12  the Reporter.)
13    Q.  I'm going to show you these six
14  documents entered for identification, 11 through
15  16, and please indicate to me, if you know, those
16  that are used for sales training and those that
17  you might use in your day-to-day supervision or
18  overseeing of the sales department one at a time.
19    AG Exhibit-11, Tax Club's Guide to
20  Incorporating, tell me if you recognize it and if
21  it's something that you use in your day to day or
22  the sales force uses it their day to day.
23    A.  I probably have seen stuff that's
24  similar to this, but I have not seen this
25  specific document, and I don't use this on a

B. Pack

2  day-to-day basis.
3    Q.  AG 12 is The Tax Club Sales Training
4  Presentation Transcript.
5    A.  I have never seen it, but I'm assuming
6  that this is what they use for the on-line sales
7  training courses.
8    Q.  But you're not involved with that?
9    A.  No.
10    Q.  Number 14 for identification is The Tax
11  Club Sales Manual.
12    A.  I am familiar with this.
13    Q.  Is this something that's used in
14  training the sales force or is it something that
15  you use --
16    A.  I don't know.
17    Q.  Do you use it?
18    A.  No.
19    Q.  Let's go back to 13 now, My Essential
20  Plans Sales Training Test.
21    A.  I'm familiar with this, but since I
22  don't -- I'm not involved in the training, I
23  don't use it.
24    Q.  Number 16 for identification, Legal
25  Strategies for Organizing Your Company.

FTC-TTC-000641

Page 45

B. Pack

1   A.   I'm assuming this is the start-up guide.
2   I'm familiar with the start-up guide.  It's the
3   start-up.
4       Q.   Do you or any of the folks that you
5   supervise use the transcripts beyond the training
6   that they get?
7       A.   Beyond the training that they get?
8       Q.   Beyond the training, when they sit at
9   their phone and they're making phone calls, do
10  they have any materials, besides the scripts that
11  you mentioned, in front of them?
12      A.   They have the price sheet.
13      Q.   That being AG Exhibit-7 already in
14  evidence.
15      A.   Because we have a lot of packages so
16  they could remember the correct price and what's
17  included.
18      Q.   To your knowledge, are they referring at
19  any time to any other documents or manuals?
20      A.   No, not that I know of.
21      Q.   So at their station or desk or office,
22  which is it, by the way, station, desk, office
23  cubicle?
24      A.   We have just large tables and then we

Page 46

B. Pack

1   set up the sales reps at intervals.  You know,
2   they have, you know, 36 inches and -- but it's
3   big, long tables.
4       Q.   In one room, there are several tables in
5   a room?
6       A.   Several rooms, several tables in each
7   room.
8       Q.   Do they have anything before them
9   besides the two things you mentioned, the scripts
10  and possibly some form of AG Exhibit-7 already in
11  evidence, in front of them when they are making
12  the sales calls?
13      A.   No, I don't believe so.
14      Q.   So would you say that they sort of bring
15  their training with them to the call and they're
16  sort of working from their training and they're
17  not referring to anything more than what you've
18  described?
19      A.   The bullet pointed product outlines are
20  everywhere around the office because they're
21  laminated and they have -- you know, they're all
22  held together, and so I see those everywhere, so,
23  you know, reference material.
24      Q.   But they don't individually have those?

Page 47

B. Pack

1   A.   I don't know.
2       MR. MITCHELL: Could I just interject
3   for a second?
4       MS. PROSPER: Yes.
5       MR. MITCHELL: You asked the question
6   surrounding some exhibits, and looking at AG
7   Exhibit Number 13, I want to show this again,
8   did you indicate whether or not you were
9   familiar with that exhibit or not?
10      THE WITNESS: I'm not 100 percent
11  familiar with it.  I think I've seen it.  You
12  know, it's -- I think it's one of the on-line
13  training tools for business plans, I believe.
14  I'm not 100 percent sure.
15      MR. MITCHELL: Who, if anyone, within
16  The Tax Club is responsible for producing
17  that document?
18      THE WITNESS: If it's a business plan,
19  the individual who runs our business planning
20  department, his name escapes me right now.
21  Sorry.
22  BY MS. PROSPER:
23      Q.   Let me follow up on that question.
24      Are the materials that we just reviewed

Page 48

B. Pack

1   for identification --
2       THE WITNESS: Jeff Fisher.
3       Q.   -- AG Exhibit-11, 12, 13, 14, 15 and 16,
4   are those training materials or are those
5   fulfillment materials that you know of?  And I'll
6   show them all to you again, if you want to take a
7   look.  I want to distinguish between what the
8   sales reps have or are trained with and what the
9   customers receive after they become Tax Club
10  customers, so I do want to distinguish these, if
11  you know and if you understand my two categories.
12      A.   I believe that Exhibit-16 is a
13  fulfillment product just because it has this on
14  the top, The Start-Up Guide, and The Start-Up
15  Guide is the name of a product.
16      I mean, since it says Sales Training
17  Presentation Transcript, I would assume that this
18  is training that they use to train sales reps on
19  business plans.
20      This is a sales training manual.  I'm
21  familiar with it just because this has been
22  around for many, many years.  Obviously we're
23  always updating and improve all of our sales
24  training manual.  I'm just familiar with this

FTC-TTC-000642

Page 49

B. Pack
1
2 because this has been around for some time.
3    Q.   Would you say that's also training
4 material?
5    A.   Yes, but I don't think this is actually
6 given to sales reps when they start working at
7 the company.
8         MR. MITCHELL: What is this exhibit?
9         THE WITNESS: 14.
10    Q.   Tell me about this, what you know about
11 The Tax Club Sales Manual, Exhibit-14 for
12 identification?
13    A.   I'm just familiar with it because I've
14 seen it. I probably haven't seen it in a year or
15 two, but that's how I'm familiar with it.
16         MR. MITCHELL: Who uses it, if you know?
17 What is the document generated for?
18         THE WITNESS: I don't know.
19    Q.   How about Tax Club Guide to
20 Incorporating, AG 11 for identification?
21    A.   I'm assuming this is a resource for
22 sales reps and also potentially people in
23 fulfillment to inform them about, you know, these
24 different things as far as LLCs, entities,
25 employer identification numbers.

