**In The Matter Of:**

*IN THE MATTER OF:*

*THE TAX CLUB*

---

*GARY MILKWICK*

*July 26, 2011*

---

*Precise Court Reporting*

*200 Old Country Road*

*Suite 110*

*Mineola, New York 11501*

*516-747-9393   718-343-7227   212-581-2570*

Original File 55766-18211b.v1

FTC-TTC-000657

This Page Intentionally Left Blank

FTC-TTC-000658

IN THE MATTER OF:                                      **GARY MILKWICK**
THE TAX CLUB                                            **July 26, 2011**

---

**Page 1**

```
1
2   -------------------------------X
3   IN THE MATTER OF:
4
5           THE TAX CLUB
6
7           GARY MILKWICK
8   -------------------------------X
9               163 West 125 Street
10              Harlem, New York
11
12              July 26, 2011
13              9:30 A.M.
14
15          EXAMINATION of GARY MILKWICK,
16  taken pursuant to Article 22 of the General
17  Business Law and Article 5 of the Executive
18  Law, held at the above-mentioned time and
19  place, before Margaret Savino, a Notary
20  Public of the State of New York.
21
22
23
24
25
```

**Page 2**

```
1
2
3   A P P E A R A N C E S:
4
5       STATE OF NEW YORK
6       OFFICE OF THE ATTORNEY GENERAL
7       ERIC T. SCHNEIDERMAN
8           165 West 125 Street, Suite 1324
9           Harlem, New York 10027-8261
10  BY:  JUDY S. PROPER,
11          Assistant Attorney General
12       GUY MITCHELL,
13          Assistant Attorney General
14          in charge
15
16  LAW OFFICE OF JOSEPH W. SANSCRAINTE
17          Attorneys for
18          THE TAX CLUB and WITNESS
19          1120 Avenue of the Americas,
20          4th floor
21          New York, New York 10036
22  BY:  JOSEPH W. SANSCRAINTE, ESQ.
23
24
25
```

**Page 3**

```
1
2   A P P E A R A N C E S: (Continued.)
3
4   ALSO PRESENT:
5       Elana Jacob, Law Student
6       Sofia Komrskova, Intern
7       Greg Allen, Intern
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1       G. Milkwick
2   G A R Y   M I L K W I C K, having first been
3   duly sworn by a Notary Public of the State
4   of New York, was examined and testified as
5   follows:
6   EXAMINATION BY
7   MS. PROSPER:
8       Q.   Please state your name for the
9   record.
10      A.   Gary Milkwick.
11          MS. PROSPER: My name is
12  Judy Prosper.  I am an Assistant
13  Attorney General in the Harlem Regional
14  Office of the Office of the Attorney
15  General.  Today is Tuesday, July 26th,
16  it's approximately 10:25 a.m.  With us
17  in the room is Guy Mitchell, Assistant
18  Attorney General in charge of the
19  Harlem Regional Office, Elana Jacob,
20  law student, Sofia Komrskova, an intern
21  in our office, and Greg Allen, also an
22  intern in our office.  Counsel, please
23  state your appearance and law office.
24          MR. SANSCRAINTE: Joseph
25  Sanscrainte, General Counsel with the
```

FTC-TTC-000659

GARY MILKWICK
July 26, 2011

IN THE MATTER OF:
THE TAX CLUB

Page 5

1       G. Milkwick
2   Tax Club, and I am with the Law Office
3   of Joseph W. Sanscrainte.
4       MS. PROSPER: Please put the
5   address.
6       MR. SANSCRAINTE: 1120 Avenue of
7   the Americas, fourth floor, New York
8   New York 10036.
9       MS. PROSPER: Counsel is reminded
10  not to substitute his own opinion and
11  testify in place of the witness.
12      This examination is being
13  conducted pursuant to Article 22 of the
14  General Business Law and Article 5 of
15  the Executive Law.
16      The Attorney General has both
17  civil and criminal jurisdiction and as
18  such I'll give you the follow warning:
19  Anything you say or any document you
20  produce may be used against you in a
21  legal proceeding.  Second, you have the
22  right to refuse to answer any
23  questions, if a truthful answer would
24  incriminate you.  Third, any willful
25  misstatement by you may constitute

Page 6

1       G. Milkwick
2   perjury, the Attorney General will
3   permit you have to have Mr. Sanscrainte
4   an attorney present during the
5   examination, his role, however, is
6   limited to consultation with you in
7   order to give you legal advice
8   regarding privileged matters only and
9   not for any other reason.
10      Do you understand what I have
11  said?
12      THE WITNESS: Yes.
13   Q.   Have you taken any prescription
14  or non-prescription drugs or medication that
15  would affect your ability to proceed today?
16   A.   No.
17   Q.   Are you prepared to proceed?
18   A.   Yes.
19   Q.   Mr. Milkwick, have you ever
20  testified under oath in any proceeding
21  before today?
22   A.   No.
23   Q.   Have you ever been the subject of
24  an investigation by any law enforcement
25  agency?

Page 7

1       G. Milkwick
2   A.   No.
3   Q.   Have you ever been convicted of a
4   crime?
5   A.   No.
6   Q.   What is your full name, please?
7   A.   Gary James Milkwick.
8   Q.   Have you ever used any other
9   name?
10  A.   No.
11  Q.   Sir, did you receive notification
12  or subpoena requiring you to appear in our
13  office today?
14  A.   Yes.
15  Q.   What did you receive?
16  A.   It was the letter from your
17  office just stating that I was required to
18  be here to talk to you guys.
19  Q.   How did you come to receive it?
20  A.   I think Joe gave it to me.
21  Q.   Do you recall where?
22  A.   In our office.
23  Q.   Do you know by whom?
24  A.   From whom, from Joe, I think.
25      MR. MITCHELL: Just for clarity,

Page 8

1       G. Milkwick
2   when you are referring to Joe?
3       THE WITNESS: Joe Sanscrainte.
4   Q.   I am going to mark for
5   identification AG 17, which I am showing to
6   Mr. Milkwick.
7       (Subpoena was marked for
8   identification as AG17; MS 07/26/11.
9   Q.   Do you recognize it?
10  A.   Yes.
11  Q.   What do you recognize it to be?
12  A.   The subpoena for me to appear
13  here today.
14      MS. PROSPER: I'm moving AG 17
15  into evidence please.
16      (AG 17 was admitted into
17  evidence; MS 07/26/11.)
18  Q.   Now that I have done so, let me
19  read in pertinent part.  It's a subpoena and
20  testificandum from the People of the State
21  of New York to Mr. Gary Milkwick, vice
22  president of accounting, is what it says.
23  "Please take notice that you're hereby
24  required to appear the 21st day of July,
25  2011 at 10:00," which we adjourned to today,

Precise Court Reporting
516-747-9393  718-343-7227  212-581-2570

FTC-TTC-000660

Page 9

1      G. Milkwick
2  here in this office. "Any inquiries by
3  Eric T. Schneiderman, the Attorney General
4  of the State of New York, to determine
5  whether an action or proceeding should be
6  instituted against you and or Manhattan
7  Professional Group, Inc., the Tax Club
8  pursuant to New York Executive Law 6312 and
9  New York General Business Law Article 22A."
10 And it talks about your failure to appear,
11 signed by me and dated first day of July.
12      (Affidavit of Service was marked
13      for identification as AG 18; MS
14      07/26/11.)
15      Q.   We have marked AG 18, which is an
16 affidavit of service of the subpoena and
17 testificandum. I am going to move AG 18
18 Affidavit of Service for Mr. Milkwick into
19 evidence.
20      (AG 18 was admitted into
21      evidence; MS 07/26/11.)
22      Q.   AG 18 reads in pertinent part;
23 "Senior Investigator Louis A. Carter was
24 sworn that on July 7th at 350 5th Avenue
25 Suite 6015 in New York, he served you,

Page 10

1      G. Milkwick
2  Mr. Gary Milkwick, vice president of
3  accounting, delivering a true copy to
4  Executive Assistant Nicole Thornton." This
5  is sworn on the 8th day of July.
6      Throughout this examination, I
7  will be referring to documents that have
8  already been admitted into evidence
9  regarding this matter, and that has
10 previously produced in response to a
11 subpoena for documents and information.
12      Sir, are you currently married?
13 A.   Yes.
14      Q.   What is your spouse's name and
15 her occupation?
16 A.   Ryan is her name and she is a
17 stay-at-home mom.
18      Q.   Do you have any children?
19 A.   Yes, two children. I have a boy
20 that's about to turn ▉ and a girl that's
21 about to turn ▉.
22      Q.   Do you pay any child support for
23 those or any other children?
24 A.   No.
25      Q.   Any college or grad school

Page 11

1      G. Milkwick
2  tuition?
3  A.   No.
4      Q.   What is your home address?
5  A.   It's ▉▉▉▉▉▉▉▉
6  ▉▉▉▉▉▉▉
7      Q.   With whom do you reside?
8  A.   With my wife and children.
9      Q.   Do you rent or own your current
10 home?
11 A.   Rent.
12      Q.   How long have you been residing
13 at that address?
14 A.   I think we moved in there
15 November of 2007, so a little over or going
16 on four years now.
17      Q.   Where did you reside prior to
18 that?
19 A.   In Atlanta, George. It was a
20 suburb of Atlanta Powder Springs is the name
21 of that.
22      Q.   How long did you live there?
23 A.   We lived there about 2004, March
24 or April 2004 through until we moved here
25 2007.

Page 12

1      G. Milkwick
2      Q.   Do you currently own any real
3  estate in New York State?
4  A.   No, New York State, no.
5      Q.   Do you currently own any real
6  estate in any other state or country?
7  A.   Yes. We own the house that we
8  own in Atlanta. We couldn't sell it. Bad
9  real estate market. We weren't able to sell
10 it before so we rent it out.
11      Q.   Is that the only real estate you
12 own?
13 A.   Yes.
14      Q.   Do you own or lease a car?
15 A.   I own a car and lease a car.
16      Q.   What kind of car?
17 A.   It's a 2003 Infiniti G35.
18      Q.   Is that the one you own?
19 A.   Yes.
20      Q.   And the one you lease?
21 A.   It's a Mercedes, ML 350.
22      Q.   Do you know the year?
23 A.   Year, I think it's 2010.
24      Q.   Do you own or lease a boat?
25 A.   No.

FTC-TTC-000661



**Page 13**

1      G. Milkwick
2    Q.   Any aircraft or motorcycle?
3    A.   No.
4    Q.   Do you have a safety deposit box?
5    A.   No.
6    Q.   Do you have any retirement
7 savings, stocks or investments?
8    A.   Yes.
9    Q.   Where are they held?
10    A.   I have a current 401K, my current
11 employer Manhattan Professional Group. I
12 have some retirement funds with Vanguard
13 from a previous employer, and some from an
14 investment firm called First Investors.
15    Q.   Were you ever enlisted in the
16 military?
17    A.   No.
18    Q.   What is your Social Security
19 number?
20    A.   It's ▮▮▮▮▮▮
21    Q.   And your date of birth?
22    A.   ▮▮▮▮▮▮
23    Q.   Do you have a driver's license
24 with you?
25    A.   Yes.

**Page 14**

1      G. Milkwick
2    Q.   May I see it, please?
3    A.   Sure.
4    Q.   Let the record reflect that the
5 witness has handed me his driver's license.
6 It reads driver's license ID number
7 ▮▮▮▮▮▮ issued by the ▮▮▮▮
8 ▮▮▮▮▮▮▮▮▮▮. Thank
9 you.
10    A.   You're welcome.
11    Q.   The address is ▮▮▮▮▮▮
12 ▮▮▮▮▮▮
13      How did you get here today?
14    A.   I drove in today.
15    Q.   To Harlem?
16    A.   No. I drove into our office,
17 then took the subway from there to Harlem.
18    Q.   What is your highest level of
19 education?
20    A.   Master's degree.
21    Q.   In what?
22    A.   I have a master's degree in
23 accounting and an MBA master's in business
24 administration.
25    Q.   Do you have any other degree or

**Page 15**

1      G. Milkwick
2 certification?
3    A.   I have a bachelor's in
4 accounting, and a certification of certified
5 public accountant. I guess that's about it.
6    Q.   Please describe your employment
7 history for the last ten years. You can go
8 which whichever way you want.
9    A.   It's probably easiest to start
10 from the beginning and work my way back, so
11 July 2007 through current, I worked at
12 Manhattan Professional Group. Before that,
13 April 2004 until July 2007, I worked for
14 Milkwick & Company CPA, PC.
15    Q.   We need about three more years.
16    A.   Two years before that I was --
17 well, let's see, when did I start. I was
18 getting my MBA at University of California,
19 Los Angeles, so I started that program
20 September of 2004, completed in March of
21 2006.
22    Q.   Just to be clear, you were at
23 Milkwick CPA from '44 so before you got your
24 degree; does that make sense?
25    A.   Right.

**Page 16**

1      G. Milkwick
2    Q.   You said you were --
3    A.   Right after. I messed up the
4 dates on my school. That would have been
5 2002. Sorry about that.
6    Q.   It's all right.
7    A.   So that would have been September
8 2002 through March 2004. Is that ten before
9 that? Almost. Before that I worked at
10 Price Waterhouse Coopers from December '99
11 through September, August 2002.
12    Q.   At Price Waterhouse, what was
13 your position?
14    A.   I was a senior associate.
15    Q.   That was with a BA?
16    A.   Well, I had my first master's
17 degree in accounting before that. I had a
18 bachelor's in master's before I started at
19 Price Waterhouse.
20    Q.   Where was Price Waterhouse?
21    A.   In Atlanta.
22    Q.   And at UCLA, you got what degree?
23    A.   Master's in business
24 administration.
25    Q.   And at Milkwick CPA, what was

FTC-TTC-000662

Page 17

1        G. Milkwick
2   your position there?
3      A.   Director.
4      Q.   It was your name, so I assume --
5      A.   My father was the owner so I
6   worked with him.
7      Q.   Your father, what does he do?
8      A.   He is a CPA.  Tax planning,
9   accounting services, other.
10     Q.   Then you have been at Manhattan
11  Professional Group The Tax Club since 2007;
12  is that correct?
13     A.   That's correct.
14     Q.   Just for clarity, we will just
15  note for the record that Manhattan
16  Professional Group and The Tax Club we will
17  use them interchangeably to mean the same
18  thing, is that good?
19     A.   That is good.
20     Q.   Have you ever been fired from a
21  position other than for downsizing or
22  restructuring?
23     A.   No.
24     Q.   Did any of the prior positions,
25  mainly at Price Waterhouse and Milkwick CPA,

Page 18

1        G. Milkwick
2   require you to supervise others?
3      A.   Yes.
4      Q.   Can you describe that a little
5   bit?
6      A.   Price Waterhouse Coopers on
7   certain engagements I supervised between one
8   and three interns and or regular associates
9   or junior associates.
10     Q.   These junior associates, they
11  were accountants as well?
12     A.   That's correct.
13     Q.   And at Milkwick?
14     A.   At Milkwick & Company we had
15  bookkeepers and other accountants that I
16  supervised on certain projects, so that's
17  yes.
18     Q.   How about big was Milkwick CPA,
19  staff-wise?
20     A.   I think when I was there we had
21  between 10 and 12 people.  Something like
22  that.  It was a relatively small firm.
23     Q.   What is your current position at
24  The Tax Club?
25     A.   Vice president of operations.

