UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>STATE OF NEW YORK, and<br><br>STATE OF FLORIDA,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TAX CLUB, INC., et.al,<br><br>    Defendants, and<br><br>SANDRA C. SAVAGE,<br><br>    Relief Defendant. | Case No.   13 - cv - 210 |

**APPENDIX TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF TEMPORARY RECEIVER, AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY A <u>PRELIMINARY INJUNCTION SHOULD NOT ISSUE</u>**

<u>**VOLUME II - INDEX**</u>

**EXHIBIT 2:** Declaration of FTC Investigator Florence M. Hogan

    A.    The Tax Club, Inc.'s Articles of Incorporation from the Utah Department of Commerce, Division of Corporation and Commercial Code

    B.    The Tax Club, Inc.'s Registration Information Change Form from the Utah Department of Commerce, Division of Corporation and Commercial Code

    C.    The Tax Club, Inc.'s Application for Certificate of Authority from the State of North Carolina Department of the Secretary of State

    D.    Manhattan Professional Group, Inc.'s Certificate of Incorporation from the State of New York, Department of State

E. Manhattan Professional Group, Inc.'s November 2005 Biennial Statement from the State of New York, Department of State

F. Manhattan Professional Group, Inc.'s November 2009 Biennial Statement from the State of New York, Department of State

G. Manhattan Professional Group, Inc.'s Certificate of Change from the State of New York, Department of State

H. Manhattan Professional Group, Inc.'s November 2011 Biennial Statement from the State of New York, Department of State

I. 5410, Inc.'s Articles of Incorporation from the Wyoming Secretary of State

J. 5410, Inc.'s Summary of Online Changes from the State of Utah Department of Commerce, Division of Corporation and Commercial Code

K. 5410, Inc.'s Application for Certificate of Authority from the Secretary of State of Connecticut

L. 5410, Inc.'s Application for Registration of Trade Name (Success Planning Group) from the Wyoming Secretary of State

M. 5410, Inc.'s Application for Registration of Trade Name (Prestige Financing Services) from the Wyoming Secretary of State

N. Marble Base, Inc.'s Articles of Incorporation from the Wyoming Secretary of State

O. Marble Base, Inc.'s Update Form from the Wyoming Secretary of State

P. 6015, LLC's Limited Liability Company Articles of Organization from the Wyoming Secretary of State

Q. 6015, LLC's Application for Registration of Trade Name (Cypress Corp Services) from the Wyoming Secretary of State

R. 1800Accountant, LLC's Limited Liability Company Certificate of Formation from the State of Delaware, Secretary of State

S. Ikongo, Inc.'s Articles of Incorporation and Application for Certificate of Reinstatement Following Administrative Dissolution from the Wyoming Secretary of State

FTC-TTC-000696

T. Ikongo, Inc.'s Statement of Change By Business Entity from the Wyoming Secretary of State

U. Pulph, Inc.'s Business Name Registration/DBA Application (Ikongo) from the Utah Department of Commerce, Division of Corporation and Commercial Code

V. Tahuya, Inc.'s Articles of Incorporation from the State of Washington, Secretary of State

W. Tahuya, Inc.'s Application for Initial Annual Report from the State of Washington, Secretary of State

X. Tahuya, Inc.'s Articles of Dissolution from the State of Washington, Secretary of State

Y. Visavis, Inc.'s Articles of Incorporation from the State of Washington, Secretary of State

Z. Visavis, Inc.'s Initial Annual Report from the State of Washington, Secretary of State

AA. HB Marketing Services, LLC's Articles of Organization from the Arizona Corporation Commission

BB. HB Marketing Services, LLC's Amended and Reinstated Articles of Organization from the Arizona Corporation Commission

CC. Premier Coaching & Consulting, LLC's Articles of Organization from the Arizona Corporation Commission

DD. Premier Coaching & Consulting, LLC's Amended and Reinstated Articles of Organization from the Arizona Corporation Commission