Page 50

B. Pack
1
2    Q.   So for sales --
3    A.   And kind of how the fulfillment process
4 works. You know, they get a welcome letter.
5 Just, you know, the fulfillment process. The
6 main things that we really communicate to sales
7 reps as far as what they do on their consultation
8 is features and benefits of the service, how it
9 will help the client in their business going
10 forward, and the next step in the fulfillment,
11 because we want the client to be comfortable with
12 what happens next, so this is informing the sales
13 rep so they could communicate effectively with
14 the clients, how they get fulfilled for a
15 corporation or an EIN number.
16    Q.   You're again saying that your assumption
17 is that this is used by sales reps, but you don't
18 know?
19    A.   I do not know.
20    Q.   If it's a fulfillment or a sales
21 training?
22    A.   Yes, I don't know.
23         MR. MITCHELL: Would Jeff Fisher be able
24 to authenticate or identify, rather, the
25 exhibits that we just described? I believe

Page 51

B. Pack
1
2 it was 13 through 16.
3         THE WITNESS: He is the manager of the
4 business plan fulfillment department, so I
5 would assume that his knowledge is specific
6 towards My Essential Plan, the business plan
7 product.
8    Q.   How about 12, AG 12 for identification?
9    A.   I'm assuming that this is the sales
10 training that they go through the -- you know,
11 since it's WebEx, one of the on-line sales
12 training.
13    Q.   "They" meaning who, the customers or the
14 sales reps?
15    A.   The sales reps. The training department
16 uses it for new sales reps when they come on
17 board to the company informing them about all the
18 different Tax Club products and services.
19    Q.   And, lastly, AG 15 for identification.
20    A.   This is most likely the second on-line
21 training tool, which is legal and compliance
22 training. I know the two on-line training tools;
23 first one is products, you know, informing them
24 about features and benefits of the service, how
25 they'll help the client going forward, and the

Page 52

B. Pack
1
2 second part is, you know, all the regulatory
3 requirements that sales reps have to be aware of
4 as far as when they are talking to people on the
5 phone. The TSR, FTC regulations, everything,
6 do-not-call lists, all that stuff. So I am -- I
7 know them as on-lines but I've never actually
8 seen the documents.
9         MR. MITCHELL: When you say you saw them
10 on-line, are you familiar with what you saw
11 on-line is produced as a hard copy?
12         THE WITNESS: Yes.
13         MR. MITCHELL: Would you say that AG 15,
14 looking at it not on-line but the actual
15 document that you're looking at now, is that
16 a fair and accurate representation as to what
17 appears on-line?
18         THE WITNESS: Absolutely.
19         MS. PROSPER: Okay, so let's move 15
20 into evidence.
21         (Whereupon, AG Exhibit-15, as previously
22 described, was marked in evidence, as of this
23 date by the Reporter.)
24         MR. MITCHELL: Look at AG Exhibit Number
25 12, same question.

Page 53

| | B. Pack |
|---|---|
| 1 | |
| 2 | THE WITNESS: Yes. |
| 3 | MR. MITCHELL: We're going to move that |
| 4 | into evidence. |
| 5 | MS. PROSPER: Okay, 12 is admitted. |
| 6 | (Whereupon, AG Exhibit-12, as previously |
| 7 | described, was marked in evidence, as of this |
| 8 | date by the Reporter.) |
| 9 | MS. PROSPER: We're going to take one |
| 10 | minute outside. |
| 11 | (A recess was taken.) |
| 12 | Q.  For these last three exhibits that we |
| 13 | have identified, AG 11, Tax Club Guide to |
| 14 | Incorporating, if you are not familiar with the |
| 15 | document, who do you think might be, who in the |
| 16 | company might be -- |
| 17 | A.  Jason Baum and Preston Clark. |
| 18 | Q.  AG 13 for identification, My Essential |
| 19 | Plans Sales Training Text. |
| 20 | A.  Jason Baum and Preston Clark. |
| 21 | Q.  And The Tax Club Sales Manual, AG 14 for |
| 22 | identification, who do you think, if you're not |
| 23 | familiar enough with it, who do you think would |
| 24 | be? |
| 25 | A.  Jason Baum and Preston Clark. |

Page 54

| | B. Pack |
|---|---|
| 1 | |
| 2 | Q.  Thank you. |
| 3 | If you know, can you tell me, you said |
| 4 | Preston Clark was in Utah or Jason Baum? |
| 5 | A.  Jason Baum. |
| 6 | Q.  Jason Baum is in Utah. |
| 7 | If you know, how does he train the New |
| 8 | York sales force from Utah? |
| 9 | A.  On-line and over the phone. |
| 10 | Q.  If you know, again -- |
| 11 | A.  And in person.  He comes to New York. |
| 12 | Q.  What are the various modalities of |
| 13 | training for the sales reps? |
| 14 | A.  Modalities? |
| 15 | Q.  You said -- |
| 16 | A.  On-line. |
| 17 | Q.  On-line? |
| 18 | A.  On-line, face to face, over the phone, |
| 19 | webinar. |
| 20 | Q.  Are sales reps paid during their |
| 21 | training period? |
| 22 | A.  Yes. |
| 23 | Q.  How long is the training period for |
| 24 | sales reps? |
| 25 | A.  I don't know. |

Page 55

| | B. Pack |
|---|---|
| 1 | |
| 2 | Q.  Do you earn a salary from The Tax Club? |
| 3 | A.  Yes. |
| 4 | Q.  How much are you paid? |
| 5 | A.  $45,000. |
| 6 | Q.  Is that a base salary? |
| 7 | A.  Yes. |
| 8 | Q.  Is there anything that could be added to |
| 9 | that based on performance? |
| 10 | A.  Occasionally I could get a spiff. |
| 11 | Q.  What about commission? |
| 12 | A.  I do not receive commission. |
| 13 | Q.  Any split of profits, shares or anything |
| 14 | like that? |
| 15 | A.  I do not get a split of profit or |
| 16 | shares. |
| 17 | Q.  So your base salary is $45,000? |
| 18 | A.  Yes. |
| 19 | Q.  And that's the sum total of your salary? |
| 20 | A.  No.  I get an override, which is a |
| 21 | percentage of the revenue that we generate. |
| 22 | Q.  So that's different from a commission? |
| 23 | A.  Managers get overrides.  Sales reps get |
| 24 | commissions. |
| 25 | Q.  Can you give me an average over the last |

Page 56

| | B. Pack |
|---|---|
| 1 | |
| 2 | three years of your salary plus -- say it again, |
| 3 | please? |
| 4 | A.  Overrides. |
| 5 | Q.  Override, your average salary. |
| 6 | A.  Over the last three years? |
| 7 | Q.  Yes. |
| 8 | A.  $1 million. |
| 9 | Q.  Each year? |
| 10 | A.  Annually. |
| 11 | Q.  From 45 base, from the $45,000 base? |
| 12 | A.  That's my total compensation.  I mean, I |
| 13 | think it's 900 something.  I think this year it |
| 14 | was -- 2010 was nine something, if I'm -- |
| 15 | Q.  Can you estimate, unless you know |
| 16 | exactly, a total number of customers that were |
| 17 | served by The Tax Club? |
| 18 | How long have you been there?  I'm |
| 19 | sorry. |
| 20 | A.  Six years.  I mean, it will be seven |
| 21 | years this November. |
| 22 | Q.  Over the last five years that you've |
| 23 | been there, if you know, or an average -- |
| 24 | A.  Seven. |
| 25 | Q.  I'm asking over the last five. |