Page 19

1        G. Milkwick
2      Q.   How did you first come to be
3   related to The Tax Club or find out?
4      A.   I actually went to school with
5   Mike Savage who is the president.
6      Q.   Which school?
7      A.   Brigham Young University, so we
8   went to undergraduate together.  And about
9   that time in 2007, we found out my daughter
10  had autism and so there weren't many
11  resources in Georgia for that so we were
12  looking to move into this area.  I knew Mike
13  was in New York City, so I called and said
14  hey, anything going on in New York, and he
15  said sure, stop by, we're actually looking
16  for somebody.  So one thing lead to another.
17  I came up for an interview, then it ended up
18  looking like a good fit.  So that's what
19  happened.
20     Q.   Can you describe your current
21  responsibilities at the The Tax Club?
22     A.   Yea, basically in a nutshell, I
23  am in charge of making sure that all the
24  accounting tax services that we provide get
25  fulfilled.  So making sure the tax returns

Page 20

1        G. Milkwick
2   get done timely and accurately.  The
3   bookkeeping as well that we do for clients.
4   Payroll services.  So that's basically it.
5      Q.   When you say you're in charge,
6   how closely are you supervising the folks
7   that are working in your department?
8      A.   Fairly closely.  I mean, I have
9   managers that report to me and then they
10  have obviously people that report to them,
11  but I work fairly closely with the managers
12  to make sure we're training people and
13  getting work done, recruiting, all that good
14  stuff.
15     Q.   How many managers are there?
16     A.   Three other managers.
17     Q.   How are their responsibilities
18  split up, is it by geography or by what kind
19  of thing they do?
20     A.   Yes.  So we separate our teams
21  into time zones, so we have an eastern time
22  zone, we combine mountain and pacific and
23  the central time zones, so we have those
24  three, and that allows us to let the
25  accountants within those zones become

FTC-TTC-000663

Page 21

1      G. Milkwick
2  experts in the tax laws for those states,
3  instead of having somebody to try to know
4  the tax law for 50 states they can get an
5  expert within a few states within that zone.
6  It also allows us to more closely align our
7  schedules with people in -- people in
8  pacific are, obviously, a three-hour time
9  difference from us, so those people come
10  into work later and leave later than say the
11  people in the eastern time zone.
12      Q.    How responsible were you in that
13  structure?
14      A.    Setting up that structure?
15      Q.    Yes.
16      A.    I was pretty integral in setting
17  it up like that.  When I started I think
18  there were -- I don't remember exactly, but
19  I think they had just five teams, and they
20  had people that were just assigning clients
21  based on whatever team had capacity.  And I
22  wanted to, you know, be able to get people
23  trained more on the tax laws with given
24  states so that one person wasn't trying to
25  learn the tax laws in Alaska and New York

Page 22

1      G. Milkwick
2  and Florida, so that was, I think, was an
3  important thing to do.
4      Q.    For the following questions, if
5  you don't personally know the answers from
6  your knowledge or experience, please
7  indicate to me if someone else at The Tax
8  Club does know, and then their name, their
9  position, and then if we need to follow up
10  with them we can do that, but only just
11  testify to your own personal experience or
12  what you do yourself at The Tax Club.
13      A.    Okay.
14      Q.    So you talked about three
15  regions?
16      A.    Time zones.
17      Q.    How many employees work within
18  each of those time zones, would you say?
19      A.    It fluctuates.  We staff up more
20  for tax season, so right now we have less
21  than we normally do during tax season.  It's
22  also different time zones are different,
23  like there's more people that work in the
24  eastern time zone, more clients.
25      Q.    You can give me the overall

Page 23

1      G. Milkwick
2  number?
3      A.    I think right now we've probably
4  got 50 to 60 people in the total combined.
5      Q.    In all three?
6      A.    In all three combined.
7      Q.    Talk to me a little bit about the
8  structure of how it happened.  I understand
9  that the company is incorporated in Utah and
10  then registered in New York.
11      A.    Yes.
12      Q.    So then you're the head
13  operation, vice president of operations?
14      A.    Yes, right.
15      Q.    Are you supervising the whole
16  country, is there a breakdown in Utah or is
17  it all happening here in New York?
18      A.    Yes, we have -- there are two
19  entities set up, so Manhattan Professional
20  Group and The Tax Club.  The Tax Club is
21  mainly the Utah employees.  I don't really
22  do much with the employees in Utah at all,
23  mainly just the people in New York because
24  that's where all the accountants are.  In
25  Utah it's just there are some sales people

Page 24

1      G. Milkwick
2  and some administrative people.
3      Q.    So there are no accountants in
4  operation?
5      A.    All the accountants are in New
6  York.
7      Q.    While we're talking about
8  accountants, what are the names or titles of
9  the folks that are working in your
10  department; we have the three managers?
11      A.    Yes.
12      Q.    So what degrees or titles do they
13  hold?
14      A.    So, we refer to them internally
15  as zone managers.  They would have either a
16  C.P.A. or an E.A. designation enrolled agent
17  or certified public accountant.  They
18  generally have, you know, seven to five,
19  let's say five to ten years of experience.
20  And they're the experts that we have.
21      Q.    Experts in what?
22      A.    The taxes and accounting work.
23      Q.    Then, now the 50 to 60 folks that
24  work under them, what are their designation?
25      A.    We have senior accountants.

Page 25

1          G. Milkwick
2     Q.   What degree might those have?
3     A.   They would have all bachelor's
4  degrees.  They would also have either a
5  C.P.A. or enrolled agency designation or be
6  working towards such designation.
7     Q.   You say they have a bachelor's,
8  is it in acccounting or something else?
9     A.   It depends.  Sometimes not
10 necessarily always in accounting, we prefer
11 that, but it's not always in accounting they
12 have their degree.
13     Q.   Now back to the three zone
14 managers, can you give me their names,
15 please?
16     A.   Yes.  Jonette Esquicias.
17     Q.   What zone is she in?
18     A.   She is a central zone.
19     Q.   Second one?
20     A.   Eastern time zone would be --
21 right now I think we have co zone managers,
22 so Leo Gordon and Ann, I think her last name
23 is Jung.  And in pacific zone Jason Sager.
24 So those are the three zone managers.
25          MR. MITCHELL:  To the best you

Page 26

1          G. Milkwick
2  can, each zone manager, if I may, we
3  have at atlantic, pacific and eastern?
4          THE WITNESS:  Yes.
5          MR. MITCHELL:  If you can just
6     make it clear for the record what
7     degree or certification each one has,
8     as best you can.
9     Q.   We talked about Jonette.
10     A.   Jonette is a C.P.A, and I don't
11 remember her schooling to tell you the
12 truth.  I am fairly certain she has a
13 bachelor's degree but I am not sure what
14 it's in.  Jason Sager is also a C.P.A.
15 Again, I don't remember his schooling to
16 tell you the truth.  I am sure he has a
17 bachelor's degree.  And Ann, I think, I'm
18 not sure if she is a C.P.A. or E.A. I think
19 she is working towards one, but I don't
20 think she has got either designation yet.
21 Leo Gordon is an enrolled agent.  I think
22 that -- again, I think their education is
23 they both have degrees.  It would be very
24 rare if we had somebody, especially that
25 high, without a degree.

Page 27

1          G. Milkwick
2          MR. MITCHELL:  Thank you.
3     Q.   In order to be a C.P.A. or
4  enrolled agent, do you have to have a
5  prerequisite degree?
6     A.   I don't think so for an enrolled
7  agent.  For C.P.A. you do.
8     Q.   Is that a bachelor's minimum?
9     A.   Yea, and there's also a hundred
10 fifty hours of education rule, so, you know,
11 a lot of schools will have master's
12 programs, they get you the hundred fifty
13 hours or you have a bachelor's at some
14 subsequent school to get you the hundred
15 fifty hours.  Most states require 150 hours
16 for your C.P.A. license.
17     Q.   The enrolled agent, how are they
18 different or similar to a C.P.A.?
19     A.   An enrolled agent is a
20 designation with the I.R.S., so basically,
21 the way it works is to be able to talk to
22 the I.R.S. on behalf of a client, you either
23 have to be a C.P.A. or attorney or you have
24 to be an enrolled agent, so to represent
25 somebody in front of the I.R.S, is what

Page 28

1          G. Milkwick
2  those are, so that's their internal
3  designation that the I.R.S. has if you're
4  not a C.P.A. or attorney.
5     Q.   What kind of education does the
6  enrolled agent have?
7     A.   I am not sure what the
8  prerequisite education is.  I think there is
9  something, but I am not a hundred percent
10 sure what it is off the top of my head, but
11 most of the people that are enrolled agents
12 would have a bachelor's degree.
13     Q.   Do the enrolled agents that work
14 for The Tax Club in your department, do they
15 have bachelor's degrees?
16     A.   Yes.  I honestly can't think of
17 one person that's an enrolled agent that
18 doesn't have a bachelor's degree.
19     Q.   I'd like you to describe the role
20 of your department and how it might
21 interface with other departments,
22 specifically, the sales department.  Let's
23 start there.  How you may or may not work,
24 and if you don't say you don't, but how you
25 might work with sales.

FTC-TTC-000665

Page 29

1          G. Milkwick
2     A.   We work with sales in an effort
3 to transition the client from what the sales
4 department has told them to what we're
5 actually providing them, so we will work
6 with sales to provide training to the sales
7 guys, for example, in what we do, this is
8 how we help a client from a tax perspective
9 or accounting perspective, bookkeeping
10 perspective. We, you know, there's not a
11 ton of back and forth between the two, but
12 you know, it's training and it's
13 communication as to how to best get the
14 client from being sold a product to using
15 the services.
16     Q.   When you say training, what kinds
17 of training are you talking about?
18     A.   It's pretty informal. We'll have
19 a meeting, I'll explain to people how sales
20 tax works or just general topics, you know.
21     Q.   I am going to keep breaking it
22 down.
23     A.   Sure.
24     Q.   So you said you will have a
25 meeting to explain to people. Who are you

Page 30

1          G. Milkwick
2 explaining it to?
3     A.   The sales people.
4     Q.   And is it mandatory for the sales
5 people to show up at these meetings?
6     A.   No. They're informal, so
7 whoever's there that day if they're there,
8 yes, to have to come, but you know, it's not
9 super formal.
10     Q.   Is it a part of their training to
11 hear from you?
12     A.   No.
13     Q.   What kind of material would you
14 use when you train the sales folks?
15     A.   You know, I can't even think.
16 Most of the training that I have done
17 personally with the sales people are just
18 oral, so we might have a handout or
19 something. So like I said, ones that I do
20 with training, the training that I do it's
21 pretty informal. We might have a handout or
22 something like that, but I know they get
23 training from other sources, but that's the
24 extent of how fulfillment and I interact
25 with them.

Page 31

1          G. Milkwick
2     Q.   I am showing you what has been
3 previously marked for identification and has
4 been previously entered into evidence as AG
5 12. I am going to show it to you. Is that
6 something that you're familiar with?
7     A.   No.
8     Q.   So this is not one of the
9 handouts or such that you would give away?
10     A.   I didn't prepare it.
11     Q.   Not prepared. Was this something
12 that you would use in your training for the
13 sales?
14     A.   That I would use, no. It looks
15 like something that another one of the
16 internally used by the sales team.
17 RQ:
18          MS. PROSPER: So we talked about
19     the C.P.A. and E.A. I was going to ask
20     you later, Mr. Sanscrainte, you may
21     want to make a note of this now, but to
22     provide later, the names, the titles
23     and the degrees or certifications for
24     these 50 or 60 accountants.
25          I don't want to say they're all

Page 32

1          G. Milkwick
2 accountants, but 50 or 60 staff of the
3 operation that work under the three
4 Zone managers and their length of
5 employment at The Tax Club.
6          MR. SANSCRAINTE: Okay.
7     Q.   Other than the C.P.A. and the
8 E.A.s that you mentioned and described, are
9 there any other professionals or para
10 professional that works in the operations
11 department?
12     A.   We do have what we call tax
13 analysts that are more administrative,
14 they're more administrative in nature, so
15 they'd be in charge of collecting
16 information from clients or setting
17 appointments or data entry, that kind of
18 thing. So those people don't necessarily
19 have a C.P.A. Or E.A. designation.
20     Q.   What kind of designation do they
21 have?
22     A.   Generally, most of them I think
23 have college degrees, but it's not
24 necessarily in accounting or anything.
25 They're mainly administrative type data

FTC-TTC-000666

Page 33

1        G. Milkwick
2  entry almost is what I consider them.
3     Q.    So they're outside of the 50 or
4  60?
5     A.    No.  Within.
6     Q.    How many of them are the 50 or
7  60?
8     A.    I am just trying to think.
9  Probably eight to ten, I am guessing.
10    Q.    Are they designated by zones as
11  well?
12    A.    Yes.
13    Q.    So they're under the supervision
14  of one of the three time zone managers?
15    A.    That's correct.
16    Q.    Do you have any attorney that
17  works under your supervision in operations?
18    A.    No.
19    Q.    Do you have any sort of
20  interaction with attorneys with regard to
21  the work that you do?
22    A.    Not really.
23    Q.    So are the employees, let's say
24  all the 60 to 70, but the three managers,
25  we're talking about all the employees under

Page 34

1        G. Milkwick
2  operation right now, are they trained in
3  some way before they begin their work at
4  The Tax Club?
5     A.    Yes.  They're generally the zone
6  managers will sit with the people for quite
7  some time and kind of go through all the
8  system, and they will generally shadow a
9  senior accountant for maybe a week, week or
10  so to get the feel for the system and be
11  trained.
12    Q.    Let's talk about the training.
13  What specifically is happening, are they
14  given presentation, material, video?
15    A.    Yes, they are.  We also have an
16  online training system as a Reuters system
17  where they have access to, you know, I don't
18  know how many hundreds of classes, but
19  access to all that online type training, and
20  then shadowing the person and receiving kind
21  of all right, this is what I do in this
22  situation, which is, you know, I don't know
23  which is more valuable, but that is also
24  very valuable, how you would talk to clients
25  and all that good stuff.

Page 35

1        G. Milkwick
2     Q.    Now --
3     A.    Softer skills.
4     Q.    Now, is there a formalized sort
5  of time frame, let's say someone is hired,
6  one of the C.P.A, or E.A.s in one of the
7  time zones.  Is there a formalized training
8  sort of you have to learn this, this and
9  this; are they paid when they train?  Can
10  you give me more details on how it all
11  happens?
12    A.    Yes.  It depends on if we're
13  hiring them straight out of college or if
14  they're coming on as an experienced hire.
15  If they're coming on as they are already a
16  C.P.A. or E.A. their training is going to be
17  different than somebody straight out of
18  school.  We don't really have a super
19  uniformed method.  We kind of look where
20  that person is and say all right, these are
21  the classes we want to take online, and
22  we're going to have you shadow this person
23  for X amount of time.
24    Q.    Do you personally provide any
25  training for the employee, are you involved

Page 36

1        G. Milkwick
2  in that?
3     A.    With the zone managers I do.  If
4  there's something we're working on that they
5  haven't done before or need help with
6  something more advanced issue I'll train
7  zone managers on those issues, but I don't
8  really train like junior people.
9     Q.    When you say something we're
10  working on, can you give me an example or
11  talk to me more --
12    A.    If there's an advanced tax topic
13  that the zone manager hasn't had experience
14  with, sometimes they come to me and say
15  here's a topic that I never dealt with
16  before, what have you done in the past.  And
17  then we will sit down and go through it and
18  I'll tell them what I have done in previous
19  situations, and we'll research it together.
20  That kind of thing.
21    Q.    When you talk about topics, are
22  those topics related to individual
23  customers; are these questions that are
24  coming from customers or where are they?
25    A.    They would be from a tax return

FTC-TTC-000667

Page 37

1        G. Milkwick
2  if someone's preparing either personal or
3  business tax returns.
4        Q.   Maybe we can come up with a term,
5  maybe fulfillment or something like that
6  because you mentioned that yourself.
7        A.   Right.
8        Q.   What is it that these folks in
9  your division, we will call them fulfillment
10 staff for lack of a better term, or maybe
11 that's a good term, for fulfillment staff,
12 what are they doing. You talked about tax
13 returns, besides that, if anything?
14       A.   They do like bookkeeping,
15 preparing financial statements, they consult
16 with clients on the phone. So as part of
17 services we provide, we provide what we call
18 Unlimited Tax Consultants for clients, so if
19 they want to call at any time and ask
20 questions, whether it be for personal or
21 business taxes, they will spend a lot of
22 time on the phone with a client. The client
23 might say I bought a new car, how do I put
24 it in my business, what do I do, what's the
25 best tax treatment, so questions like that.