EE. Skorpios Holdings, Inc.'s Certificate of Incorporation from the State of Delaware, Secretary of State

FF. Harbor Live Work, LLC's Limited Liability Company Certificate of Formation and Initial Annual Report from the State of Washington, Secretary of State

GG. Harbor Live Work, LLC's November 14, 2011 Annual Report and September 28, 2012 Initial Annual Report from the State of Washington, Secretary of State

FTC-TTC-000697

HH. Tunkol, LLC's Limited Liability Company Certificate of Formation and Initial Annual Report from the State of Washington, Secretary of State

II. Tunkol, LLC's May 9, 2011 Annual Report and May 21, 2012 Annual Report from the State of Washington, Secretary of State

JJ. Bank of America's affidavit signed by Jeffrey Olney on June 4, 2012

KK. Bank of America's affidavit signed by Mary Braunlich on June 26, 2012

LL. Bank of America's affidavit signed by Patrick Callahan on July 27, 2012

MM. Bank of America's affidavit signed by Patrick Callahan on August 9, 2012

NN. (1) Bank of America Corporate Signature Card for The Tax Club, Inc. (account ending in 7466)
(2) Bank of America Corporate Signature Card for Manhattan Professional Group, Inc. (account ending in number 3003)
(3) Bank of America Corporate Signature Card for Manhattan Professional Group, Inc. (account ending in number 1537)
(4) Bank of America Corporate Signature Card for Manhattan Professional Group, Inc. - Payroll (account ending in number 1524)
(5) Bank of America Corporate Signature Card for Manhattan Professional Group, Inc. – Essential Planning (account ending in number 7440)
(6) Bank of America Corporate Signature Card for Manhattan Professional Group, Inc. - Business Document Center (account ending in number 7437)
(7) Bank of America Corporate Signature Card for Manhattan Professional Group, Inc. - All Access Books (account ending in number 7453)
(8) Bank of America Corporate Signature Card for Manhattan Professional Group, Inc. - Vital Payroll (account ending in number 7424)
(9) Bank of America Corporate Signature Card for 5410, Inc. - Operating (account ending in number 2930)
(10) Bank of America Deposit Account Documentation for 5410, Inc. (account ending in number 2930)
(11) Bank of America Corporate Signature Card for Marble Base, Inc. (account ending in number 7299)
(12) Bank of America Deposit Account Documentation Signature Card for 6015, LLC (account ending in number 0384)
(13) Bank of America Deposit Account Documentation Signature Card for 1800Accountant, LLC (account ending in number 0290)
(14) Bank of America Corporate Signature Card for Ikongo, Inc. (account ending in number 6992)

FTC-TTC-000698

    (15) Bank of America Corporate Signature Card for Ikongo, Inc. - Michael M Savage (account ending in number 6277)
    (16) Bank of America Corporate Signature Card for Tahuya, Inc. (account ending in number 6963)
    (17) Bank of America Corporate Signature Card for Tahuya, Inc. (account ending in number 6989)
    (18) Bank of America Corporate Signature Card for Tahuya, Inc. (account ending in number 1960)
    (19) Bank of America Corporate Signature Card for Tahuya, Inc. - Merchant Account (account ending in number 6976)
    (20) Bank of America Corporate Signature Card for Visavis, Inc. (account ending in number 6921)
    (21) Bank of America Corporate Signature Card for Visavis, Inc. (account ending in number 6947)
    (22) Bank of America Limited Liability Company Signature Card for HB Marketing Services, LLC (account ending in number 7202)
    (23) Bank of America Limited Liability Company Signature Card for Premier Coaching & Consulting, LLC (account ending in number 7215)
    (24) Bank of America Deposit Account Documentation Signature Card & Banking Resolution and Certificate Incumbency for Skorpios Holdings, Inc. (account ending in number 9285)
    (25) Bank of America Certified Copy of Limited Liability Company Resolutions and Signature Card for Tunkol, LLC (accounts ending in numbers 9603 & 7231)