FTC-TTC-000644

THE TAX CLUB

Page 57

B. Pack

2      That were serviced by The Tax Club,
3 were -- I'm sorry, let's keep it to the sales
4 department, were --
5    A.  Sold?
6    Q.  Sold. Thank you.
7    A.  75 to 100,000.
8    Q.  Those are new customers or --
9    A.  Yes.
10   Q.  How about products, can you estimate how
11 many products were sold to these 75,
12 approximately 75,000 new customers?
13   A.  150,000 probably.
14   Q.  The total revenue, average, that the
15 sales force brings in under your supervision over
16 the last five years, give or take an average?
17   A.  Just under my supervision?
18   Q.  You're the head of the sales force.
19   A.  In New York.
20   Q.  In New York, yes. I'm only talking
21 about under your supervision in New York.
22   A.  2010 was probably 50 million. 2009 was
23 probably 50 to 60 million. 2008 was probably 75
24 to 80 million.
25   Q.  So going back, you're saying it's coming

Page 58

B. Pack

2 down, is that --
3   A.  The economy was -- 2008 was our biggest
4 year in the company's history, and then, you
5 know, the economy is bad and so sales dropped
6 significantly.
7   Q.  Just to clarify, is there a sales
8 manager for the Utah operations?
9   A.  Yes.
10   Q.  Who is that?
11   A.  Now -- I mean, there used to be one who
12 was a long-time sales manager and he's no longer
13 with the company as of several -- a couple months
14 ago, and so there's just someone who kind of
15 manages that office from an administrative and
16 also a sales standpoint.
17   Q.  Who is that?
18   A.  Joel Sessions, S-E-S-S-I-O-N-S.
19   Q.  Do you know the name of the person who
20 was before him? You said the long-standing
21 person.
22   A.  Callon Lee.
23   Q.  How much, if you know, revenue does the
24 Utah office generate or how much is it in like
25 percentage?

Page 59

B. Pack

2   A.  In 2010, 15 percent.
3   Q.  Of the total sales, right?
4   A.  Right.
5   Q.  Keep going. If you know, great.
6   A.  2009, 20 percent. 2008, 25 percent.
7   Q.  Of the total sales?
8   A.  Probably closer to -- it's been very
9 little in 2010. I mean, probably I would say 10
10 percent, and then probably -- highest is
11 20 percent a couple years past.
12   Q.  Then, if you know, what percentage of
13 the customer totals that you just mentioned in a
14 given year might request a refund?
15   A.  Request a refund?
16   Q.  Request a refund.
17   A.  20 to 25 percent.
18   Q.  What percentage of customers who request
19 that -- of that 25 percent, 20-25 percent, how
20 many actually receive at refund?
21   A.  I don't know exactly, but I would
22 suggest a very significant percentage because we
23 refund about 17 to 20 percent of revenue.
24   Q.  Are you responsible for any advertising
25 for The Tax Club?

Page 60

B. Pack

2   A.  No.
3   Q.  Is there an advertising department for
4 The Tax Club?
5   A.  No.
6   Q.  Is there a member web site, if you know,
7 maintained for The Tax Club?
8   A.  Yes.
9   Q.  Do you know who maintains it?
10   A.  We have, you know, a team of web guys in
11 Utah who maintain the site, as far as I know. We
12 might have outsourced, but that's as far as I
13 know.
14   Q.  I'm talking about the content, not the
15 input of it but the content.
16   A.  Yeah. I mean, I would assume all the
17 accountants in New York, but I'm not sure.
18   Q.  Would you consider, again, if you know,
19 the web site to be part of fulfillment or --
20   A.  100 percent part of fulfillment.
21   Q.  So would the fulfillment guy, whose name
22 is?
23   A.  Jeff Fisher.
24   Q.  Mr. Fisher know or be able to talk about
25 what content is on the web site?

FTC-TTC-000645

Page 61

1        B. Pack
2    A.   No.
3    Q.   Do you know who would?
4    A.   Gary Milkwick.
5    Q.   Is there, if you know, a portion of the
6  web site that can be accessed by non-members,
7  like if you want to find out information about
8  The Tax Club or what --
9    A.   The home page, I believe, has some links
10  on the top, it's been a while since I've been on
11  it, and you could click for more information.
12  You know, member benefits I believe is a tab and
13  you could click on that and find the benefits and
14  features of the services.
15    Q.   And then there's also a separate sort of
16  pass code or members only entry?
17    A.   I think a log-in, you could log in and
18  usually give a password and you get access to
19  that.
20    Q.   Let's go back to the incorporation
21  packages.  As a sales manager, if you know, what
22  percentage of initial sales are for incorporation
23  packages?
24    A.   Packages that include a corporation in
25  them?

Page 62

1        B. Pack
2    Q.   Yes, packages that include incorporation
3  services.
4    A.   I would -- I mean, I would have to
5  guess.
6    Q.   Guessing is okay, as long as we know
7  it's a guess.
8    A.   50 to 75 percent.
9    Q.   Can you describe for me, let's say, the
10  most popular of those and that's -- you could --
11  maybe the one that sold the most or the top
12  incorporation package?  Can you describe to me --
13    A.   The Business Saver and the Business
14  Starter.
15    Q.   Let's start with the Business Saver.
16  What is sold?  Tell me, what am I buying if I
17  purchase a Business Saver?
18    A.   A corporation, tax preparation, a tax
19  plan, a year-round tax consulting, resident agent
20  services, Corporate Records Pro, The Start-Up
21  Guide.
22    Q.   So you say a corporation is sold.  Tell
23  me what you mean by that.  How do you sell
24  someone a corporation?
25    A.   We call it a Corporation & Kit, a person

Page 63

1        B. Pack
2  can get an LLC, an S corporation or a C
3  corporation set up for them.
4    Q.   How does the person whom you call decide
5  which of those three or any others they might
6  want to become?
7    A.   They will make that decision.
8    Q.   What are they making the decision based
9  on?
10    A.   Probably whatever they've heard might be
11  a good entity.  They might do their own research.
12    Q.   So you're calling someone, in your
13  bullet points for persuading a potential customer
14  to purchase an incorporation, a corporation as
15  you call it, what is being told to them?
16    A.   We will really just talk to the client.
17  I mean, as far as I know, how in depth they go
18  with, you know, entities or corporations, you
19  know, people will ask what do your clients do and
20  we will just, you know, let them know what people
21  tend to do.  I think that's about as in depth as
22  they go.
23    Q.   Does the salesperson compare in any way
24  one to the other?  What if I don't know anything
25  about -- me, I'm a potential customer and I don't