Page 38

1        G. Milkwick
2  So they're on the phone a lot with the
3  clients.
4        Q.   These are folks who are already
5  customers?
6        A.   Right.
7        Q.   I am going to get to that a
8  little bit later, I just want to get a feel
9  for what your people are doing on a daily
10 basis.
11       MR. MITCHELL: If I may
12 interject, so I'm clear, when the term
13 is used fulfillment, is that what you
14 just expressed and described, that is
15 fulfillment as a definition?
16       THE WITNESS: Completing the work
17 for clients, yes. Completing a tax
18 return or completing financial
19 statements. That's what we refer to
20 fulfillment as, completing stuff for
21 clients.
22       Q.   Just on that, related to the
23 product which they purchase --
24       A.   Yes.
25       Q.   -- which we will get into a

Page 39

1        G. Milkwick
2  little bit later, so your fulfillment staff
3  is doing the work, I don't want to put words
4  in your mouth, that the client has
5  purchased?
6        A.   That's correct.
7        Q.   Are any fulfillment employees
8  trained to give any kind of legal advice?
9        A.   Not to give legal advice, no.
10       Q.   Are they trained and told not to
11 give legal advice?
12       A.   Yes. We actually do tell them
13 not to divulge legal advice.
14       Q.   How do you tell them that?
15       A.   You know, as part of the training
16 they get, you know, even though -- like I
17 said, it's not necessarily super-formal,
18 they're always told you can't ever give
19 legal advice as part of what you do here.
20 We provide tax advice but not legal advice.
21       Q.   Do you give them any examples of
22 what you would consider legal advice?
23       A.   Yes, we do.
24       Q.   Give me one or two.
25       A.   I know specifically, I mean

Page 40

1        G. Milkwick
2  really, the only legal, the only issue I can
3  even think of where it could be even giving
4  legal advice, like say a corporation, so we
5  tell them specifically do not say you should
6  set up an S Corp or you should set up an
7  LLC. What we tell to say is from a tax
8  perspective, setting up an LLC would save
9  you the most in taxes, and then we let the
10 consumer choose what they want to do.
11       Q.   Theoretically?
12       A.   Yes. I mean, that's what we
13 train them to do with the fulfillment staff.
14       Q.   How do you rate employee
15 performance under, just keep knowing that
16 it's under operation because that's what
17 we're talking about.
18       A.   Yes. You mean, what do we look
19 for or?
20       Q.   Yes. Do you have any kind of
21 rating?
22       A.   We do.
23       Q.   So how does that work?
24       A.   So we look at -- we have an
25 actual, a standard formal process for it, so

FTC-TTC-000668

Page 41

1        G. Milkwick
2 we have a form where it has different
3 categories, so for example, you know, has
4 the accountant, how's the level of knowledge
5 of the accountant.
6      Q.   I am sorry, who is rating them,
7 are you doing so or are the zone managers?
8      A.   I rate the zone managers, the
9 zone managers rate the people under them.
10 So, there's everything from level of
11 knowledge to customer service provided to
12 clients, to contributing new ideas to the
13 team to better serve the client.  I can't
14 remember all of them, but that's generally
15 how they're contributing and progressing.
16      Q.   Is it a formal time when you sit
17 down with the person and discuss these kinds
18 of things?
19      A.   Yes.
20      Q.   Is it written down?
21      A.   Yes.
22      Q.   How often does it happen?
23      A.   We have the formal process once a
24 year. We're actually starting it right now.
25      Q.   Is there another process?

Page 42

1        G. Milkwick
2      A.   We give informal feedback to
3 people as the year goes on.  The formal
4 here's your ranking for the year.  We base
5 raises and things on that.  That happens
6 annually.
7      Q.   When you say here's where you are
8 ranking for the year, what do you mean by
9 that?
10      A.   Well, just here's -- we actually
11 have a numerical system.  I think it's a
12 scale of one to five.  And if you achieve, I
13 think, one is the best, it means top
14 performer, with five being below
15 expectations.  So if you get a one, you're
16 going to have a higher raise than somebody
17 who has a three, which would be meets
18 expectation, for example.
19      Q.   So these ratings are tied to
20 raises, you said?
21      A.   Yes.
22      Q.   Can you tell me, approximately, I
23 am sure they will vary, but if they don't
24 you can tell me that too, the salary of the
25 zone managers?

Page 43

1        G. Milkwick
2      A.   I think right now, probably 70 to
3 85,000, 90,000 maybe something like that in
4 range.
5      Q.   Other than performance, are there
6 other ways they get raises, I don't want to
7 put words in your mouth.
8      A.   Well, we try to factor all that
9 in to the performance evaluation, so if they
10 did something, maybe this is what you're
11 getting at.  We have had occasions where
12 people have done something really great,
13 they're getting great feedback from clients
14 and we will give them the raise before the
15 annual evaluation period, but we try to
16 factor in as much as possible to the annual
17 evaluation period.
18      Q.   Are the interactions with the
19 customer, calls or any other kind of
20 correspondence, e-mail, are they monitored?
21      A.   Yes, we don't do -- I mean, we
22 have access to the calls of the accountants
23 but we usually only check them if the
24 clients complains or something.  If the
25 client said this person was rude to me or

Page 44

1        G. Milkwick
2 something like that, we will go back to
3 check the phone records, but there's not
4 necessarily ongoing monitoring of the calls
5 of the accountants or e-mails of
6 accountants.
7      Q.   But they are recorded?
8      A.   Yes.
9      Q.   The e-mails that they send to
10 customers or might send, they're kept
11 somewhere?
12      A.   I think so.  I am not a hundred
13 percent sure on that.
14      Q.   Do you know who would know if
15 they are kept?
16      A.   Probably someone in the I.T.T.
17 department.  I am assume they were but I
18 just can't say for sure.
19      Q.   So you wouldn't know how long
20 they were kept?
21      A.   Right.  I wouldn't know.
22           MR. MITCHELL: You said the
23           recordings are kept, is that fair to
24           say?
25           THE WITNESS: Yes.  I don't know

FTC-TTC-000669

Page 45

1          G. Milkwick
2     how long we keep them or anything, but
3     I know if somebody comes to me and says
4     this accountant had a complaint from a
5     client that said they were rude to them
6     or something like that, I know that I
7     can pull that call.  I can get somebody
8     from the I.T.T. department, I can
9     listen to it.  I don't know what the
10    retention period is, if I can go back
11    less than a year or something, but I
12    know that in general I can listen to
13    those calls.
14        Q.   Have you listened to them
15    yourself?
16        A.   The zone managers usually do.  I
17    have occasionally listened to them but
18    usually the zone managers take care of it.
19        Q.   So, let's play out that scenario.
20    A customer calls to complain and you review
21    the call.  What might happen as a result?
22        A.   Depending on what happened.
23    Depending on what went on in the call.  If
24    the accountant really was rude to the
25    client, they would most likely receive a

Page 46

1          G. Milkwick
2     warning, like a formal written warning,
3     don't treat the clients like this or you're
4     going to be fired next time, but that's the
5     extent.  If it was bad, I mean, a lot of
6     times there's a misunderstanding or
7     something we're able to work it out with the
8     client, it's not an issue, but if we were
9     really at fault, we'd try to make it good
10    with the client and discipline the person on
11    the offending side.
12        Q.   Do you have a system of fees or
13    penalties that your staff pays for
14    infractions?
15        A.   No, not for the fulfillment
16    staff, no.
17        Q.   Just to be clear, the fulfillment
18    staff, can they earn any kind of commission
19    of any kind?
20        A.   They can.  It's pretty limited.
21    The situations in which a fulfillment person
22    might earn a commission is if the client
23    comes to them and says look, I signed up for
24    your services with this business but my wife
25    actually has a business, for example, and

Page 47

1          G. Milkwick
2     she wants you to do her business tax returns
3     too, how much is it.  And they will quote
4     him a price and so they would get a
5     commission on that.  It's not pro active,
6     it's more of if somebody calls and asked for
7     something directly of them.  They don't get
8     any pro active calls like sales does.
9         Q.   How are your employees paid?
10        A.   Salary.
11        Q.   By what means?
12        A.   Just paycheck biweekly.  I think
13    most people are on direct deposit.
14        Q.   Do you earn a salary from The Tax
15    Club?
16        A.   Yes.
17        Q.   How much a year?
18        A.   My base is about 200.  I think it
19    is 200, and then I have the opportunities to
20    earn bonuses and so up to around 300.
21        Q.   The bonuses are based on what?
22        A.   Performance.
23        Q.   Who rates your performance?
24        A.   The president, Mike.
25        Q.   Do you earn any other money from

Page 48

1          G. Milkwick
2     your affiliation with The Tax Club?
3         A.   Not other than that.
4         Q.   Are you any kind of partner or
5     split the profits or anything like that?
6         A.   No.
7         Q.   You're a straight employee?
8         A.   Yes.
9         Q.   Do you have a contract?
10        A.   That's a good question.  I think
11    I did when I first started but I think it's
12    expired, I think.  I am not even sure, to
13    tell you the truth.
14        Q.   The next couple of questions
15    relate, I'll ask them to you, but again, I
16    want to remind you if you know, if you don't
17    know, it's somebody else.
18             How does The Tax Club find
19    potential customers?
20        A.   We have lead sources, but I don't
21    really deal with that that much.
22        Q.   What's a lead source?
23        A.   So for example, like a company
24    like a Legalzoom.com for example, where
25    people go on, they will set up their own

Page 49

1        G. Milkwick
2  corporation on Legalzoom, and then they get
3  to the end of the application and it says
4  something like congratulations, you're a
5  business owner, by the way, you now have
6  business tax filing requirements would you
7  like someone to contact you.  So Legalzoom
8  is an example of a lead source because they
9  sent us potential clients, people who have
10 opted in, but I don't really work too much
11 with the lead source.
12      Q.   So you wouldn't know how they're
13 chosen?
14      A.   No, not really.
15      Q.   Do you know what kind of payment
16 arrangements The Tax Club has with any lead
17 source?
18      A.   There's a revenue share but I
19 don't know what it is for specific partners.
20 It varies, I think.
21      Q.   Do you know if the lead source
22 disseminate any Tax Club information to
23 potential customers in advance of your
24 contact?
25      A.   I don't know.

Page 50

1        G. Milkwick
2      Q.   We're going to get into sort of
3  more of the meat now of what goes on in your
4  division.
5      A.   Okay.
6      Q.   I want to talk about the services
7  and actual products that are sold and what
8  fulfillment does to fulfill those.
9      A.   Sure.
10     Q.   So let's talk about what services
11 are sold to customers.
12     A.   Okay.
13     Q.   What they are, I know they have
14 lots of names, and just kind of there are a
15 lot of them, so let's start with has already
16 been admitted.  And this is my very special
17 way of putting it together so, hopefully,
18 it's legible and that the lines line up.
19         So this was produced pursuant to
20 our subpoena duces tecum, which just means
21 give us your papers and of the different
22 packages sold.  And so we have in the first
23 column the name of the package, how much it
24 cost, half price, monthly price, yearly
25 price, description of it, its website, a

Page 51

1        G. Milkwick
2  customer service number, and it says .CS rep
3  product manager, and something filled in
4  there.  I also want to show you what I am
5  going to mark 19 for identification.
6         (Tax Club Packages document was
7  marked for identification as AG 19; MS
8  07/26/11.)
9      Q.   I am showing you in addition to
10 what has already entered Exhibit 7, I'm
11 going to show you what we marked as AG 19.
12 This exhibit was produced to us after a
13 couple of your colleagues were here before
14 you.  After their subpoena hearing we asked
15 for more information, and this stuff was
16 provided to us.
17         Why don't you take a look at it
18 and tell me if it's something that's
19 familiar to you.
20     A.   I mean, the names of the packages
21 are definitely familiar and description.
22 I've never seen this specific document, this
23 specific document.
24         MR. MITCHELL: When you say this
25 specific document, you're referring to?

Page 52

1        G. Milkwick
2         THE WITNESS: AG 19.  I've never
3  seen this specific document, AG 19.
4  The names of the packages and the
5  services are familiar.
6      Q.   Let's stick with AG 19.  Would
7  you say that AG 19 is a fair and accurate
8  sort of summary or representation of
9  products sold by The Tax Club?
10     A.   Yes.  Looks like it.
11         MS. PROSPER: I am going to move
12 19 into evidence.
13         (AG 19 was admitted into
14 evidence; MS 07/26/11.)
15     Q.   Throughout this next piece if you
16 had to refer, you had something to say about
17 AG 7?
18     A.   This looks like a document that I
19 have seen before.  We will use it to update
20 the packages there that are being sold.
21     Q.   And between the two documents, 7
22 and 19, which of those, if any, are
23 fulfilled by your department?
24     A.   Okay.  You want me to go through
25 the list?

Page 53

1      G. Milkwick
2      Q.   Yes.  As I said, they were
3  produced to us.  I don't know if one is more
4  comprehensive or updated.  This one is
5  several pages, the packages being on, I
6  think, it's four pages across.  These are
7  various packages so, yes, let's get through
8  those.
9      A.   Start with 7 and go to 19?
10     Q.   Yes.  Take your time.
11     A.   The Corporation Document Package,
12 yes, that would be something fulfilled by my
13 department.
14        MR. MITCHELL: You're referring
15     to AG 19?
16        THE WITNESS: Yes.
17     A.   So I'll just go down the package
18 list on 19 and we can talk about each one,
19 if you'd like.
20     Q.   Let's do that.  You and I are
21 going to have to share it though because I
22 didn't make copies of that so we all know
23 what we're talking about.
24     A.   So that one, the Corporation
25 Document Package, yes, we would fulfill

Page 54

1      G. Milkwick
2  those services.  2011 Corporate Document
3  Package, yes, my department would fulfill
4  that.  Business Starter Package, yes, we
5  fulfill that.  2011 Business Starter
6  Package, yes, my department would fulfill
7  that.  Business Saver Package, yes, we
8  fulfill that.  2011 Business Saver Package,
9  yes, we fulfill that.
10     Q.   One thing, when you say we would
11 fulfill that, there are several pieces to
12 each one.  Are you fulfilling all the
13 pieces?
14     A.   Right, for example, we do, for
15 example, the RA Services is one I saw here.
16 RA Service, we don't have our own registered
17 agent in all 50 says states, so we would
18 outsource that piece, but all the other
19 stuff.
20     Q.   Your department would outsource
21 that?
22     A.   Right.
23     Q.   Your department would?
24     A.   Business Saver Plus Package, yes,
25 we would fulfill all those services.  2011

Page 55

1      G. Milkwick
2  Business Saver Plus Package, yes, we fulfill
3  those.  Corporation Package A, yes,
4  Corporation Package B 2011, yes.
5  Corporation Package C 2011, yes.  2011
6  Corporation Package H, yes.  2011
7  Corporation Package I, yes, 2011 Corporation
8  Package J, yes.  Inc B + Resident Agent,
9  yes.  Corporation + Kit with Resident Agent,
10 yes.
11     Q.   Now, let's go back to 7.  Again,
12 I want to be try to be efficient, but we do
13 have to get through it all.
14     A.   Sure.
15     Q.   Are some of the things on AG 19
16 on 7; is one more comprehensive than the
17 other?
18     A.   It looks to me like this one is
19 more updated.
20     Q.   This being?
21     A.   This 19 looks more updated
22 because it's got to 2011 and AG 7 is 2009.
23 It looks like this is probably a list of
24 service we had at that point in time.
25     Q.   Now, I'll let you scan this and

Page 56

1      G. Milkwick
2  tell me what is on AG 7 that was not on AG
3  19, and whether or not your department
4  fulfills that.
5      A.   Okay.  I mean, obviously, the
6  years are different between the two
7  documents, but I am just looking at the meat
8  of the services.
9      Q.   That's fine.  On AG 7 you just
10 reviewed the first page, is there anything
11 on the first page of AG 7 that was not on AG
12 19?
13     A.   It doesn't look like it to me.
14 It looks, I mean, I didn't look at any every
15 single service and every single package.
16     Q.   I am talking about mostly the
17 package.
18     A.   Yes.
19     Q.   The names of the package.
20     A.   Yes, they're the same, similar.
21     Q.   Let's go to page two of seven
22 now.
23     A.   So do you want me because I don't
24 think E-Tax Hotline on itself was on this
25 page.