OO.    Wells Fargo's Certificate of Compliance and Certification of Records of Regularly Conducted Activity signed by Kierstin Kucowski

PP.    February 1, 2008 and September 2, 2011 checks prepared from The Tax Club, Inc.'s Payroll Account (ending in number 8980)

QQ.    March 13, 2009 and January 14, 2010 checks prepared from The Tax Club, Inc.'s Operating Account (ending in number 8345)

RR.    January 4, 2008 and December 28, 2007 checks prepared from Manhattan Professional Group, Inc.'s Payroll Account (ending in number 8493)

SS.    (1) Wells Fargo Bank Addendum to Certificate of Authority, Business Account Application and Customer/Account Information Change Request for 3J Enterprises, LLC (account ending in number 4782)
    (2) Wells Fargo Bank Business Account Application for Blue Star Real Estate (account ending in number 0747)

FTC-TTC-000699

   (3) Wells Fargo Bank Business Account Application for Brevity Marketing, Inc. (account ending in number 6107)
   (4) Wells Fargo Bank Addendum To Certificate Of Authority and Business Account Application for Busy Bee Management, LLC (account ending in number 3469)
   (5) Wells Fargo Bank Addendum to Certificate of Authority for Empire LLC Managers (account ending in number 8659)
   (6) Wells Fargo Bank Business Account Application for Hilltop Enterprises Group, LLC (account ending in number 1679)
   (7) Wells Fargo Bank Business Account Application for Incenture, LLC (account ending in number 0163)
   (8) Wells Fargo Bank Business Account Application and Customer/Account Information Change Request for Jackson Hole Corporate Services (account ending in number 2727)
   (9) Wells Fargo Bank Business Account Application and Addendum to Certificate of Authority for Mohotma Enterprises, LLC (account ending in number 1992)
   (10) Wells Fargo Bank Business Account Application for The Tax Club, Inc., (account ending in number 2286)

TT. First Data's Certificate Of Authenticity Of Business Records signed by Robert D. Gilbert

UU. Wells Fargo Merchant Services Merchant Processing Application for The Tax Club, Inc.'s d/b/a The Tax Club from First Data

VV. (1) Global Payments Applied Merchant – Merchant Application & Agreement for 5410, Inc. DBA Internet Marketing Success
  (2) Global Payments Applied Merchant – Merchant Application & Agreement for 5410, Inc. DBA Success Merchant Processing
  (3) Global Payments Applied Merchant – Merchant Application & Agreement for 5410, Inc. DBA Real Estate Wire
  (4) Global Payments Applied Merchant – Merchant Application & Agreement for 5410, Inc. DBA Day Trade Team
  (5) Global Payments Applied Merchant – Merchant Application & Agreement for 5410, Inc. DBA Funding Fasttrack
  (6) Global Payments Applied Merchant – Merchant Application & Agreement for 5410, Inc. DBA Corporate Credit

WW. (1) Newtek Electronic Payment Processing form for The Tax Club, Inc. DBA The Tax Club
  (2) Newtek Electronic Payment Processing form for The Tax Club, Inc. DBA Corporate Credit