Page 64

1        B. Pack
2  know anything and I say, well, I need you to tell
3  me, help me determine which one of these three or
4  others I want to choose.
5    A.   I haven't seen or heard of fines coming
6  through, you know, significantly for people
7  offering legal advice, and so I would assume it's
8  really a non-issue.
9        One of the big things with how we sell
10  is people are so general these days.  I mean,
11  clients might ask about tax deductions but we
12  just really give people features and benefits,
13  how it will help them.  We try to keep it very
14  generalized so we don't get into specifics with
15  clients.  That's one of the things that I know
16  that they train on, just to be general.
17    Q.   You said there are not fines coming
18  through.  Tell me what you mean by that.
19    A.   Every week the training manager will
20  have a conference call with all the sales
21  managers, I'm not on that, and he will just, you
22  know, go over fines that have been issued over
23  the previous week, things that they need to
24  improve upon just to let the sales managers know,
25  you know, if there are certain things that the

FTC-TTC-000646

Page 65

B. Pack

1
2 previous week that, you know, it's coming up on
3 the radar, make sure you that you reiterate it to the
4 guys, don't do this and they move forward, and, I
5 mean, I haven't heard about -- you know, the
6 legal advice hasn't been an issue that I heard
7 about in years.
8    Q.  For the folks reviewing the calls, who
9 are they, who are the folks reviewing the calls?
10    A.  There's an eight-person monitoring staff
11 in Utah.
12    Q.  What kind of training do they have?
13    A.  I don't know.
14    Q.  How do you deal or how would a sales
15 staff seller/sales rep deal with a potential
16 client who really wanted specifics or needed
17 specifics on which incorporation type to choose?
18    A.  I would hope that the sales rep would
19 let him know that he can't answer those questions
20 and once they are sent to compliance and
21 fulfillment, the person who is fulfilling the
22 entity setup could provide them additional
23 information or resources that they could access
24 on-line to get those questions answered
25 themselves.

Page 66

B. Pack

1
2    Q.  But at the end of the sales call, are
3 they sold the specific LLC, whatever the other
4 two that you mentioned, S Corp. or the other
5 kind?
6    A.  They just know that an entity is
7 included in their purchase.
8    Q.  So it could be any one?
9    A.  Anything.
10    Q.  So at the end of the sales call you're
11 representing that the salesperson hasn't sold
12 them a particular entity but just the -- I don't
13 want to say "potential" because they bought it.
14 What are they -- I want to answer your question,
15 what are they being sold, so they're not being
16 sold a specific entity but what are they being
17 sold and who is involved in the choosing of which
18 entity, if a customer has no idea which one is
19 best for them?
20    A.  I don't think anyone.  The client would
21 be the one who chooses the entity.
22    Q.  What is the client relying on?  What is
23 their -- are your salespeople or in your bullet
24 points, which we'll ask you for at the end,
25 giving them information regarding pros and cons

Page 67

B. Pack

1
2 comparing and contrasting about the various
3 entities and which one -- honestly, I'm letting
4 you know where my question is coming from
5 because, honestly, if I were a purchaser of a
6 good, I would need to be convinced of purchasing
7 that good.  You know, sold on it.
8        How are potential new Tax Club customers
9 sold on the need for your services at that
10 particular time, talking about somebody who is
11 not incorporated?
12    A.  Sales is a lot about excitement, getting
13 someone excited about it.  Most new business
14 owners are excited and happy to start a business,
15 and so, I mean, a lot of what the sales reps will
16 really do is just maintain that excitement.
17 Obviously, you know, the features and the
18 benefits of the service they'll go over, you
19 know, how is the corporation beneficial, asset
20 protection and tax benefits, and they'll leave it
21 at that.  That's the general information that
22 they communicate.
23    Q.  Do they leave it at they say "you get
24 tax benefits"?  Do they describe what kind of tax
25 benefits you get?

Page 68

B. Pack

1
2    A.  Has there ever been a call that they
3 have gone in depth?  Absolutely.  Have there been
4 fines issued?  Reps know that this -- if they
5 discuss those things they're going to be get
6 fined.  There's 40 things on the fine list.  We
7 probably issued fines for every single one of
8 them and then dozens of fines for certain ones.
9 Inevitably people will say something that they
10 shouldn't.  That's why we have such a robust
11 monitoring department.  I mean, it's expensive to
12 record and store every phone call but training
13 is, obviously, incredibly important for what we
14 do and the reps are saying the right thing is
15 hugely important because we want to make sure
16 that people are being communicated the correct
17 information.
18    Q.  Let's say that someone has purchased --
19 which incorporation package?  We were talking
20 about the --
21    A.  Business Saver.
22    Q.  What about for the other features, what
23 kinds of information is the sales rep -- you
24 mentioned about six or seven features or six or
25 seven pieces to that package.

FTC-TTC-000647

BRENDAN PACK
May 17, 2011

THE TAX CLUB

Page 69

B. Pack

1  How is the sales rep selling?
3    A.  In my opinion, one of the biggest
4  benefits of the tax membership is the year-round
5  consulting.  For a lot of these people, they're
6  brand new to starting a business, they're not
7  previous business owners so they're scared and
8  unsure of how to run a business, so the ability
9  to pick up the phone, call someone in our
10  fulfillment department and accountant/CPA, get
11  any of their questions answered is a huge selling
12  point.  We offer business accounting services but
13  we're there to help people so they could focus on
14  their business, generate revenue.  We handle the
15  rest.  We want to know -- personal taxes are a
16  pain.  Now imagine business taxes.  Most people
17  can't do them, so we're just there to help them
18  and answer questions.
19        For me, I guess when you asked me the
20  question how is selling -- we're going into
21  specifics, but it's far easier to talk in general
22  terms, easier to talk in general terms because
23  you don't want to get bogged down in specifics.
24  That's what kills sales, people asking dozens of
25  questions, so you really want to keep it as

Page 70

B. Pack

2  general as possible.
3        MR. MITCHELL:  You said that there's a
4  CPA that they could ask if they have a
5  question surrounding an accounting issue.
6        THE WITNESS:  Yes.  We have a bunch of
7  CPAs, EAs, accountants on our staff.
8        MR. MITCHELL:  Does the same CPA or any
9  other professional in the compliance unit
10  answer any questions surrounding the setting
11  up of a specific entity, albeit S
12  corporation, LLC whatever?
13        THE WITNESS:  I know that there's a
14  staff in our corporation fulfillment
15  department that they are the ones who
16  actually will get the information from the
17  client about, you know, hey, what entity did
18  you want to set up, send that paperwork off
19  to the state and also get the EIN number from
20  the IRS.
21  BY MS. PROSPER:
22    Q.  Not that piece, not the processing piece
23  but the decision making piece, if I bought an
24  incorporation package because I want to be
25  incorporated but I do not know which corporate