FTC-TTC-000672

Page 57

1      G. Milkwick
2      Q.   So is E-Tax Hotline something
3  that is still sold?
4      A.   Yes.
5      Q.   So E-Tax Hotline needs to be
6  added to our list?
7      A.   Yes.  I don't know if it's sold
8  separately.  It is sold.  It's part of a lot
9  of these packages.  I don't know, I'm not in
10 charge of bundling the different services
11 that we offer, so I don't know if it's sold
12 separately.
13     Q.   So you're saying E-Tax Hotline is
14 part of the others so we'll get a
15 description when you go through each of the
16 descriptions of each of the products.
17     A.   Right.  Corporation Kit was also
18 included in some of these.  I don't know if
19 we sell it separately or not.  Corporate
20 Binders, that's included in some of these
21 other packages.  Corporate Pro is also
22 included in some of these packages.  So, you
23 know, Unlimited Tax Consulting is something
24 that's also included in some of these other
25 packages.  Tax Plan should be included.  I

Page 58

1      G. Milkwick
2  think it's included, yes.  Resident Agent
3  Services is in some of these.  Startup Guide
4  is also in some of these other packages.
5      Q.   For the record, that's the third
6  page of Exhibit AG 7.
7      A.   Tax Prep is definitely included.
8  Money Management Guide, I don't think we
9  have that any more.  Business Financial
10 Analyst, I don't think we do either of
11 those.  Form 1023 Prep and File, we do that.
12 That's a nonprofit.  That's the application
13 with the I.R.S. to obtain 501C3.  We do
14 complete those.  I didn't see it.
15     Q.   That wasn't on this list.  What
16 is that one called?
17     A.   Form 1023 Prep & File.  We don't
18 do a ton of those, just if a client calls
19 and says I am trying to set up a nonprofit,
20 can you help me, then we will do it, so it's
21 not something that the sales guys sell.
22 Form 990 Prep & File, this would really fall
23 under payroll services that we offer.  I
24 don't think we sell that separately anymore.
25     Q.   That's form 990?

Page 59

1      G. Milkwick
2      A.   Yes.
3      Q.   Go ahead.
4      A.   Actually, I am sorry, the form
5  990 is the nonprofit tax return.  That's
6  what that is.  Sorry.  California Nonprofit
7  Prep & Filing, California's the only state
8  that has separate applications aside from
9  the 1023 that you file with the I.R.S, so we
10 do that.  Again, it's a very limited handful
11 for the year probably.  Two Day All
12 Inclusive New York Workshop, that's included
13 in some of these packages.  As far as I
14 know, we don't sell is that separately right
15 now.  Same with the One Day New York
16 Workshop.  Partner Workshop attending one
17 day is part of the workshop, also Two Day
18 Workshop.  These are all part of workshops
19 that are included.
20     Q.   These meaning?
21     A.   These workshop packages on this.
22     Q.   Third page of Exhibit 7?
23     A.   Are the same workshop services or
24 workshop material they get in these other
25 packages on Exhibit 19.

Page 60

1      G. Milkwick
2      Corporate Document Package
3  Canada.  I mean, that -- we don't -- I
4  don't think we differentiate any more
5  between Canadian and U.S., so I think it's
6  included in these packages.  So there's the
7  next several on the third page are Canadian,
8  and I don't think we really differentiate
9  between Canadian and U.S. packages any more.
10 These are all Canadian down to the bottom
11 there.
12     Q.   Now we're on the last page four
13 of AG 7.
14     A.   The last page of these,
15 Dissolution of Corporation.  This is if
16 somebody calls and says I am done, I want to
17 dissolve my corporation.  I don't know that
18 it's included in any of these packages, but
19 we do that work to help people dissolve
20 their corporation.  Then below here Sole
21 Proprietorship Package, I don't know that we
22 do those any more.
23     Q.   So are these under your
24 fulfillment, you're saying?
25     A.   They would be if we're helping

FTC-TTC-000673

Page 61

1        G. Milkwick
2  them get their sales tax ID number for -- it
3  does have E-Tax Hotline.  I just don't think
4  we have these packages any more is what I am
5  saying.
6        Q.    When you say these, you mean the
7  ones on the bottom?
8        A.    It says, "Below packages only
9  sold to stores online 1032 lead type" I
10 don't think those packages are sold any
11 more.
12       Q.    Those are the six last ones on
13 the page?
14       A.    Right, Sole Proprietorship
15 Package A, B, Corporation, Finance Package
16 A, B, and Finance Package C.
17       Q.    From my notes, what is on AG 7,
18 and you tell me if I am wrong or right, are
19 not on AG 19, are the 501C3 Prep & File, the
20 990 Nonprofit Tax Return and California
21 Nonprofit?
22       A.    That's correct.
23       Q.    As well as Dissolution of
24 Corporations?
25       A.    Right.

Page 62

1        G. Milkwick
2        Q.    So, let's work from AG 19 in
3  evidence to describe -- are they progressive
4  or is it like you get your museum membership
5  and then if you pay more you get your museum
6  membership plus two guest passes; would you
7  say their progressive in that way or are
8  there things below or above that won't -- am
9  I making any sense?
10       A.    Yes.  I mean, like so, for
11 example, the corporation -- I think, and I
12 understand what you are getting at, the
13 Corporation Document Package includes E-Tax
14 Hotline and Corporation Kit, this 2011
15 Corporate Document Package includes those
16 two items plus a couple other services.
17       Q.    Exactly.
18       A.    I will say not all packages are
19 necessarily combined, adding on, but some of
20 them, yes.
21       Q.    So, this is not going to be as
22 easy as I thought.
23            Let us take a two minute break
24 and make two copies of this so we can check
25 off and circle so you don't have to describe

Page 63

1        G. Milkwick
2  the same things twice.
3        A.    Okay.
4        Q.    Thank you.
5            (A brief recess was taken at this
6  time.)
7        Q.    We're going to go through each of
8  the packages, and I see that E-Tax Hotline
9  is in every single one so we will do that
10 one time.  So let's begin with E-Tax
11 Hotline, please.
12       A.    So you want to just know?
13       Q.    What do you do, what does
14 fulfillment do for customers who buy E-Tax
15 Hotline coverage?
16       A.    So basically, E-The Hotline is on
17 the member section of our website.  Clients
18 log in and there's a button that says E-Tax
19 Hotline, which basically allows them to
20 submit a question electronically that we
21 respond to within 24 hours of a E-Tax
22 question.
23       Q.    And who responds to the question?
24       A.    The accountant in the zone.
25       Q.    Is Corporation & Kit one thing?

Page 64

1        G. Milkwick
2        A.    Yes.  I think that the
3  Corporation & Kit would be the forms
4  themselves, then the kit is actually the
5  binder and they get a seal, I think a stamp,
6  the corporate seal, so I think the kit
7  refers to a portion, and they're getting an
8  actual binder and the seal.
9        Q.    So we're on number three.  We're
10 going to call that One Year Personal and
11 Business Tax Prep for fiscal year and
12 package name.
13       A.    Okay.  So that is just the
14 completion of a client's personal and
15 business tax return, so the personal would
16 be a 1040, then any federal and state
17 return, and the business would be whether
18 it's a corporation or partnership, so it
19 would be form 1120 or 1065, any associated
20 schedules and state tax return as well.
21       Q.    Those are fulfilled by?
22       A.    The accountant in the zone.
23       Q.    Now we're up to the Two Day Tax
24 Club Workshop.
25       A.    Two Day Tax Club Workshop is

FTC-TTC-000674

Page 65

G. Milkwick

1  basically we allow the clients to come in
2  and we have classes on tax planning and
3  business planning. The idea isn't to turn
4  them into tax experts, they don't want to be
5  tax experts, but to give them the basis of
6  things to look for. If you're a business
7  owner this is -- be aware that this is the
8  way you can treat an automobile in a
9  corporation or be aware that as a business
10 owner these are the things you can do for
11 retirement planning. You can set up a
12 retirement plan and this is the tax effects
13 it's going to have. So just to make them
14 aware of certain things so they can best
15 manage their business.
16     Q.    Are they physically coming to The
17 Tax Club offices?
18     A.    Yes, the Two Day Workshop, yes,
19 they actually come into the office.
20     Q.    If you know, when they are
21 purchasing this package 2011 Corporate
22 Document Package, do they then sign up for
23 it or do they know when they're going to be?
24     A.    Right. I am pretty sure what

Page 66

G. Milkwick

1  happens is that the person that is verifying
2  the sale, the compliance person gives them a
3  schedule and says these are the dates they're
4  going to have the next two or three. We
5  generally do them once a month, which of
6  these work best for you, and we will pencil
7  you in for that, let's us know if it doesn't
8  work, otherwise, we plan on you being here
9  at that time.
10     Q.    Thank you.
11         It looks like Corporate Tax Pro
12 is the next.
13     A.    That's a program that allows them
14 to keep their -- they log on to it and it
15 allows them to update their minutes of their
16 board meeting or shareholders minutes, that
17 kind of thing. It allows them to keep in
18 compliance with their duties to hold
19 meetings.
20     Q.    It looks like Unlimited Tax
21 Consulting is next?
22     A.    That means they can call in at
23 any time.
24     Q.    How is it different from E-Tax

Page 67

G. Milkwick

1  Hotline?
2      A.    The E-Tax Hotline is all done via
3  electronically so they're typing in a
4  question, we're typing in a response to
5  them. Unlimited Tax Consulting, they can
6  call in any time and get access to an
7  account and talk to them about whatever they
8  want to talk to them about.
9      Q.    It looks like the next one is The
10 Tax Plan. What is that?
11     A.    That's a general tax planning
12 guide they get, so we take some of the
13 information they provide us, whether they're
14 married or single, different financial
15 information they provide, and it gives some
16 general tax planning strategies for them,
17 oh, by the way, you're not contributing to
18 an IRA, you never contributed to IRA in the
19 past, your adjusted gross income has been at
20 this level, yea, if you contribute to an IRA
21 in the future you can save X amount of
22 dollars in taxes. Things like that are in
23 The Tax Plan.
24     Q.    Thank you. It looks like this

Page 68

G. Milkwick

1  next one 2011 Business Starter Package
2  included everything we already talked about.
3      A.    Yes, it looks like that to me as
4  well.
5      Q.    Let's talk about Resident Agent
6  Service.
7      A.    So, a Resident Agent Service, if
8  a client -- when the client registers with
9  the State, the Secretary of State, they have
10 to provide an address which they can be
11 served papers for whenever reason. So the
12 registered agent is simply the person that's
13 acting on their behalf to receive those, so
14 some people don't want to be their own
15 registered agent or they live in another
16 state and want to set up a corporation in
17 another state, so things like that, we're
18 the registered agent.
19     Q.    You mentioned earlier that you
20 provide some of Resident Agent Services and
21 you farm out some?
22     A.    We actually farm out all of the
23 Resident Agents.
24     Q.    So you work with folks?

Page 69

```
1        G. Milkwick
2     A.  Yes, we work with -- it's C.S.E.,
3  a huge company. I can't remember what it
4  stands for.
5     Q.  You said C.S.E.?
6     A.  Yes.  Corporation Services
7  Company, something like that.  So basically,
8  when somebody signs up for that, we
9  basically fill out the paperwork they need
10 to send to the client and they sign it and
11 send it to the registered agent.
12    Q.  And C.S.E. provides the actual
13 Resident Agent person?
14    A.  Yes, so they're the ones that has
15 the actual office in every state that they
16 receive those something forward it on
17 to the client.
18    Q.  The customer pays you and you
19 have some kind of agreement with C.S.E.
20    A.  Right, we pay them, the customer
21 pays us, then we pay them, C.S.E.
22    Q.  We're at Business Saver Plus
23 Package and we're on Startup Guide.
24    A.  So the Startup Guide is a basic
25 -- it's like a business planning type
```

Page 70

```
1        G. Milkwick
2  website that we have where they go through
3  it, someone that has access will go in and
4  enter in the name of the company and what
5  they're doing, and it basically provides
6  them business planning tips and guidance.
7     Q.  Who created this Startup Guide?
8     A.  I am sorry, I honestly don't know
9  the answer to that question. I am not sure
10 if they had it before I started. I don't
11 remember. I am not exactly sure who was the
12 first person who created that. Since I have
13 been here we have we updated it
14 occasionally, but.
15    Q.  It's called a Startup Guide
16 Online, so it's not a physical piece of
17 paper?
18    A.  No, it's not. It's an
19 interaction where they input stuff, so it's
20 online.
21    Q.  I am going to show you what has
22 been previously marked as AG 16. It is not
23 in evidence. It is entitled the Startup
24 Guide Online. I am going to ask you to take
25 a look at it and tell me if it's familiar to
```

Page 71

```
1        G. Milkwick
2  you, and if it relates at all to this
3  Startup Guide Online that we are discussing
4  now.
5     A.  Yes.
6        MS. PROSPER: So I am going to
7     enter AG 16 in evidence, previously
8     marked at another date.
9        (AG 16 was admitted into
10    evidence; MS 07/26/11.)
11    Q.  Who is responsible for the
12 contents included in the Startup Guide?
13    A.  I honestly don't know.
14    Q.  I just want to note that it's the
15 Startup Guide Online and it says legal
16 strategy for organizing your company.
17    A.  I think, I am not hundred percent
18 sure, but I think we purchased the contents
19 from someone else, then added an interactive
20 component to it.
21    Q.  Would you know who that someone
22 else is?
23    A.  No, I don't.
24    Q.  Is this all that's contained in
25 the Startup Guide that you described?
```

Page 72

```
1        G. Milkwick
2     A.  No, I think it looks like it's
3  just one of the steps, I think.  See it's
4  got a highlight so I think it's just one of
5  the sections in the Startup Guide.
6     Q.  Would you know what the other
7  sections are?
8     A.  I don't remember to tell you the
9  truth.
10    Q.  Do you have an idea what kind of
11 things?
12    A.  It talks about budgeting,
13 financial planning and that kind of thing,
14 just general business planning topics.
15 Honestly, it's been a while since I looked
16 at it, so I don't remember.
17    Q.  It doesn't have like a URL down
18 here. Who has access to this?
19    A.  In the company or from the
20 client's perspective?
21    Q.  Both.
22    A.  Well, when the clients who
23 purchase it, I think they have to log in, so
24 when they purchase it they have an automatic
25 e-mail that is generated, it has their user
```

Page 73

1    G. Milkwick
2 name and password to be able to log in. I
3 don't know if it's a URL. It might be just
4 the Startup Guide Online, I am not sure.
5    Q.   It's just that we can't get to it
6 if there was a URL.
7    MS. PROSPER: Maybe this is
8 something, Mr. Sanscrainte, that we can
9 get access to the other steps in the
10 Startup Guide.
11    MR. SANSCRAINTE: Sure. I'll set
12 you up with a user name and password to
13 get into the program.
14    MS. PROSPER: That sounds good.
15    MR. MITCHELL: I have a couple of
16 questions. Take a look at AG 16 now in
17 evidence. Is consists of five pages.
18 Just so it's clear, what is contained
19 in the five pages of AG 16 in evidence
20 is an accurate reflection of what is
21 contained in the Startup Guide given to
22 customers, if you know?
23    THE WITNESS: As far as I know.
24    MR. MITCHELL: Thank you. That
25 is all I want to know.