FTC-TTC-000700

    (3) Newtek Electronic Payment Processing form for Manhattan Professional Group, Inc. DBA The Tax Club
    (4) Newtek Electronic Payment Processing form for Manhattan Professional Group, Inc. DBA Bookeeping Services
    (5) Newtek Electronic Payment Processing form for Manhattan Professional Group, Inc.'s DBA Ikongo
    (6) Newtek Electronic Payment Processing form for Manhattan Professional Group, Inc.'s DBA Essential Planning
    (7) Newtek Electronic Payment Processing form for Manhattan Professional Group, Inc.'s DBA Corporate Tax Network
    (8) Newtek Electronic Payment Processing form for 5410, Inc.'s DBA Internet Marketing Success
    (9) Newtek Electronic Payment Processing form for 5410, Inc.'s DBA The Success Planning Group
    (10) Newtek Electronic Payment Processing form for 5410, Inc.'s DBA Success Planning Group 2
    (11) Newtek Electronic Payment Processing form for 5410, Inc.'s DBA Success Online
    (12) Newtek Electronic Payment Processing form for 5410, Inc.'s DBA Business Credit
    (13) Newtek Electronic Payment Processing form for 5410, Inc.'s DBA Prestige Financing Services
    (14) Newtek Electronic Payment Processing form for Marble Base, Inc.'s DBA Business Resources
    (15) Newtek Electronic Payment Processing form for Marble Base, Inc.'s Corporate Solutions
    (16) Newtek Electronic Payment Processing form for Marble Base, Inc.'s DBA Business Success
    (17) Newtek Electronic Payment Processing form for 6015, LLC's DBA Cypress Corp Services
    (18) Newtek Electronic Payment Processing form for 6015, LLC's DBA My Tax Service
    (19) Newtek Electronic Payment Processing form for 6015, LLC's DBA Accounting Group Services
    (20) Newtek Electronic Payment Processing form for 1800Accountant, LLC's DBA 1800 Accountant, LLC

XX.  (1) AMS Merchant Application and for Manhattan Professional Group, Inc.'s DBA Manhattan Professional Group
    (2) AMS Merchant Application and Agreement and Additional Location Addendum for Manhattan Professional Group, Inc.'s DBA The Tax Club

FTC-TTC-000701

      (3) AMS Merchant Application and Agreement and Additional Location Addendum for Manhattan Professional Group, Inc.'s DBAs - All Access Books, Vital Payroll, Business Document Center & Essential Planning
      (4) AMS Merchant Application and for 5410, Inc.'s DBA Internet Marketing Success
      (5) AMS Merchant Application and Agreement for 5410, Inc.'s DBA Internet Marketing Success
      (6) EVO Additional Location Form for 5410, Inc.'s DBA Success Merchant Processing from AMS
      (7) AMS Merchant Application and Agreement for 6015, LLC's DBA Cypress Corp Services
      (8) AMS Merchant Application for 6015, LLC's DBA Accounting Group Services
      (9) AMS Merchant Application and Agreement for HB Marketing Services, LLC's DBA HB Marketing Services, LLC
     (10) AMS Merchant Application and Agreement for HB Marketing Services, LLC's DBA HB Marketing Services, LLC
     (11) AMS Merchant Application and Agreement for Premier Coaching & Consulting, LLC's DBA Premier Coaching & Consulting, LLC
     (12) AMS Merchant Application and Agreement for Premier Coaching & Consulting, LLC's DBA Premier Coaching & Consulting, LLC

YY. May 2009 Bank of America bank statement for Visavis, Inc's accounts (ending in number 6921, 7904, 9210 & 6947)

ZZ. Real Estate Excise Tax Affidavit and Statutory Warranty Deed from the County of King, State of Washington regarding Tunkol, LLC purchase

AAA. September 2010 Bank of America bank statements for Tahuya, Inc.'s account (ending in number 6963, 6976, & 1960) and October 2010 Bank of America bank statement for Visavis, Inc.'s account (ending in number 6921, 7904, 9210, & 6947)

BBB. Real Estate Excise Tax Affidavit, the Special Warranty Deed, and the Trustee's Deed from the County of King, State of Washington regarding Harbor Live Work, LLC purchase

CCC. October 27, 2010 Real Estate Excise Tax Affidavit and Quit Claim Deed from the County of King, State of Washington

DDD. Portion of The Tax Club's printed website (thetaxclub.com)

FTC-TTC-000702

EEE. Corporate Tax Network's Contact Us webpage and domain name registration information results for corporatenetwork.com

FFF. Success Planning Group's Contact Us and Service Agreement webpages, and domain name registration information results for successplanninggroup.com

FTC-TTC-000703