Page 71

B. Pack

2  entity is the right one for me, is there someone
3  at The Tax Club who could help me make that
4  decision?
5    A.  If anyone had questions about anything,
6  they could always set up an appointment and talk
7  to someone.
8    Q.  With who?
9    A.  Anyone in our fulfillment department.
10    Q.  Who is in the fulfillment department?
11  What are their qualifications?
12    A.  CPAs, Enrolled Agents, MBAs, you know.
13    Q.  Specifically on the incorporation
14  question, do you know, you may not, do you know
15  who -- if I was new purchaser of the Business
16  Saver package, again, I want to be incorporated I
17  just did not know which one to choose, is there
18  someone who I can bat it around with and say,
19  hey, this is me, I'm just a single, sole
20  proprietor or this is me, I have seven employees
21  or this is me, I am going to work only six months
22  out of the year because I'm retired, is there
23  someone at The Tax Club who can interface with
24  that client in making that decision?
25    A.  I'm sure there is, but I don't know who

Page 72

B. Pack

2  that person is.
3    Q.  Do you know who would know?
4    A.  Gary Milkwick.
5    Q.  How long are these -- I don't want to,
6  again, use words, but the sales calls, how long
7  are they on average, the first, initial one?
8    A.  Consultations last probably, on average,
9  30 minutes to one hour.
10    Q.  You're calling it a "consultation."  I'm
11  talking about the initial sales call.
12        When you say "consultation," what do you
13  mean?
14    A.  Sales consultation, yes.
15    Q.  It takes how long?
16    A.  30 minutes to one hour.
17    Q.  Is the salesperson gathering any
18  information from the caller that they are then
19  recording somewhere to pass along to somebody
20  else?
21    A.  The first part of every call is what we
22  call a probe where you ask the person information
23  about them and their business, what their goals
24  are, what their needs are, and that obviously
25  allows us to present the correct package to them.

Precise Court Reporting
516-747-9393   718-343-7227   212-581-2570

FTC-TTC-000648

Page 73

B. Pack

1    Q.   You talk about goals and needs, so the
2 salesperson is involved in assessing the goals
3 and needs of the potential new client?
4    A.   We will always talk to them about what
5 their goals and needs are so we could create a
6 package specifically for them.
7    Q.   So when is that happening?  During the
8 sales call is the salesperson themselves making
9 the decision based on that goals and needs
10 assessment that happens in the beginning of the
11 conversation, is the salesperson themselves
12 choosing and making a decision as to which
13 package to offer the client?
14    A.   Yes.
15    Q.   What are the initial packages, if there
16 is a finite combination of initial packages,
17 offered to new clients?
18    A.   What are they?
19    Q.   Yes.  If there's a finite list or it
20 could be anything?
21    A.   It could be absolutely anything.
22    Q.   And so that decision as to which package
23 to offer is made by whom?
24    A.   The sales rep.
25

Page 74

B. Pack

1    Q.   So we talked about a needs and goals
2 assessment, a decision to offer a package or
3 various packages.  What happens next in the phone
4 call?
5    A.   Usually a sales call, you know,
6 traditional sales training, the introduction,
7 we're from The Tax Club, a probe getting
8 information, the presentation on our services,
9 the features and the benefits and then what we
10 call a close, obviously trying to get the client,
11 you know, excited about what we're offering them
12 and trying to get them to want to buy our
13 services.
14    Q.   Is there financing available for folks
15 who can't outright afford your services?
16    A.   Yes.
17    Q.   What kind of financing?  Describe to me
18 the structure.
19    A.   You have to put at least 20 percent down
20 and then you could finance the rest over, I
21 believe, 36 months, I believe.  I'm not 100
22 percent sure.
23    Q.   Who finances the purchase?
24    A.   The client.
25

Page 75

B. Pack

1    Q.   Who fronts the -- is the money fronted
2 by a third-party or does The Tax Club just kind
3 of --
4    A.   They have to put 20 percent down.  I
5 think certain services like tax preparation you
6 can't finance but they just pay a monthly fee
7 over the remaining portion of their finance
8 payment or finance period.
9    Q.   So the tax preparation you can't
10 finance.  What about incorporation services?
11    A.   I believe you can finance that.
12       MR. MITCHELL: I just want to interject
13    so I'm clear on the actual sales calls, and
14    you kind of broke it down, which is good.
15    There's first an introduction, there's a
16    probe and then there's a close?
17       THE WITNESS: A presentation.
18       MR. MITCHELL: Presentation and then a
19    close?
20       THE WITNESS: And then a close.
21       MR. MITCHELL: Let's say an
22    unincorporated individual has been advised
23    through the salesperson, the introduction,
24    the probe, the presentation and the close, if
25

Page 76

B. Pack

1 they were not aware at the beginning but at
2 the end of the presentation, at the closing,
3 would they be advised as to what type of
4 entity they would have as part of a package,
5 be it an LLC, an S Corp. or C Corp., whatever
6 corporation, would they be advised at this
7 final stage, at the closing stage of the
8 sales call?
9       THE WITNESS: The client might know at
10    that point or they might know when they get
11    actually fulfilled to set up the corporation
12    with the people in our corporation paperwork
13    department who actually set them up or they
14    might have to speak with someone and then at
15    that point.  I think it could totally vary.
16       MR. MITCHELL: Let me just finish this
17    line of questioning.
18       So at the close, you're saying that it's
19    not a finite or it's not a final sale but it
20    could be -- it's finalized after the next
21    stage?
22       THE WITNESS: The sale is final as far
23    as the client is agreeing to move forward
24    with the services but everything is not
25

| Page 77 | Page 79 |
|---|---|

**Page 77**

B. Pack

1  B. Pack
2  fulfilled at the point of sale.
3       MR. MITCHELL: Okay, so when the close
4  is done and you say the sale is complete,
5  that client would know -- at that point in
6  time, let's say he's sold for whatever reason
7  an S corporation, they would know at that
8  point in time, at the close, is that what
9  you're saying?
10      THE WITNESS: No, not necessarily. I
11  mean, they would know that they have a
12  corporation included with their Tax Club
13  membership. If they have bought the Business
14  Saver package, for instance, they would know
15  that a corporation is included. Compliance,
16  going through a bullet point, reaffirms
17  everything that they've purchased, what's
18  included, the person's biographical
19  information, the credit card that they're
20  using, the cost and then obviously goes
21  through a series of disclaimers.
22      MR. MITCHELL: So it's not technically
23  fulfilled until compliance checks it? Is
24  that what -- I'm trying to understand.
25      THE WITNESS: Certain services might not