Page 74

1    G. Milkwick
2    THE WITNESS: Like I said, it's
3 been a while since I have looked at it
4 so I am not a hundred percent sure, but
5 as far as I know it's accurate.
6    Q.   Let's move to the next, I think
7 this next one is 2011 Plus Package, we've
8 already spoken about?
9    A.   Yes.
10    Q.   So we're on page two of Exhibit
11 19 in evidence at the top unless we missed
12 anything.
13    A.   I think they're different
14 combinations of the same thing.
15    Q.   I am going to digress because I
16 took a note. You talked about setting up
17 Canadian corporations. Are any of your
18 staff trained in Canadian tax laws?
19    A.   Yes, I think we have one or two
20 people that have done some training on that.
21    Q.   Are they Canadian, did they go to
22 school in Canada?
23    A.   No, I think one of the guys works
24 upstate and so he had Canadian clients so he
25 had some experience. Like I said, we also

Page 75

1    G. Milkwick
2 do lot of online training. We do have a
3 firm in Canada that helps us, we outsource
4 certain things to him, especially the French
5 Canadian stuff.
6    Q.   When you say you outsource, what
7 does that mean?
8    A.   So, if somebody had signed up for
9 the E-Tax Hotline or Unlimited Tax
10 Consulting and we didn't know the answer to
11 a question that somebody asked we would send
12 it on to him and we would provide the
13 answer.
14    Q.   Is that the only circumstances of
15 in which you outsource?
16    A.   Yes, I don't think he does -- he
17 might help us with some of the corporation
18 forms but that I don't know. I don't
19 remember exactly everything he does.
20    Q.   He, meaning the person --
21    A.   The person.
22    Q.   -- for you?
23    A.   The person in Canada. The
24 outsource. To answer your question, do we
25 outsource to him.

Page 76

1    G. Milkwick
2    Q.   When a customer gets to your
3 department, where are they in their process
4 of being a The Tax Club customer, in other
5 words, what happened before they got to you?
6    A.   Before they got to our
7 department, they have had, obviously, they
8 had received a sales call and they said yes
9 to the services. They had their sales
10 confirmed by a second person in the
11 compliance department. After that, we have
12 some customer service department that
13 contacts the client the next day and says
14 here's how to best take advantage of our
15 services. So those customer service people
16 make proactive calls to the clients within
17 24 hours of them becoming a member of The
18 Tax Club. And then we also have an
19 orientation call with an accountant within
20 the zone that helps them understand how you
21 know, here's -- we have, of course, there's
22 an 800 number to reach directly to one of
23 the zones, so they say here's the 800 number
24 to get directly to us, we're going to be
25 your point contact for the tax services, et

FTC-TTC-000677

Page 77

1        G. Milkwick
2   cetera, et cetera.
3        Q.   You talked about 24 hours for
4   customer service to get in touch with them.
5   Is someone from fulfillment in touch with
6   them on the same date that they are sold the
7   product?
8        A.   Not usually, no.
9        Q.   If you know, what is the process
10  for deciding what products will be offered
11  to what customers?
12       A.   You mean from the sales
13  perspective?
14       Q.   I guess it is from the sales
15  perspective based on what you are telling
16  me.  If you know, is there a process and if
17  you know what goes into that process?
18       A.   I don't know.
19       Q.   Let's go back to the actual what
20  happens before.  So I don't want to testify
21  for you, so if I am wrong jump in.  Sales
22  calls, you mentioned a compliance person.
23  What is that?
24       A.   A compliance person is somebody
25  who verifies the sale, so we have a third

Page 78

1        G. Milkwick
2   party other than the sales person and the
3   client, so the compliance person has a
4   script that they read that says okay
5   Mr. Jones, you're purchasing, for example,
6   the Corporation Package A 2011, the price is
7   $1,495 upfront, $49.95 per month, do you
8   agree to those charges, and they say yes or
9   no.  So, at that point the compliance person
10  also collects some information from the
11  client.
12       Q.   The compliance person collects
13  the information?
14       A.   Yes.
15       Q.   What kind of information?
16       A.   Of course, one of the things that
17  I can think of in the Tax Plan they collect
18  -- okay, we want to be able to generate this
19  Tax Plan, for example, I am going to collect
20  some general information from you to be able
21  to complete this Tax Plan for you, so are
22  you married.  And they have a list of maybe
23  20 questions they complete, and based on
24  that we receive that information and work on
25  the Tax Plan.  So different services, the

Page 79

1        G. Milkwick
2   compliance people collect the information
3   that is then used to fulfill some of the
4   products and services.  Obviously, with more
5   complicated stuff like a tax return, they're
6   not involved with that, but just to answer
7   the question where the first compliance
8   person will probably be the first call right
9   after the sale.
10       Q.   So, following that, at some point
11  is the fulfillment contact?
12       A.   Right.
13       Q.   Does that fulfillment contact
14  come from you or come from the customer?
15       A.   It comes from the accountant in
16  the zone reaching out to the customer calls
17  them to try to this, you know.  Our goal is
18  to get the client to use the services as
19  much as possible.  Once we can get them into
20  the system of actually using it and they can
21  see the value, they're much less likely to
22  have any problems with it, but most of the
23  people --
24       Q.   So, after compliance collects the
25  information, how is it that the folks -- is

Page 80

1        G. Milkwick
2   there another way besides geography that
3   folks are assigned to various customers?
4        A.   You know, I think, for example,
5   right now we might only have one or two
6   people that do the actual Tax Plans, for
7   example, so they're within the zone so
8   they're part of the team, but they're also
9   focusing on that task which might not be a
10  full-time job, you know, so does that answer
11  your question?
12       Q.   Sort of, yes.  Is that person who
13  is doing the business plan, you said?
14       A.   The Tax Plan.
15       Q.   The Tax Plan, who reaches out to
16  who first, the customer or a fulfillment
17  staff?
18       A.   The Tax Plan specifically, the
19  client has given the information at
20  compliance, so unless we have additional
21  questions, okay, this person didn't -- we
22  didn't collect this information, then we
23  reach out to the client for that specific
24  product.  Now, in general -- so there's two
25  different things.  So specific products like

FTC-TTC-000678

Page 81

G. Milkwick
2 that where compliance collects certain
3 information and we fulfill, we're only
4 contacting them on an as-needed basis.  The
5 more nebulous type things like unlimited Tax
6 Consulting, we're contacting the client and
7 saying look, here's how you use us, call us,
8 my name is Gary and I am in the eastern
9 zone, call me any time you have any tax
10 questions.  They have a little script that
11 they call the client and encourage them to
12 use the services.
13     Q.   Thank you.  So, we just spoke
14 about the Tax Plan.  Compliance is
15 collecting information, passing it on to
16 fulfillment.  How individualized is The
17 Plan?
18     A.   The Tax Plans are, I think I
19 mentioned earlier, that they're somewhat
20 general, they're not super-specific.  It's
21 general tax strategies based on their
22 situations, so, you know, if they're
23 married, if they have retirement plans, if
24 they own property.  So there's different
25 things so that we can point out, all right,

Page 82

G. Milkwick
2 if you own property, you're likely to
3 itemized your deductions.  So these are the
4 types of itemized deductions to look for.
5     Q.   That's in the Tax Plan.  Is that
6 printed?
7     A.   Yes.
8     Q.   How and when does that get to the
9 customer?
10     A.   Actually, I don't think we print
11 them, I think we e-mail them now.  I think
12 we were printing them, but now e-mailing
13 them.  Within two to three days that's then
14 e-mailed to the client.
15     Q.   So would you say that's the first
16 contact from The Tax Club to the client from
17 fulfillment?
18     A.   Well, depending on the package.
19 I was just giving you that as an example.
20     Q.   Right.
21     A.   That's an example of a case when
22 the client, we're starting something
23 immediately because it's not something that
24 requires them to call in.  Unlimited Tax
25 Consulting, they have to call in to ask us a

Page 83

G. Milkwick
2 question or E-Tax Hotline they have to type
3 an e-mail, so it's more we're reacting, so
4 we try to get them to use those.
5     Q.   So at some point is somebody from
6 The Tax Club, and maybe we have to go
7 package by package, but, for example, E-Tax
8 Hotline it's clear what you just stated,
9 they have to call in.  One Year Personal and
10 Business Tax Prep, how does that work?
11     A.   So that we have a Tax Organizer
12 where they enter their information online,
13 so we will send out E-mails January saying
14 remember the tax season -- beginning of
15 January tax season is upon us, log in here
16 to submit your information so we can get
17 your taxes done, because it's good for to us
18 get them to get it done as soon as possible
19 so that tax season is not all in the last
20 two weeks of April, so we send out E-mails
21 saying here's where you need to log in to
22 access the organizer so we can complete your
23 taxes.
24     Q.   What if I don't want an e-mail,
25 can I call?

Page 84

G. Milkwick
2     A.   Sure.  We do have some clients
3 that don't want to use the Virtual Tax
4 Organizer, they don't feel comfortable.  If
5 that's the case, they'd rather scan their
6 forms or do a hard copy organizer or just
7 some people mail their stuff to us, so we
8 will give them a hard copy organizer, they
9 will fill it out, they will send us a copy
10 of all their W2s, and all their forms, and
11 we will mail it to them.
12     Q.   But you're reaching out to them,
13 a purchaser of the One Year Personal and
14 Business by e-mail?
15     A.   Yes.
16     Q.   Someone who purchases Corporate
17 Records Pro, when is their contact happening
18 with fulfillment?
19     A.   We have somebody that calls.
20 They get an e-mail, the clients get an
21 e-mail with their user name and password,
22 then we have, I think, one person that just
23 calls to say remember to log in for your
24 Corporate Records Pro, et cetera, et cetera,
25 so there's, I think, is one person right now

Page 85

1      G. Milkwick
2  that proactively calls the clients to remind
3  them to log in.
4      Q.   Unlimited Tax Consulting, again,
5  comes from?
6      A.   Yes, that comes from the client,
7  that's part of our initial call from the tax
8  team they get, they remind them to use the
9  services and tell them how to use the
10  services and how it works.
11      Q.   So, if someone purchases the
12  Unlimited Tax Consulting, they will get a
13  call from fulfillment?
14      A.   Yes.
15      Q.   First, before they do anything?
16      A.   Right.  Now that is not to say we
17  have had people that they get it and even
18  before three hours later they're like I just
19  purchased it and I need to know how to
20  handle this, and that's fine too.  That's
21  perfectly fine to do that for the client as
22  well.
23      MR. MITCHELL: What if the client
24  wants to make a decision to cancel or
25  receive a refund.  Can you comment on

Page 86

1      G. Milkwick
2  that, if you know?
3      THE WITNESS: I am not involved a
4  ton with the refunds.  You mean after
5  we've given them the advice like we
6  done something for them and then they
7  want a refund?
8      MR. MITCHELL: Immediately after
9  they've purchased.
10      THE WITNESS: We have a three-day
11  right to just all their money back no
12  matter what.  So in some cases we've
13  actually done work for them, in some
14  cases a lot of work for them, but we
15  still give them all their money back
16  within three days.  And I don't want to
17  speculate, but I think there's also a
18  15-day period they get that they're
19  charged an administrative fee.
20      MR. MITCHELL: But you're not
21  involved with that?
22      THE WITNESS: I am not involved
23  with the refund process.
24      MR. MITCHELL: And no one in
25  fulfillment are involved in the refund

Page 87

1      G. Milkwick
2  process?
3      THE WITNESS: No.  If somebody
4  requested a refund they're sent to the
5  billing department and they handle
6  that.
7      Q.   The Startup Guide online, is
8  there a contact by fulfillment and how does
9  that contact take place?
10      A.   I know they get an e-mail with
11  the user name and password.  I am not sure,
12  I would imagine we've got somebody calling
13  them.  I am not a hundred percent sure of
14  that.
15      Q.   Has the customer already
16  purchased an Incorporation Package at the
17  point where you get involved, fulfillment?
18      A.   Have they already purchased?
19      Q.   They already purchased an
20  Incorporation Package?
21      A.   Yes.
22      Q.   Are they already purchased a
23  specific type of Incorporation Package?
24      A.   What do you mean, like whether
25  it's a Corporation or S Corp?

Page 88

1      G. Milkwick
2      Q.   Exactly.  Who is The Tax Club
3  employee, it doesn't have to be fulfillment,
4  just overall, that first discusses
5  Incorporation with the customer?
6      A.   The first person is the sales
7  person.  Now let me also mention that some
8  of the lead sources, they are already
9  incorporated.  I'll give you an example,
10  Legalzoom, they're obviously already
11  incorporated, so we get a good number that
12  already have a corporation set up, so we
13  don't do the corporation, but for the ones
14  that we're helping a client set up the
15  corporation, the sales person is the first
16  person to talk to them about that.
17      Q.   Is there a plan that is most
18  popular, if you know, of all the ones we
19  discussed?
20      A.   I don't know to tell you the
21  truth.
22      Q.   What kind of incorporation
23  structure does The Tax Club offer to help
24  its customers create?
25      A.   It depends on their situation.