**Page 79**

B. Pack

1  B. Pack
2  specifically, oh, sounds like you might need an S
3  Corp. based on you having told me that you are a
4  sole person, that you do this part time or
5  that -- whatever factors? Is it sort of branded
6  like that, if a client tells you this, suggest
7  this to them, if a client tells you that, suggest
8  this to them?
9      A. I know that on that one exhibit, I
10  remember they have kind of like a grid, chart of
11  LLC, S Corp., C Corp., what's included, what the
12  benefits are. I don't know if it's benefits,
13  but, you know, all that information, I'm
14  assuming, is included in the training. Obviously
15  we have to familiarize the sales reps with the
16  different entities.
17      Q. Are the sales reps answering questions
18  about the various entities?
19      A. I'm sure clients do ask questions, but
20  obviously we would hope the sales reps don't
21  answer them with any specificity.
22      Q. So in answer to my compound question
23  earlier about whether the materials that the
24  sales reps have before them while they're making
25  the calls sort of steer them to offer or suggest

| Page 78 | Page 80 |
|---|---|

**Page 78**

B. Pack

1  B. Pack
2  be fulfilled for months after they purchase,
3  like tax preparation, for instance. You
4  know, you might buy in July but you're only
5  going to get your taxes fulfilled, prepared
6  in January, February, March, April of the
7  next year.
8      MR. MITCHELL: But is it fair to say
9  before that time and at the end of the sale
10  you know you have an incorporation package?
11      THE WITNESS: If a corporation is
12  included in your package, you will know that
13  you have a corporation or that you could set
14  up a corporation at any time.
15      MR. MITCHELL: Okay, thanks.
16  BY MS. PROSPER:
17      Q. Back to the bullet point and scripts
18  that are around the room, the laminated --
19      A. The bullet points, the outlines of
20  the -- yes.
21      Q. Do they suggest what to suggest to a
22  potential customer based on particular answers
23  that they might give? For example, does it --
24  might it lead a salesperson to make their
25  decision as to what to offer, including

**Page 80**

B. Pack

1  B. Pack
2  certain packages, would you say that -- I'm
3  trying to get inside the sales rep's head as far
4  as why they suggest certain things to a
5  particular client? What are the gymnastics going
6  on in their brain?
7      A. The general rule of thumb is, you know,
8  for people involved in real estate, the vast
9  majority of our clients choose to set up LLCs.
10  For people who are involved in e-commerce or
11  Internet related business, they choose to set up
12  subchapter S corporations.
13      Q. Let me stop you there, please.
14         Does your sales rep tell them that?
15      A. I would think that that -- they might
16  communicate that.
17      Q. So the sales rep may or may not
18  communicate that, you have an Internet business,
19  you know, and I'm not quoting, but if a potential
20  person had an e-commerce business, as you said,
21  they might tell them that many of our e-commerce
22  clients have S corporations; is that fair?
23      A. Yes.
24      Q. And, likewise, if they had a real estate
25  type of business, they might communicate that

FTC-TTC-000650

Page 81

B. Pack

1
2 most of the Tax Club's clients with real estate
3 type businesses choose LLCs?
4    A.  Yes.
5    Q.  So I think we've sort of come to the
6 probe and the presentation.  We spoke earlier
7 about the close with the compliance person.
8         What information is given to the client,
9 the about-to-purchase client before compliance
10 comes on the line, sort of how does it wrap up
11 with the salesperson?
12    A.  Well, how we would -- I believe how
13 they're trained to wrap it up is go over the
14 features and benefits of the service, how it's
15 going to help you and your business going
16 forward, and the next step is the fulfillment
17 process.
18    Q.  The fulfillment is done by whom?  Are
19 these sales folks as well or is it a different --
20    A.  It's a different separate.  It's called
21 our compliance department and there's, I think,
22 13 -- 13 in either New York or Utah and then
23 there's another seven, so there's 20 people in
24 total that they do all the compliances for the
25 sales that we make.

Page 82

B. Pack

1
2    Q.  Are they under the sales department
3 or --
4    A.  No.
5    Q.  -- or is it a separate compliance
6 department?
7    A.  It's separate.
8    Q.  How do they come into the call, like I'm
9 a sales rep, I'm done, I've potentially got you
10 ready to buy, do I get your credit card?
11    A.  The sales rep will transfer the client
12 over to the compliance department.  The
13 compliance department will read a script, first
14 is introducing themselves, congratulating them on
15 their purchase, going over all their biographical
16 information, name, phone number, e-mail address,
17 talking to them about the product that they've
18 purchased, what's included in the product they've
19 purchased, a credit card that they're going to be
20 using, expiration date, CVV number, and then they
21 will schedule their fulfillment appointments.
22 Then, you know, they will bring them into talking
23 about -- you know, I think there's three
24 disclaimers that they go over, if I'm not
25 mistaken.  We do not offer legal services.  They

Page 83

B. Pack

1
2 go over our cancellation policy and that, you
3 know, we cannot be responsible for your success,
4 and then they finish up the call and wish the
5 client a good day.
6    Q.  Who finishes up the call?
7    A.  Compliance.
8    Q.  So is the salesperson sort of done at a
9 specific point?
10    A.  I mean, once the person is transferred
11 over to compliance, their job is done.
12    Q.  Now, what if during the compliance
13 portion of the call the person said "I change my
14 mind," is there something --
15    A.  Hopefully the compliance person would
16 communicate to the sales rep that the person
17 didn't want to follow through on their purchase
18 and then they would get the salesperson back on
19 the line and then hopefully the salesperson would
20 assuage their concerns and they would move
21 forward, but there's always cases where they
22 don't, and, you know, nothing we could do about
23 that.
24    Q.  Just one more thing about the financing.
25 Is it or is it not a third-party?  Is there a

Page 84

B. Pack

1
2 third-party involved who pays The Tax Club and
3 then the person financing owes that third-party
4 or does The Tax Club itself finance?
5    A.  I know that when we started financing we
6 used a third-party for like all the
7 administrative and the paperwork and the
8 collections.  I think at some point we moved it
9 in-house though.
10    Q.  Maybe I'm not clear.
11         Is it like a Tax Club credit like a
12 Macy's credit card, Macy's is financing your
13 purchase, or is there another company that pays
14 The Tax Club in advance and then it collects the
15 money from the client?
16    A.  No.  I think just the person puts down
17 20 percent, The Tax Club will bill their credit
18 or debit card on a monthly basis for whatever
19 that percentage is that they work out over the
20 lease term, not lease term but over the financing
21 term, and it just goes until they've paid off
22 their balance.
23    Q.  So it's not outside, it's not someone
24 outside financing The Tax Club payment, it's not
25 like financing a house?