FTC-TTC-000680

Page 89

```
 1        G. Milkwick
 2  We help them set up S Corp, LLC, C Corps,
 3  occasionally.
 4     Q.   When is the decision made on
 5  which to choose?
 6     A.   Probably -- it depends, you know.
 7  Sometimes they will express a preference as
 8  early as the sales call and then sometimes
 9  they want to talk to accounting about that
10  so they do that.  So it's depends on how
11  comfortable -- really it's what the client
12  wants to do.
13     Q.   Let's break it down then.  How
14  many folks get to fulfillment
15  percentage-wise, who have already chosen
16  with the sales person what entity they want
17  to be?
18     A.   Probably a good number.  I am
19  guessing, it's a guess, but 70 percent
20  maybe.
21     Q.   So in 70 percent of the cases,
22  you're guessing, when they reach fulfillment
23  they know what they are, they bought into
24  what they are?
25     A.   Right.  They express okay I want
```

Page 90

```
 1        G. Milkwick
 2  to be an LLC or I want to form an S Corp, so
 3  yes, occasionally they will come back later
 4  and say or we'll have a question when we're
 5  doing paperwork and we will call them and
 6  talk through it with them and we will
 7  clarify.
 8     Q.   We, being who?
 9     A.   Fulfillment staff.  Like I said,
10  some people do just say my situation is
11  complicated, I understand the information
12  you're giving me about the pluses and cons
13  of each entity type, but I want to talk to
14  an accountant.
15     Q.   That's the other 30 percent?
16     A.   Yes.
17     Q.   Roughly?
18     A.   Yes.  Again, that's just a guess.
19     Q.   That is fine.
20        So let's now discuss the process
21  either before or after and, again, the 70
22  percent and the 30 percent of folks of
23  deciding what type of incorporation
24  structure a particular customer needs.
25     A.   Okay.
```

Page 91

```
 1        G. Milkwick
 2     Q.   Let's start with 70 percent who
 3  come to you already.  How does it come to
 4  you Jim Jones bought an S Corp, I don't want
 5  to testify for you.  How does it come to
 6  you?
 7     A.   So what would happen, if they've
 8  already chosen, the way we would know is the
 9  compliance person, when they take the
10  information from the client, the client will
11  say these are the top three business names,
12  because we take more than one in case the
13  top one or two are taken.  They'll say -- at
14  that point the compliance person when
15  they're filling out the corporate
16  information that the client is providing,
17  the address of the business, the Social
18  Security number of the owner, all that
19  information, that's entered at compliance.
20  So at that point would be the first point at
21  which somebody might say I want to be an S
22  Corp or I'm setting up as an LLC or
23  whatever.
24     Q.   If you know, are folks solicited
25  by The Tax Club sales department or do folks
```

Page 92

```
 1        G. Milkwick
 2  call in potential customers and say hey, I
 3  heard about The Tax Club can you help me?
 4     A.   It's a little of both.  I'd say
 5  majority, again, I am not on the sales side
 6  but majority are probably outbound calls.
 7     Q.   Outbound from The Tax Club?
 8     A.   Yes, to the client.  And they're
 9  going to people who have expressed an
10  interest in setting up a business and, you
11  know, whatever lead source that it comes
12  from, so the lead source is generally, I
13  think, typical scenario is that a lead
14  source just kind of warms them up.  You're
15  going to receive a call from The Tax Club,
16  if you're interested good, if not good, it's
17  your choice.
18     Q.   Do you know if the lead source
19  discusses with them the various different
20  types of incorporations?
21     A.   I don't know.  I think some of
22  them might give them pros and cons of each,
23  so that's a good point because I think some
24  of them do kind of have, you know, I've read
25  this article that this lead source gave me
```

FTC-TTC-000681

Page 93

G. Milkwick

1 so I want to be an S Corp because from based
2 on my situation reading the pros and cons, I
3 think that best fits my situation. The ones
4 that don't, my understanding, sales person
5 presents pros and cons of the entity types
6 and the client chooses, but again I'm not
7 really involved that on side.
8     Q.   What about the other
9 approximately 30 percent that comes from
10 fulfillment without having made a choice
11 yet, how do you guys deal with that?
12     A.   So basically they will come in
13 and we will say -- what our guys,
14 fulfillment people are trying to do based on
15 your -- we will look at their situation. A
16 lot of time they'll send in the tax returns
17 and other information that will be relevant,
18 and we will say from a tax perspective you
19 will save the most tax dollars if you go
20 with an S Corp in the situation, and then
21 the client then decides, okay, that sounds
22 good, if you can save us on taxes I want to
23 be an S Corp.
24     Q.   You talked about taxes, what

Page 94

G. Milkwick

1 about other consequences of being an S Corp
2 are those discussed, other than just the tax
3 consequences?
4     A.   We don't get too much into that.
5 We do in broad terms say corporations
6 generally provide legal protection to you,
7 but we don't really get into details about
8 that. We primarily stick with just talking
9 about the tax consequences of each entity
10 type.
11     Q.   What if someone asks you about
12 the consequences, not tax related but legal
13 consequences or liability or insurance, what
14 happens in those cases?
15     A.   I don't really know. We don't
16 have a ton of that. I think, I mean,
17 ideally they say we're not legal counsel so
18 refer to your legal counsel to answer those
19 questions. But most of the people, I think
20 from my experience, most of the clients that
21 come to us understand we're accountants so
22 they're not really grilling us on legal
23 questions, so they're asking, all right --
24 what they mainly want to get out of us is

Page 95

G. Milkwick

1 what's going to save me the most money in
2 taxes.
3     Q.   So that's what you're basing your
4 decision on, would you say advising them on
5 which corporation is best for them?
6     A.   We take the impression we're not
7 advising them on the best approach. We say
8 here are the tax consequences of each.
9 You're paying taxes on Corporation, C Corp,
10 S Corp, you choose which one you want.
11 That's the approach we take.
12         MR. MITCHELL: Approximately, how
13         many states does The Tax Club work
14         with?
15         THE WITNESS: Every, all 50.
16         MR. MITCHELL: Are you familiar
17         with the demographics of the types of
18         clients that call in for structure?
19         THE WITNESS: It's a wide range.
20         I mean, it's -- I don't know that I'd
21         be able to pinpoint one type of
22         demographic. We have so many clients.
23         It's a very wide range.
24     Q.   What kind of businesses are they,

Page 96

G. Milkwick

1 are there brick and mortar businesses?
2     A.   Some of them, some of them are
3 E-Commerce businesses. We have a wide
4 variety. It also depends on the lead
5 source. Some of our lead sources are how to
6 set up an E-Bay business, so those are
7 obviously going to be E-Commerce clients,
8 where as the Legalzoom is going to be
9 restaurants or whatever, plumbing. We have
10 a huge range of different types of clients.
11     Q.   As tax consequence-givers, are
12 you aware of the legal consequences that may
13 attach to certain types of entities, are
14 you, Gary Milkwick and your staff aware?
15     A.   I think we're fairly aware, yes.
16     Q.   What happens if an entity or
17 business is already incorporated?
18     A.   Then they won't be buying one of
19 the packages that's included in the
20 Incorporation, so whatever package they
21 purchase we will fulfill those services, so
22 if it's Tax Prep and something else, then we
23 will fulfill those, just like we would in
24 the client that we help set up the

FTC-TTC-000682

IN THE MATTER OF:
THE TAX CLUB

Page 97

1        G. Milkwick
2  corporation, but --
3        Q.   On occasions where a customer is
4  already incorporated and The Tax Club sells
5  them a different Incorporation Package, do
6  you know does that occur?
7        A.   Where they're already
8  incorporated and we're setting up a
9  different corporation for them?
10       Q.   Yes, you set something else for
11 them?
12       A.   The only case I can think of when
13 this happens is when -- I know of a couple
14 of clients that have -- when they came to us
15 they already had, you know, I am in
16 construction, a construction company, but I
17 am trying to set up a business doing online,
18 selling something online but I want to set
19 it up separately.  That's the case where we
20 would set up a separate corporation for
21 them.
22       Q.   Would you know how many occasions
23 where someone was incorporated or would you
24 know of any occasion where someone was
25 incorporated, for example, as a C Corp, and

Page 98

1        G. Milkwick
2  they bought a different corporation and now
3  were an S Corp, after they became a Tax Club
4  client?
5        A.   I don't know of any instance of
6  that other than the one I just described
7  where there's an unrelated entity.  So,
8  that's a good point, so I can't think of an
9  instance where somebody came on as a C Corp
10 as a client and they've had a tax
11 consultation with a tax person specifically,
12 and the tax person points out okay, if you
13 file the S Corp, selection and set up
14 payroll, pay yourself a reasonable salary,
15 all that stuff, you can save $6,000 in
16 payroll taxes, that has happened.
17       Q.   Who is involved in that process,
18 the changing of decisions?
19       A.   That would be definitely an
20 accountant giving the client the tax
21 consequences.
22       Q.   Never the sales people?
23       A.   No, not that I know of.
24       Q.   What kind of corporate entities
25 would you help set up?

Page 99

1        G. Milkwick
2        A.   S Corp, LLCs, C Corp.  Even with
3  sole proprietors, some people just don't
4  want to set up a corporation for whatever
5  reason, we'll help them get an E.I.N. for
6  their sole proprietorship, so pretty wide
7  range.
8        Q.   I am going to focus on your word
9  help.  What do you do when customer A
10 purchases an S Corp, let's say for example,
11 let's describe the sausage-making process
12 from purchase to output given back to the
13 customer.  What's going on?
14       A.   So basically what happens is it
15 would go to sales completed, goes to
16 compliance, the compliance person, I am
17 assuming we're doing the 70 percent where
18 they already decided what they want?
19       Q.   Let's do that.
20       A.   So the compliance person would
21 then take some information such as just
22 general information that you need to set up
23 -- the clients need to put on the form for
24 the corporation.  So their name, business
25 address, business phone number, Social

Page 100

1        G. Milkwick
2  Security number, if they want to do an S
3  Corp, because they need that on the S
4  selection form.  So then that information
5  goes to one of the people that's actually
6  setting up or completing the forms.
7        Q.   Who is that person actually
8  completing the form?
9        A.   One of the accountants.
10       Q.   So what does the accountant do
11 with that information?
12       A.   The accountant with that
13 information then completes the forms.
14       Q.   What forms?
15       A.   There's generally a form with the
16 Secretary of State that you put the name of
17 the corporation.  And I think we have
18 software that pretty much automates this but
19 --
20       Q.   Let's talk about the software.
21 Where does the software come from?
22       A.   It comes from a company, I think
23 right now it's Legal Ace, so we complete the
24 stuff on Legal Ace's site, and they
25 basically complete the form which includes

FTC-TTC-000683

Page 101

1    G. Milkwick
2  the Secretary of State form, the S selection
3  if applicable if they're filing an S. Corp,
4  RA form if they're doing Resident Agent
5  Services.  That's generally about it.  They
6  get a template that they can complete.
7    Q.   They being who?
8    A.   The client.  The clients also
9  receive a template for bylaws if they want
10  to use those, so they receive some forms
11  that they can choose to use or not.
12    Q.   Where does your bylaws template
13  come from?
14    A.   The same place, Legal Ace.
15    Q.   So, tell me physically, actually,
16  what is that compliance person doing with
17  the information, are they simply inputting
18  it?
19    A.   They're inputting it into our
20  CRM, into our main system, then the person
21  that's completing the forms for the
22  corporation --
23    Q.   The person being the customer?
24    A.   The accountant.  The accountant
25  completing the form actually takes the

Page 102

1    G. Milkwick
2  information, and I am not sure, we have been
3  working on a lien to get the information
4  straight to our computer system, but I think
5  there's still a manual process where they
6  are inputting the information on this other
7  software that this populates the State form.
8    Q.   So Legal Ace, you contracted with
9  them?
10    A.   Right.
11    Q.   And they have form for all the 50
12  states and Canada?
13    A.   Yes.
14    Q.   And you're providing, I don't
15  want to testify for you, your fulfillment
16  staff is inputting this information into
17  their system?
18    A.   Right.
19    Q.   Then what happens?
20    A.   Then we print the form, they're
21  reviewed by one of the accountants reviews
22  it, and then it's sent to the client for the
23  client to sign and mailed off to the
24  applicable State, I.R.S. for the S selection
25  form, if applicable.

Page 103

1    G. Milkwick
2    MS. PROSPER: We need to take a
3  break.  While we are here it's 12:22 we
4  will come back in 40 minutes or so.
5    (A recess was taken at this
6  time.)
7    MS. PROSPER: We have reconvened
8  in the matter of The Tax Club with our
9  witness Gary Milkwick.
10    It's about 1:10.
11    Q.   We were talking about the
12  sausage-making of what exactly the
13  fulfillment department does to get a person
14  incorporated.  So let's start from the
15  compliance person who gathers information.
16    A.   So the compliance person gathers
17  the information from the client, you know,
18  the general information, name of the client,
19  the top three business names, all that
20  stuff.  And then it's sent to an accountant
21  to complete the forms to review, then we
22  send the forms to the client where the
23  client signs the form and writes out a check
24  to the Secretary of State and mails it in to
25  Secretary of State, and or the I.R.S. if

Page 104

1    G. Milkwick
2  they're making an S selection.
3    Q.   You used the word review, what is
4  the compliance person doing to review?
5    A.   The compliance isn't really doing
6  the review, the review happens at the
7  accountant level, so the accountant goes
8  through -- there's a manual component to the
9  system, so the accountant prepares the form
10  and then someone reviews them to make sure
11  there aren't any blatant typos and stuff
12  like that.
13    Q.   Are they reviewing them for
14  anything else other than blatant typos?
15    A.   Not really because the person
16  doing the review hasn't talked to the client
17  or anyone else about a specific situation so
18  they're not looking for oh, actually this
19  client is in a different tax based on this
20  tax situation, I don't know this is the
21  right -- so it's mainly just typos at that
22  point.
23    Q.   That's the reviewer?
24    A.   Right.
25    Q.   What about the accountant

FTC-TTC-000684

Page 105

G. Milkwick

1  themselves, are they doing what you just
2  described?
3
4      A.   They do review the parts that
5  flow through automatically and they're
6  reviewing those for typos. The client at
7  that point already elected what type of
8  business entity they have, unless they have
9  -- they're generally just accepting that and
10  going on. Now again, if the client wants to
11  talk about or is unsure of the business
12  entity type, they will again talk to the
13  client regarding their tax situation and the
14  different tax consequences of each entity
15  type.
16     Q.   Now, of those, the second type
17  which we approximate at about 30 percent,
18  who makes the first contact, your
19  fulfillment department or does the customer
20  client have to call back?
21     A.   Generally what happens is there
22  will be a note in the system in the CRM
23  that's left by the sales person or
24  compliance person that says client wants to
25  discuss with an accountant tax treatment of

Page 106

G. Milkwick

1  different business entities based on their
2  particular situation, and then an accountant
3  will call them back. If it's possible there
4  will be cases where it's just right then
5  after the compliance person will transfer
6  them over and we will them talk to them
7  right then, but generally speaking I'd say
8  they would call them back.
9      Q.   Is there a term corporate
10  specialist used in your department?
11     A.   Yes, corporate specialist would
12  be somebody on the eastern team that just
13  does document preparation.
14     Q.   What kind of document?
15     A.   Of corporation documents, S
16  selection, so yes, that would be used to
17  describe somebody who spends most of their
18  time doing that.
19     Q.   Tell me again, specifically, what
20  do they do with the documents when they
21  prepare them?
22     A.   You know, it's the corporate
23  specialist is mainly an administrative type
24  person who it's they're reviewing to make
25

Page 107

G. Milkwick

1  sure nothing is misspelled or any problems
2  with something printing out wrong from the
3  software or something like that. They're
4  not the ones who are consulting with the
5  clients regarding tax treatment.
6      Q.   So these admin corporate
7  specialists, what's their training or degree
8  certification?
9      A.   They, I think all of them have
10  four-year degrees. I don't know that they
11  have necessarily, because it's pretty much
12  administrative type job, they're looking to
13  make sure the client's name transferred
14  correctly, it's generally not necessarily
15  somebody that has a ton of tax knowledge,
16  it's generally somebody that's an
17  administrative type person.
18     Q.   Are these corporate specialist
19  folks the same type of people that you
20  previously referred to as tax analysts?
21     A.   They're the same type because we
22  do -- there are enough corporations that we
23  assist people with that there are a couple
24  of people that's mainly what they do, so
25

Page 108

G. Milkwick

1  they're roughly equivalent to the tax
2  analysts.
3      Q.   Tell me the difference between a
4  tax analyst and a corporate specialist.
5      A.   The corporate specialist will
6  just spend most of their time preparing
7  forms.
8      Q.   And the tax analyst?
9      A.   They're more of a general rover
10  so they help with admin, they spend a lot of
11  their time on tax prep bookkeeping, that
12  kind of stuff.
13     Q.   If you know, what percentage of
14  customers who The Tax Club help incorporate
15  are S Corp?
16     A.   I don't know. I don't remember
17  know to tell you the truth.
18     Q.   Do you know a general breakdown
19  of the various or are there ones that are
20  more poplar, more used?
21     A.   Yes. You know, certain types of
22  businesses, the business owner will elect to
23  do that, to make the S selection in certain
24  types of business. Real estate, somebody
25

FTC-TTC-000685

---

Page 109

G. Milkwick
1  owning real estate as a passive income,
2  they're generally not going to elect to be
3  an S Corp because there's not really a tax
4  benefit, so it depends on what the business
5  does really of how I would answer that
6  question.
7
8      Q.   What percentage, if you know, of
9  your customers are E-Commerce base versus
10 brick and mortar base?
11     A.   I don't know the answer to that
12 either. It kind of fluctuates depending on
13 the lead source who is sending us more. It
14 depends. I don't know.
15     Q.   I am going to show you what has
16 been previously marked as AG 11. It is not
17 in evidence. It's entitled The Tax Club
18 Guide to Incorporate. Is this something
19 that you're familiar with?
20     A.   No.
21     Q.   Is this a something that your
22 department would be involved with or?
23     A.   I don't know. I mean, I am not
24 sure where this came from. I have never
25 seen this document.