FTC-TTC-000651

Page 85

B. Pack

1
2   A.   No.
3   Q.   We spoke about collections and things
4   like that.  Let me just ask, when there's a
5   dispute or request for refund and that person
6   will owe you, let's say they have a financing
7   agreement and they may owe The Tax Club money but
8   are requesting a refund at the same time or are
9   requesting a suspension of services or what have
10  you, they wanted to end the relationship with The
11  Tax Club and money is still owed, who calculates
12  how much the services rendered are worth, already
13  rendered are worth?
14  A.   Our billing department.
15  Q.   Is there a formula, a place where the
16  client can go to sort of know in advance sort of
17  the value?
18  A.   I believe on the web site, The Tax Club
19  web site there is a list of what the various
20  products cost.
21  Q.   Inside of a package?
22  A.   Yes.
23  Q.   So if a package has 10 features -- and
24  can you suspend one or two of the features and
25  keep the rest or is it just --

Page 86

B. Pack

1
2   A.   Yeah, sure.
3   Q.   And then you're saying on-line there's
4   sort of a split, separation of --
5   A.   I think on-line there's just a bullet
6   point, what tax representation costs, I mean,
7   whatever feature of The Tax Club membership and
8   what it costs, so if a person was to cancel and
9   they wanted to see how much money they might be
10  able to get back, they could go on-line and
11  reference that.
12  Q.   And then can you just quickly tell me
13  what the refund policy is?
14  A.   Three-day full refund.  15-day
15  85 percent refund.  After 15 days, no refund, but
16  obviously exceptions are always made.
17  Q.   So after 15 days no refund is available,
18  generally.
19       How much fulfillment gets done in those
20  15 days or can potentially get done --
21  A.   I think quite a bit.  I know for the
22  vast majority of clients, you know, their entity
23  will be set up, they will get their tax plan
24  fulfilled, they will also have had at least one
25  appointment with our fulfillment staff going over

Page 87

B. Pack

1
2   things, so I think quite a bit of the fulfillment
3   is done in the first 15 days.
4   Q.   What about things that are not done or
5   have not been completed during that 15 days?
6   A.   Tax preparation.
7   Q.   Right, but what I'm saying is what if
8   their entity isn't up and running because they
9   haven't chosen which one they want to do yet
10  within the first 15 days and so those papers have
11  not yet been prepared?  You know, 15 days is not
12  a long time or doesn't seem like it.  What if
13  fulfillment cannot happen within those 15 days
14  but yet there is still that cutoff for no
15  refunds?
16  A.   I know that the billing department is
17  very -- you know, they don't shy away from
18  refunds.  I think if a person said "I haven't
19  been fulfilled for the services, I want my money
20  back," they would -- you know, I know one thing
21  we do really well is we refund.  The billing
22  department is pretty good at that.
23  Q.   Is there a penalty for a sales rep whose
24  purchase is later refunded?
25  A.   Yes.  They lose the commission.

Page 88

B. Pack

1
2   Q.   Let's talk about a person who has
3   purchased their first Tax Club purchase, they're
4   now a Tax Club member, is that what they're
5   called?
6   A.   Yes.
7   Q.   Okay, members.  What happens following
8   and who does it?  What's the next thing that
9   happens?
10  A.   They will go through compliance.
11  Q.   After compliance?
12  A.   They will be set up with appointments
13  during compliance.  They are set up with
14  fulfillment.  I believe they will get assigned
15  what we call an account executive who is their
16  person of contact, a person they could call and
17  ask questions to and the person who kind of
18  guides them through the process.  They get set up
19  with an EA or CPA or someone to help with their
20  books and their setup and someone will call them
21  from the fulfillment department and then they're
22  just Tax Club members.
23  Q.   These appointment as you call them are
24  set up to solicit the clients to purchase other
25  product?

FTC-TTC-000652

B. Pack

1                B. Pack
2    A.   During compliance we schedule them
3 currently for their fulfillment appointments and
4 we also tell them that we have business
5 advisement appointments, so we let them know that
6 there not required, we recommend them but they
7 are separate, and the client is informed
8 currently that, you know, these are, you know,
9 different appointments, they're not fulfillment
10 appointments.
11    Q.   So they are informed at some point?
12    A.   Yes, during compliance.  Our compliance
13 script informs them that these are what we call
14 business advisement calls.  They're not required.
15 We just want to talk to you about additional
16 things you could do with your business, things we
17 could help you with, et cetera, et cetera.
18    Q.   I'm going to go through a list one by
19 one of Tax Club entities and can you tell me if
20 you're familiar with them or if these are
21 entities sold by your unit, division, the sales
22 division.
23      My Essential Plans?
24    A.   It's a product.  It's a brand.  It's not
25 like an entity.

B. Pack

1                B. Pack
2    Q.   That's what I mean.  I mean, are these
3 products sold by your sales force?
4    A.   Yes.
5    Q.   All Access Books?
6    A.   Yes.
7    Q.   Vital Payroll?
8    A.   Yes.
9    Q.   Business Document Center?
10    A.   We don't sell it anymore.
11    Q.   Successful Planning or Success Planning,
12 Successful Planning?
13    A.   You know, I'm hesitant to like tell you
14 no just because, I mean, so many -- I mean,
15 anybody who is involved with a small business,
16 you know, there's all these different things that
17 they might go out and buy, so, I mean, a lot of
18 the -- the product names include "success,"
19 and so I don't want to say no and then it will be
20 one of our --
21    Q.   Small Biz Credit?
22    A.   Yes.
23    Q.   Success Merchant Processing?
24    A.   Yes.
25    Q.   Internet Marketing?

B. Pack

1                B. Pack
2    A.   Success Internet Marking Success is one
3 of ours.
4    Q.   Internet Marketing Success?
5      My E-Biz?
6    A.   No.
7    Q.   Corporate Records Pro?
8    A.   Yes.
9    Q.   ICongo or inCongo?
10    A.   We don't sell it anymore.  I guess -- we
11 have a logo and that might still be under that
12 name, but it used to be an actual division, but
13 it doesn't exist anymore.
14    Q.   So the sales people under your
15 supervision sell these products?
16    A.   Yes.
17    Q.   So when is the decision made what, if
18 any, of these additional products will be sold to
19 a specific new member?
20    A.   During compliance we schedule the
21 fulfillment appointments and they tell them about
22 the business advisement appointments.  If the
23 client chooses to set up those business
24 advisement appointment, during those business
25 advisement appointments they're presented with

B. Pack

1                B. Pack
2 the opportunity to buy those additional services.
3    Q.   Is there one appointment for each
4 potential product or one appointment that sells
5 or tries to sell all the products?
6    A.   Right now everything is structured in
7 teams so it's just based on account numbers.  We
8 have three teams and then they will call -- I
9 mean, again, the first part is the probe, see
10 what the client's wants are, you know, what they
11 might need, and then they will offer those
12 services to them that we have that fits their
13 needs.
14    Q.   So who is making that decision?
15    A.   The sales rep.
16    Q.   The sales rep, and how do they
17 communicate that to the compliance department so
18 compliance knows what to -- what appointments to
19 set up?
20    A.   I think you're mistaken.
21    Q.   Help me.
22    A.   During compliance, if the client agrees
23 to set up business advisement appointments, the
24 appointment is scheduled with one team, so that
25 appointment is going to one team, and there's

FTC-TTC-000653

Page 93

B. Pack

1  sales reps on that one team and they will call
2  the client up for their appointment and they
3  could offer any of our products.
4      Q.  So there's a second sales team to sell
5  these additional products?
6      A.  We just have sales team.  It's
7  structured as people who deal with bringing on
8  new clients.
9      Q.  And then working with the clients that
10  you've already made members?
11      A.  Dealing with our current clients, yeah.
12      Q.  So you said there were about 50 to 60
13  folks.  Are they always on the same teams or do
14  they switch off, sometimes they sell initially
15  and sometimes they sell to existing?
16      A.  There's been reps who have switched
17  teams, but it's very infrequent.
18      Q.  So when you come in as a sales rep
19  you're assigned to one or the other team?
20      A.  Yes.
21      Q.  Is there a basic Tax Club membership
22  that you have to purchase sort of to get in and
23  then -- or can you just become a Tax Club member
24  by buying anything on this list contained in AG