---

Page 110

G. Milkwick
1
2      Q.   Thank you.
3      Q.   Does Legal Ace review anything
4  and get back to you with issues if there are
5  issues in any of the paperwork?
6      A.   No, no, we just use their
7  software.
8      Q.   So it's strictly software, they
9  don't have a live person for lack of a
10 better term, who is reviewing, it's kind of
11 an input then it spews out?
12     A.   Right. They don't review any of
13 our stuff. I think for their clients they
14 do, but we're just paying to use the
15 software.
16     Q.   Are you familiar with the term
17 "new client orientation?"
18     A.   Yes.
19     Q.   Can you describe what that is?
20     A.   That is a phone call where the
21 clients receive information on how to use
22 our services. There's been a way, I think,
23 we use different terms for these phone calls
24 that we take from fulfillment to the
25 clients, but one of the terms we use for one

---

Page 111

G. Milkwick
1
2  of the calls where we basically inform them
3  of what we do, how they can best engage us,
4  that type of thing.
5      Q.   Is that for every person who
6  becomes a customer?
7      A.   Yes, every new client.
8      Q.   When does that happen?
9      A.   Generally within two to three
10 days after a client signs up.
11     Q.   So even if a client just signed
12 up for E-Tax Hotline or the first package
13 Corporate Document Package E-Tax Hotline
14 Corporation Kit, they would also get a call?
15     A.   Yes, because the E-Tax Hotline
16 has an ongoing component. We want to make
17 sure they know how to get into the member
18 section website and actively use it. We
19 like to try head off any problems before
20 they exist. It's also a time if the client
21 has any questions for somebody in
22 fulfillment to answer and help them out.
23     Q.   Is there a fulfillment person
24 assigned to a specific customer or does it
25 fluctuate when a customer needs to talk to

---

Page 112

G. Milkwick
1
2  someone who they need to speak to?
3      A.   It fluctuates. What we try to do
4  is not necessarily have a client with one
5  person, just because if that person goes on
6  vacation or quits we like to present the
7  client with the team approach, so we want to
8  present it, I am a member of the eastern
9  zone, I am here as well as several other
10 accountants, we're your accounting team, so
11 that's the approach we try to take. So like
12 I said if we have staffing problems, if
13 somebody leaves or quits, people don't feel
14 like they have been left out to dry.
15     Q.   So specifically, an accounting
16 team doesn't necessarily mean that a bunch
17 of people are working on your case, but that
18 --
19     A.   But the client has access to all
20 of those people.
21     Q.   What do they get to know who they
22 should call if they have problems?
23     A.   I know the clients get a welcome
24 e-mail when they sign up that says you're in
25 New York so you're on the eastern team, you

---

FTC-TTC-000686

IN THE MATTER OF:                                                          **GARY MILKWICK**
**THE TAX CLUB**                                                          **July 26, 2011**

---

Page 113

1      G. Milkwick
2  will be assigned to an eastern team.  And
3  then they get that new client orientation
4  call in which somebody from that team
5  actually calls them and explains that to
6  them.
7      Q.   How many customers does any one
8  fulfillment team, as you call it, service?
9      A.   It depends.  Well, it's a tough
10 question because there's lots of different
11 levels.  The clients use the services at
12 different levels, so some clients might call
13 us once a year, some might call us once a
14 day.  If I am guessing, probably a thousand,
15 maybe.
16     Q.   So a thousand to one?
17     A.   Per team of active people that
18 are actively using the services.  That's a
19 guess.  I don't really know.
20     Q.   How much interaction does the
21 fulfillment staff have with any one customer
22 during their membership with The Tax Club?
23     A.   That's really up to the customer.
24 If the customer calls in and has a lot of
25 questions, we're going to have a lot of

---

Page 114

1      G. Milkwick
2  interaction with them.  If they have the Tax
3  Preparation portion we're going to prepare
4  their taxes, we're going to have interaction
5  on that side.  We also do like weekly
6  webinars with the clients on tax topics
7  they're invited to.  We try to engage them
8  as much as possible, but it really depends
9  on the clients how much they use the
10 services.
11     Q.   What actually happens if I am
12 client and I dial the number that you've
13 given me, who picks up the phone?
14     A.   Generally a customer service
15 person is going to pick up the phone and
16 route you to, if you say I've got a tax
17 question they would ask your member ID, see
18 that you're assigned to -- if you're in the
19 central zone they would transfer you over to
20 someone in the central zone if you had tax
21 questions.
22     Q.   Would there be a live person in
23 the central zone to answer that question?
24     A.   Yes.
25     Q.   Are you staffed 24 hours in all

---

Page 115

1      G. Milkwick
2  the zones?
3      A.   No, not 24 hours.  We try to
4  staff business hours for the time zones.
5      Q.   So what would happen if someone
6  called at 6:00 in their time zone after
7  business hours?
8      A.   After business hours, basically
9  what would happen is they would leave us a
10 message and we will call them back the next
11 day.
12     Q.   Who would call them back the next
13 day?
14     A.   Depending on their question.  If
15 it was like I have a tax question I'd like
16 one of the accountants to call me back then
17 one of the accountants for the central, for
18 example, team would call them back that next
19 day.
20     Q.   Are there any products sold by
21 The Tax Club besides the ones that we
22 reviewed in AG 19?
23     A.   Yes, we have a Business Plan
24 Product that I didn't see on this list.
25     Q.   I am going to run through the

---

Page 116

1      G. Milkwick
2  list.  Feel free to write it down if you
3  need to so we can talk about whether
4  fulfillment fills these or not and how they
5  do so.
6      A.   Okay.
7      Q.   You want me to give you the list
8  first then you can go down the list or do
9  you want to do them one at a time?
10     A.   You can give me the list.
11     Q.   Here are some products that we
12 believe to be Tax Club products.  I am going
13 to give you the list and then you will tell
14 me afterwards if this is something that you
15 service.  My Essential Plan, All Access
16 Books, Vital Payroll, Business Document
17 Center, Successful Planning or Success
18 Planning, Small Business or Business Credit,
19 Success Merchants Processing, Internet
20 Marketing, My E-Biz, I have Corporate
21 Records Pro on my list so let's keep that
22 off.  IKONGO.  First of all, one at a time
23 is this something that you service?
24     A.   Okay.  You ready?
25     Q.   Yes.

---

FTC-TTC-000687

Page 117

1       G. Milkwick
2     A.   So My Essential Plan, that is
3   business plan creation, I don't specifically
4   oversee that department.
5     Q.   Do you know who does?
6     A.   Yes.  His name is Preston Clark.
7     Q.   What is his title?
8     A.   I think his title is director of
9   business development.  Not a hundred percent
10  sure.
11    Q.   So you are not involved in My
12  Essential Plan?
13    A.   No.
14    Q.   If you know, is My Essential Plan
15  designed or used by an entity only after its
16  been incorporated, in other words, can a
17  company who has not been incorporated
18  benefit from My Essential Plan?
19    A.   Yes, because it's a business
20  planning tool, so you know whether or not I
21  am incorporated if I am thinking about
22  opening a business that's going do whatever,
23  it's a useful tool, yes.
24    Q.   Let's move on to All Access
25  Books.  Is that serviced by you?

Page 118

1       G. Milkwick
2     A.   Yes.
3     Q.   Vital Payroll?
4     A.   Yes.
5     Q.   Business Document Center?
6     A.   No.
7     Q.   Do you know who does that?
8     A.   I don't think we have that.  In
9   fact, I know we don't.  I think that was
10  when I first started, but it's, as far as I
11  know, it's long gone.
12    Q.   Success or Successful Planning?
13    A.   I don't know what that is.
14    Q.   That's fair.  Small Business
15  Credit?
16    A.   Small Business Credit, that we --
17  I am not sure if they do that any more.  At
18  one point it was a system that they would
19  log onto and it would tell them how to get
20  their register with their get a Duns number
21  so they can start establishing business
22  credit under their business name, but I
23  don't think we use that website any more.
24    Q.   Successful Merchants Processor?
25    A.   I don't know what that is.

Page 119

1       G. Milkwick
2     Q.   So that means you don't service
3   it?
4     A.   No.
5     Q.   Internet Marketing?
6     A.   No, that is not me.
7     Q.   E-Biz or Business?
8     A.   No.
9     Q.   IKONGO?
10    A.   That was we were doing websites
11  through that company I know, but I don't
12  think there's any activity there any more
13  either.
14    Q.   So of the ones that you service
15  that you stated, All Access Books and Vital
16  Payroll, are there any others that you
17  service that I didn't mention?
18    A.   Not that I can think of.
19    Q.   Would you say this AG 19 and All
20  Access Books and Vital Payroll are the sum
21  total of what you fulfill in your
22  department?
23    A.   Yes.
24    Q.   Let's talk about All Access
25  Books.  Please tell me what that is.

Page 120

1       G. Milkwick
2     A.   It's basically a bookkeeping
3   solution, full service bookkeeping, so they
4   can fax or mail or the typical mail us the
5   shoe box floor sheets and we pull it in
6   Quickbooks and reconcile your bank at the
7   same time, that kind of thing.  Pretty
8   straight forward bookkeeping.
9     Q.   Is All Access Books designed for
10  use by an entity or business that been only
11  been incorporated or could it be used for
12  someone else?
13    A.   It could be either used for
14  either sole proprietors needs bookkeeping
15  just like a corporation does.
16    Q.   Let's talk about Vital Payroll,
17  can you describe what that is?
18    A.   That's our payroll service.
19    Q.   What does it do?
20    A.   It's a full service payroll
21  solution so the client, if they are a
22  business and they want to pay themselves
23  payroll, that's what we do.  So we do
24  everything from filing their quarterly
25  payroll tax return to actually setting up

FTC-TTC-000688

Page 121

1        G. Milkwick
2 their paychecks.  All that good stuff.
3        Q.   Do you work with banks with the
4 actual client's money or you just set up
5 systems?
6        A.   No, we set up a system.  It's
7 actually A.D.P. system.  We use their
8 system.  It's an A.D.P. solution.
9        Q.   Who is involved in designing
10 these packages in general, Exhibits 16 and
11 the two we just mentioned.  Who is creating
12 them and how are they coming to be?
13        A.   I would say probably Mike the
14 president and Brendan, probably Brendan in
15 sales because most packages, as you saw
16 here, are just a combination of different
17 ala cartes which, you know, I know there's a
18 limitation in our system to be able to do
19 ala carte, so that's one of the reasons why
20 we have so many packages because the way our
21 system was designed, you couldn't just have
22 E-Tax Hotline or Unlimited Tax Consulting
23 and make with come through on one charge on
24 the credit card, so we have all these
25 packages which can be, you know, unwieldy

Page 122

1        G. Milkwick
2 sometimes but there it allows it to come
3 across as one charge in the client's credit
4 card and just one -- it's a system
5 limitation basically.  But as far as who
6 comes up with them, I'd say probably Brendan
7 in sales.
8        Q.   I meant like the contents of it,
9 not the packages, but the contents inside
10 the package, like who created or who put
11 together the E-Tax Hotline?
12        A.   It's a combination of sales and
13 fulfillment would get together and put that
14 together.  You know, sometimes with full
15 service bookkeeping and we didn't do that
16 much of it, I'd talk to Brendan, the sales
17 manager, and say we need to sell some more
18 bookkeeping because the clients are asking
19 for the service, so let's get some more
20 options and he would come up with okay let's
21 figure out what the packages should be.  All
22 that stuff.
23        Q.   Must a customer purchase one of
24 the basic Incorporation Packages before they
25 can purchase specifically the last two we

Page 123

1        G. Milkwick
2 spoke about All Access Books and Vital
3 Payroll?
4        A.   No.  They don't have to purchase
5 one before the other.
6        Q.   I want to go back to the
7 chronology of -- let's start where folks
8 receive the incorporation papers if you can
9 incorporate them.  What happens after that
10 if they purchase other items?
11        A.   It depends on what they purchase.
12 If they purchase, you know, something that
13 has an ongoing component like the E-Tax
14 Hotline or Unlimited Tax Consulting, one of
15 those packages they'll received the call
16 that we talked about new client orientation,
17 we're telling them how to become more
18 engaged, try to get them engaged with
19 services as much as possible, tell them how
20 to best use it and all that good stuff.  We
21 invite them, I think we mentioned a weekly
22 webinars on different tax topics.  We send
23 out, for example, like the webinars we send
24 out e-mails, particularly to the new
25 clients, saying look we have these weekly

Page 124

1        G. Milkwick
2 webinars, this next one we have coming up
3 next week about the tax law changes for
4 2011, so we'd like to invite you to look out
5 for it, et cetera, et cetera.
6        Q.   Who decides what to sell, what
7 else to sell to clients who have purchased
8 something from this list on AG 19?
9        A.   That depends.  I think I
10 mentioned some cases where a client might
11 have another business where they have
12 another tax return they need, fulfillment
13 person would point that out.  Sometimes we
14 do tax work for clients and they, at some
15 point, they do their own bookkeeping and
16 they want to start, so an accountant will
17 say we also do bookkeeping, so that way I
18 think that's also from a fulfillment
19 perspective.  That's it pretty much.
20        Q.   Is there a time where customers
21 are told, initial customers, they will be
22 called to get information on other
23 businesses, when does that happen?
24        A.   Actually, and I haven't talked
25 about this, there's also a webinars call,

FTC-TTC-000689

Page 125

1        G. Milkwick
2  welcome to The Tax Club webinars, that's
3  another thing they also receive at the
4  beginning, we do that, I can't remember,
5  once or twice a week.  That's another form
6  where they can go on, they listen to what we
7  do.  At that point the person says we offer
8  tax services but we also have these other
9  services as well.  We have bookkeeping,
10 payroll, et cetera.
11     Q.   Let's talk about et cetera.
12 Bookkeeping, payroll is there anything else
13 other package that you guys are involved
14 with?
15     A.   Not that I can think of.
16     Q.   So et cetera would be some of
17 these other things that you are not sure of
18 that are sold?
19     A.   Some of them come and go.  We try
20 different things.  Like business cards,
21 right now I think we have a package where we
22 sell business cards.
23 RQ:
24     MS. PROSPER: Can I ask
25     Mr. Sanscrainte to form a complete list

Page 126

1        G. Milkwick
2     from today's date, a complete list of
3     all packages sold by The Tax Club
4     beyond Exhibit AG 19, so these
5     additional packages that would come to
6     be sold to customers after the initial
7     sales call.
8        MR. SANSCRAINTE: Sure.  And I
9     will produce the most recent
10    information regarding all the different
11    packages that are offered.
12    Q.   So speaking of all those
13 different packages, both the ones that are
14 serviced by you, fulfilled by you, and
15 possibly some other department in The Tax
16 Club, when do clients hear about those and
17 how?
18    A.   I am not sure a hundred percent
19 on how they hear about that.  I mean, it's
20 the sales department I am sure calls them
21 but I am not sure how that site works.
22    Q.   Can you estimate a total number
23 of customer or business entities serviced by
24 your department on average over the past
25 three years, let's say 2010, 2009 and 2008.