Page 94

B. Pack

1  7?
2      A.  Yes, you could purchase any of one of
3  those packages.
4      Q.  That would make you a member?
5      A.  Yes.
6      Q.  Do all of the packages have the
7  follow-up tax advice sort of ongoing service?
8      A.  If the client wants the business
9  advisement appointment, yes.
10      Q.  Not the appointments, but do all the
11  packages include that sort of tax advice, you
12  know, where you could call that you mentioned
13  earlier?
14      A.  Only the packages that have the
15  year-round tax consulting.
16      Q.  So there isn't any one sort of initial
17  package that you have to buy to become a member?
18      A.  Any package that you want to buy you
19  become a member.
20      Q.  Makes you a member?
21      A.  Yes.
22      Q.  So you wouldn't say that these are
23  add-ons, what I mentioned earlier, My Essential
24  Plains, et cetera?  They too could make you a

Page 95

B. Pack

1  first-time member?
2      A.  Absolutely.
3      Q.  The list that you mentioned earlier, if
4  you remember, I could go over it again, was that
5  a complete list or are there services that I left
6  off?
7      A.  We always are changing the services that
8  we provide.  A lot of those have been
9  discontinued.  You know, we've -- if anything,
10  we've shrunk our product list over the last two
11  years, you know, to core accounting services.
12      Q.  Are your services generally useful to
13  businesses that are not incorporated?
14      A.  Absolutely.
15      Q.  So an unincorporated business could
16  purchase one of your products separately and just
17  use that, you know, they could sort of menu out
18  or ala carte your products, even if they're not
19  incorporated?
20      A.  Yes.
21      Q.  Are you familiar with the save call?
22      A.  Yes.
23      Q.  Is the sales department responsible for
24  saved calls?

Page 96

B. Pack

1      A.  It's changed.  At one point in time we
2  had a saves department.  We don't currently.  The
3  sales rep is responsible for -- you know, again,
4  they lose their commission, so, I mean, obviously
5  if they want to save that client, retain that
6  client, it's their job to retain it.  We also
7  have members from -- I mean, best case scenario,
8  hopefully everyone in the company wants to save
9  clients, but obviously the sales rep is most
10  motivated because of their commission.
11      Q.  Let's say the sales rep says, "All
12  right, I lost Judy, that's fine, I'm just going
13  to move on," is there someone else in the company
14  that will try to get Judy back?
15      A.  For all intents and purposes, no.
16      MS. PROSPER:  Joe, you're probably most
17  familiar with what was turned over in the
18  initial production.
19      You spoke about bullet points that the
20  sales folks use or things maybe that are
21  around the room that they could refer to.  We
22  would like to request those.
23      MR. SANSCRAINTE:  Absolutely.  I would
24  check to see if it was in the original

FTC-TTC-000654

THE TAX CLUB

BRENDAN PACK
May 17, 2011

---

Page 97

1         B. Pack
2    production, and if not, apologies.
3         MS. PROSPER: That's okay.  I'll tell
4    you that we have in the original production
5    what are called compliance scripts which when
6    we got it we didn't know what they were but
7    now having heard testimony we have a better
8    idea so we may not have known to ask for
9    certain things ahead of time.  So we're not
10   faulting anyone, but sort of, let's say,
11   generally anything used by the sales staff
12   outside of what they learned in training but
13   when they're actually doing the selling
14   things that are available to them and such.
15        We have the names of the folks that you
16   think could answer some of the questions that
17   you could not.
18        Do you have anything?
19        (Continued on next page for jurat.)
20
21
22
23
24
25

---

Page 98

1         B. Pack
2    MR. SANSCRAINTE: No, nothing.
3    MS. PROSPER: Thank you.  It's now 12:12
4    and this concludes the examination of
5    Mr. Pack.  Thank you very much.
6    (TIME NOTED: 12:12 P.M.)
7
8    BRENDAN PACK
9
10
11   Subscribed and sworn to
12   before me this      day
13   of          , 2011.
14
15
16   NOTARY PUBLIC
17
18
19
20
21
22
23
24
25

---

Page 99

1
2              INDEX TO EXHIBITS
3
4    AG                                    ID    EVD
5    8     Subpoena.                        3      7
6    9     Affidavit of Service.            3      8
7    10    Copy of driver's license.        3     12
8    11    The Tax Club's Guide to         42
9          Incorporating.
10   12    The Tax Club Sales Training     42     53
11         Presentation Transcript.
12   13    My Essential Plans Sales        42
13         Training Test.
14   14    The Tax Club Sales Manual.      43
15   15    The Tax Club Legal Compliance   43     52
16         With Telemarketing Regulations.
17   16    Legal Strategies for Organizing 43
18         Your Company.
19
20
21
22
23
24
25

---

Page 100

1
2              CERTIFICATION
3
4         I, PATRICIA WOR, a Notary Public in and
5    for the State of New York, do hereby certify:
6         THAT the witness, BRENDAN PACK, whose
7    testimony is herein before set forth, was
8    duly sworn by me; and
9         THAT the within transcript is a true and
10   accurate record of the testimony given by
11   said witness, BRENDAN PACK.
12        I further certify that I am not related,
13   either by blood or marriage, to any of the
14   parties to this action; and
15        THAT I am in no way interested in the
16   outcome of this matter.
17        IN WITNESS WHEREOF, I have hereunto set
18   my hand this 3rd day of June 2011.
19
20
21                       PATRICIA WOR
22
23
24
25

---

FTC-TTC-000655

**BRENDAN PACK**
May 17, 2011

**THE TAX CLUB**

Page 101

```
 1
 2                    ERRATA SHEET
 3         I wish to make the following changes, for
 4   the following reasons:
 5       PAGE LINE
 6       ____ ____  CHANGE:_____
 7                  REASON:_____
 8       ____ ____  CHANGE:_____
 9                  REASON:_____
10       ____ ____  CHANGE:_____
11                  REASON:_____
12       ____ ____  CHANGE:_____
13                  REASON:_____
14       ____ ____  CHANGE:_____
15                  REASON:_____
16       ____ ____  CHANGE:_____
17                  REASON:_____
18       ____ ____  CHANGE:_____
19                  REASON:_____
20       ____ ____  CHANGE:_____
21                  REASON:_____
22       ____ ____  CHANGE:_____
23                  REASON:_____
24       ____ ____  CHANGE:_____
25                  REASON:_____
```

**Precise Court Reporting**
516-747-9393   718-343-7227   212-581-2570

FTC-TTC-000656