Page 127

1        G. Milkwick
2     A.   How many business kits, tens of
3  thousands.  You want me to guess?
4     Q.   Only if you think it's close.
5  Don't take a wild guess.  If you have a
6  number because you have to tell your
7  supervisors or whatever or they tell you,
8  but don't take a wild guess.
9     A.   Yes, I am not sure, I'd have to
10 look at the numbers to see.  I don't know
11 off the top of my head.
12 RQ:
13    MS. PROSPER: Can we also get
14    that let's say for 2008, 2009, and 2010
15    a copy of the numbers of customers that
16    are, I guess brought in, new customers
17    that come in, not existing customers.
18    Not like how many customers you have
19    all together but new ones that are
20    brought in?
21    MR. SANSCRAINTE: Sure.  Good
22    thing you clarified that, so new
23    customers brought in to 2008, 2009 and
24    2010?
25    MS. PROSPER: Yes, how many

Page 128

1        G. Milkwick
2     people based on the sales calls became
3     customers in those three years.
4     MR. SANSCRAINTE: Sure.
5     Q.   To your knowledge, has The Tax
6  Club or any related entity been the subject
7  of an investigation or enforcement action by
8  any law enforcement?
9     A.   No.
10    Q.   Do you know anything about who is
11 responsible for advertising at The Tax Club?
12    A.   Advertising, I know in general we
13 don't do a lot of advertising just because
14 most of the clients come from partnerships
15 we have with lead sources.  I would say
16 Mike, maybe Preston, but like I said, we
17 don't really do much advertising.
18    Q.   If you know, what kind of
19 information might a client already have
20 about The Tax Club before they're contacted
21 by a sales person?
22    A.   Sometimes I think the lead
23 sources will provide them information saying
24 we're a firm, a tax firm that works with
25 small businesses, but I am not really sure

FTC-TTC-000690

Page 129

1      G. Milkwick
2 what all they would tell them about us.
3      Q.   If you know, is there a way for
4 the lead sources to give potential clients
5 or do they, your information so they can
6 contact you rather than --
7      A.   I think, yes, sometimes that's
8 the arrangement where the lead source will
9 give them the phone number to call.
10      Q.   Do you know if they give them
11 anything else with the phone number,
12 brochures, websites?
13      A.   I don't really know on the lead
14 source end.
15      Q.   Do you work at all with
16 advertising department fulfillment, do you
17 work at all?
18      A.   Not really.  I mean, in my
19 involvement with lead source is mainly
20 talking to them about fulfillment, how we do
21 things so I really don't know how they work
22 with their clients or anything.
23      Q.   I want to talk about the website.
24 Is there one Tax Club website or are there
25 different components like different people

Page 130

1      G. Milkwick
2 can access different parts, how does your
3 virtual world work?
4      A.   The main Tax Club site has a lot
5 of it that is accessible to anybody.
6 Anybody.
7      Q.   What is the website, by the way?
8      A.   Thetaxclub.com.  So most people
9 go on the website and can access quite of
10 bit of information about the company, what
11 we do, that sort of thing.  There's also a
12 place where you can log on as a member and
13 you have access to even more stuff like
14 monthly news letters that you have access to
15 tax tips periodically.  That's where you
16 access your Virtual Tax Organizer.  So
17 there's just different resources that are
18 available to members that are not available
19 to the general public.
20      Q.   Are there different parts of the
21 site for different packages that you
22 purchase?
23      A.   To some extent, for example, if
24 someone has not purchased Tax Prep, they
25 would not have access to the Virtual Tax

Page 131

1      G. Milkwick
2 Organizer within their member section of the
3 website.
4      Q.   Is it one portal where you put in
5 your user name and ID and you're allowed
6 certain things based on your package, is
7 that it?  I am trying to visualize it.
8      A.   Pretty much.  Maybe a little bit
9 more rudimentary than that.  If you're a
10 member you have access to 99 percent of the
11 stuff.  The only thing I can think of that
12 you wouldn't have access to if you didn't
13 have Tax Preparation because we don't want
14 people who don't have Tax Preparation
15 spending five or ten hours filling out a
16 Virtual Tax Organizer but then we say you
17 don't have that, you need to pay for this,
18 so we make that section not available to
19 them.  Pretty much everything else.  If
20 you're a member and you have an ID and log
21 in information, you can access everything.
22      Q.   Do you know who, maybe a group of
23 people, create the contents that goes on the
24 website or where does it come from, the
25 contents?

Page 132

1      G. Milkwick
2      A.   So, for example, the news
3 letter's an example, we create some of that
4 internally, and then some of it's taken from
5 like I.R.S. website because the I.R.S.
6 publishes periodic so we'll include the
7 I.R.S. tips for that month with our
8 newsletter also.  A lot of it is generated
9 inhouse by the accountants, though.
10      Q.   The stuff that you write about
11 the I.R.S., where do you get it from?
12      A.   From their section of the small
13 business section on their small business
14 portion of their website.
15      Q.   Did you have jump sites to go to
16 these various areas?
17      A.   We do some.
18      Q.   If you want to go straight to the
19 I.R.S.?
20      A.   Right.
21      Q.   Does your staff, I guess,
22 interface through the website with customers
23 or is that separate outside?
24      A.   Yes, somewhat so, for example,
25 the E-Tax Hotline, that would be a place

GARY MILKWICK
July 26, 2011

IN THE MATTER OF:
THE TAX CLUB

Page 133

G. Milkwick
1
2 where you would, because the client submits
3 the question through the E-Tax Hotline and
4 we would respond through there. Sometimes
5 you just e-mail them the answer depending on
6 there's a thing that asking them what their
7 preference is, so the E-Tax Hotline would be
8 one. A Virtual Tax Organizer would be
9 another. They submit their Virtual Tax
10 Organizer through the website and they post
11 their tax return into their member section
12 of the website. So it's kind of like a
13 client portal in addition to other things I
14 mentioned.
15    Q.   I want to go back a little bit
16 and revisit zone managers, the three of
17 them.
18       You testified about them
19 developing expertise in the new tax laws. I
20 guess I want to know a little bit how
21 they're hired, what their qualifications
22 exactly are. And so how do they keep up
23 wuth the changing tax laws?
24    A.   It's not easy.
25    Q.   Such as hiring.

Page 134

G. Milkwick
1
2    A.   So obviously if we're going to
3 hire somebody for our zone manager position,
4 they're going to have a certain number of
5 years of experience, and in general we try
6 to promote from within, so the ideal
7 situation, they come out of school, they
8 work as a junior tax accountant, then senior
9 tax accountant, then kind of assistant
10 manager or something like that. And then
11 they become a zone manager because they
12 really understand the company.
13    Q.   They move up through the company
14 a lot of time?
15    A.   Right. As far as how do we keep
16 them up, yes, we go to things like the
17 I.R.S. tax forum, we send our employees
18 there, so that I am not sure if you are
19 familiar with that. The I.R.S., every
20 summer, goes around to different cities and
21 puts on a tax forum where they teach about
22 latest tax laws and some of its I.R.S.
23 employees some of it's like the National
24 Association of Tax Professionals, stuff like
25 that. So then also like I said, most of our

Page 135

G. Milkwick
1
2 people, especially the ones that are C.P.A.s
3 or E.A.s also have a continuing education
4 component, so they have to have I think for
5 a C.P.A. you have to have at least 40 hours
6 of professional continuing education a year.
7 Then we also have all kind of resources like
8 in our e-mail we get a detailed tax update
9 from Thompson Reuters which is a tax
10 research tool that we have. That's kind of
11 how we do it.
12    Q.   And they, in turn, train in the
13 zone, who now trains the other folks working
14 in their zone?
15    A.   The zone managers are ultimately
16 responsible for training the people within
17 their zone. Those people also are, I think
18 last year every single one of our employees
19 went to at least one of the days of the
20 I.R.S. tax forum, so we try to get them
21 because they like that also, it helps them
22 feel like we're really providing them
23 opportunities to learn and grow, so we try
24 to give them as many opportunities like that
25 as possible. I think I mentioned the online

Page 136

G. Milkwick
1
2 tools that we have that has access to
3 literally hundreds and hundreds of classes,
4 and we have the ability to help chart out
5 learning paths through the software, so
6 you're a senior person now, you need more
7 experience with a little bit more
8 complicated areas that you can work on. If
9 you're a new person, you can say all right,
10 you're going to take tax basic 101, so we
11 also use that online tool for training
12 purposes.
13    Q.   Do you ever have attorneys come
14 in to do workshops or training for your
15 folks?
16    A.   I don't think we have attorneys
17 come to our office. Places like the tax
18 forum and other places definitely has some
19 of those people present are attorneys. Tax
20 attorneys, generally.
21    Q.   Last couple of things. Where do
22 you bank personally?
23    A.   Bank of America.
24    Q.   Is that in New York State?
25    A.   I set up my account in Georgia so

FTC-TTC-000692

**Page 137**

1        G. Milkwick
2    I mean, I can access the bank A.T.M. through
3    here.
4        Q.    Any other states where you have
5    bank accounts?
6        A.    No.
7        Q.    What about other countries?
8        A.    No.
9        MS. PROSPER: Can I get from
10   whoever wrote them down based on the
11   answers we received what document we
12   are requesting from Mr. Sanscrainte or
13   The Tax Club through Mr. Sanscrainte.
14       MS. JACOB: Number one, the name
15   and title of all 60 employees in the
16   accounting department, we also want
17   their degree or some level of
18   education.  The other sections in
19   addition to the Startup Guide online
20   that we had, four or five other
21   sections, so either in print form or
22   user name and password, a complete list
23   of all packages sold in 2011 or what
24   has been offered, not just packages,
25   but the product list including the

**Page 138**

1        G. Milkwick
2    extras we went through, and then the
3    number of customers, what newly
4    services were brought on in 2008
5    through 2010.
6        MS. PROSPER: Thank you.
7    Observers, do you have any questions?
8        (No response)
9        Q.    If you know, how are these
10   packages or individual products, how do they
11   come up on people credit cards statement; my
12   question is does it say The Tax Club or does
13   it say the individual package that you
14   purchased?
15       A.    I am not a hundred percent sure
16   on that.  I think the packages come up as
17   The Tax Club, I think.
18       Q.    You mentioned a colleague Preston
19   Clark who bundles these packages?
20       A.    Well, Brendan Pack, the sales
21   director, would be the person that's
22   primarily responsible for that.
23       Q.    Is he or someone else who could
24   possibly sort of breakdown, I am going to
25   use AG 7, I believe it is to illustrate what

**Page 139**

1        G. Milkwick
2    I am trying to inartfully say.  Let me show
3    you again the first page of 7.  Let's pick
4    one that has a lot of stuff in it.  How
5    about Business Saver Package Plus, so that's
6    on both AG 19 and AG 7, but AG 19 does not
7    give us the benefit of the price, so if we
8    had to use Business Saver Package Plus.
9        A.    It looks like this.
10       Q.    It has a year attached to it.
11       A.    Yes.
12       Q.    Here on Exhibit AG 7 it says that
13   that package cost $4,785, and that's dated
14   2009 with a $49.95 monthly price.  It has
15   several pieces to it which you described
16   throughout your testimony.  Is there a way
17   to sort of break down what's worth what in
18   that price, how did somebody come up with
19   the price?
20       A.    I am not really sure of that.  I
21   don't deal with that side of it.  I am not
22   sure how.
23       Q.    Who would know again, you think?
24       A.    Brendan Pack.
25       Q.    And if you know, it says monthly

**Page 140**

1        G. Milkwick
2    price in the fourth column of AG 7, how is
3    that different from P.O.S. price which is
4    the second column, if you know?
5        A.    I mean, obviously, there's an
6    ongoing component to help cover our cost of
7    if somebody's going to use the service for
8    however long they use it, but I am not sure
9    where the 49.95 per month came up.
10       Q.    Not how much it is but what does
11   it represent, you answered the question
12   actually.  How long does it go on the
13   monthly price, does it have a finite end?
14       A.    No, until the client wants to
15   stop using it.  The packages has an ongoing
16   component like E-Tax Hotline that is always
17   going to have a monthly price associated
18   with it, so once they if they say okay, I am
19   done for whatever reason I'm using somebody
20   else or no longer in business, then they
21   will stop the monthly payment.
22       (Continued on next page for
23   jurat.)
24
25

FTC-TTC-000693

GARY MILKWICK
July 26, 2011

IN THE MATTER OF:
THE TAX CLUB

Page 141

```
 1      G. Milkwick
 2      MS. PROSPER: You answered my
 3  question.  Thank you very much.  Now I am
 4  really done.  Thank you very much.
 5      (TIME NOTED: 2:56 P.M.)
 6
 7      _____
 8      GARY MILKWICK
 9
10  Subscribed and sworn to
11  before me this _____ day
12  of _____ 2011.
13
14  _____
15      NOTARY PUBLIC
16
17
18
19
20
21
22
23
24
25
```

Page 143

```
 1
 2          CERTIFICATION
 3
 4      I, Margaret Savino, a Notary
 5  Public in and for the State of New York, do
 6  hereby certify:
 7      THAT the witness, GARY MILKWICK,
 8  whose testimony is herein before set forth,
 9  was duly sworn by me; and
10      THAT the within transcript is a
11  true and accurate record of the testimony
12  given by said witness, GARY MILKWICK.
13      I further certify that I am not
14  related either by blood or marriage, to any
15  of the parties to this action; and
16      THAT I am in no way interested in
17  the outcome of this matter.
18      IN WITNESS WHEREOF, I have
19  hereunto set my hand this 18th day of
20  August, 2011.
21
22
23      ----------------------------
24          Margaret Savino
25
```

Page 142

```
 1
 2          INDEX TO TESTIMONY
 3  Witness                         PAGE
 4  Gary Milkwick                     3
 5
 6          INDEX TO EXHIBITS
 7              ID      EVIDENCE
 8  AG'S
 9  16 - Startup Guide          70
10  17 - Subpoena          7      7
11  18 - Affidavit of Service 8   8
12  19 - Tax Club Packages  50   51
13
14          INDEX TO REQUESTS
15  Production of names, titles and
16      degrees or certifications
17      of 50 to 60 staff under
18      operations and lenght of time
19      at employment             30
20  Complete list of all packages and
21      products sold beyond AG 19  124
22  Amount of new customers brought
23      in for the years 2008,
24      2009 and 2010             126
25
```

Page 144

```
 1
 2          ERRATA SHEET
 3      I wish to make the following changes,
 4  for the following reasons:
 5  PAGE LINE
 6  _____  CHANGE:_____
 7          REASON:_____
 8  _____  CHANGE:_____
 9          REASON:_____
10  _____  CHANGE:_____
11          REASON:_____
12  _____  CHANGE:_____
13          REASON:_____
14  _____  CHANGE:_____
15          REASON:_____
16  _____  CHANGE:_____
17          REASON:_____
18  _____  CHANGE:_____
19          REASON:_____
20  _____  CHANGE:_____
21          REASON:_____
22  _____  CHANGE:_____
23          REASON:_____
24  _____  CHANGE:_____
25          REASON:_____
```

FTC-TTC-000694