UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

STATE OF NEW YORK, and

STATE OF FLORIDA,

      Plaintiffs,

   v.

THE TAX CLUB, INC., et al.,

      Defendants, and

SANDRA C. SAVAGE,

      Relief Defendant.

Case No.  13-CV-210 (JMF)

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND MONETARY RELIEF AS TO THE CORPORATE DEFENDANTS AND INDIVIDUAL DEFENDANTS BRENDON A. PACK AND MICHAEL M. SAVAGE AND FOR DISMISSAL OF DEFENDANT 1800ACCOUNTANT, LLC AND RELIEF DEFENDANT SANDRA C. SAVAGE

Plaintiffs, the Federal Trade Commission, the State of New York, and the State of Florida ("Plaintiffs") and Defendants Brendon A. Pack ("Pack"), Michael M. Savage ("Savage") and all of the corporate defendants except 1800Accountant, LLC ("Corporate Defendants") hereby move for entry of the attached Stipulated Final Judgment and Order for Permanent Injunction and Monetary Relief as to the Corporate Defendants and Individual Defendants Brendon A. Pack and Michael M. Savage (the "Proposed Final Order") and the dismissal, with prejudice, of Defendant 1800Accountant, LLC and Relief Defendant Sandra C. Savage.

The Proposed Final Order would require, *inter alia*, Pack and Savage to turn over and transfer assets with an estimated value in excess of $10 million.  The assets to be turned over and transferred include funds held in brokerage and bank accounts as well as commercial and residential properties identified in the Proposed Final Order.  In addition, Pack, Savage, and the Corporate Defendants will relinquish all rights and interests to Plaintiffs in funds held in certain specified merchant reserve accounts.  In addition, Pack, Savage and the Corporate Defendants are also required to adhere to specified conduct restrictions in connection with their future business activities.

In support of this motion, the parties state as follows:

1. Plaintiffs commenced this action on January 9, 2013 by filing their Complaint against Defendants Edward B. Johnson ("Johnson"), Michael M. Savage ("Savage"), Brendon A. Pack ("Pack"), Gary J. Milkwick ("Milkwick"), twelve corporate defendants ((1) The Tax Club, Inc., (2) Manhattan Professional Group, Inc., (3) 5410, Inc., (4) Marble Base, Inc., (5) 6015, LLC, (6) Ikongo, Inc., (7) Tahuya, Inc., (8) Visavis, Inc., (9) HB Marketing Services, LLC, (10) Premier Coaching & Consulting, LLC, (11) Skorpios Holdings, Inc. and (12) 1800Accountant, LLC) and Relief Defendant Sandra C. Savage, for injunctive and other equitable relief pursuant to Sections 13(b) and 19 of the Federal Trade Commission Act (the "FTC Act"), 15 U.S.C. §§ 53(b) and 57b, the Telemarketing and Consumer Fraud Abuse Prevention Act (the "Telemarketing Act"), 15 U.S.C. §§ 6101-6108, the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), §§ 501.201 et seq., and New York Executive Law § 63(12) ("NY Exec. Law").

2. On January 11, 2013, the Court granted in part Plaintiffs' request for a noticed temporary restraining order with immediate access to Defendants' business premises, with consent of the parties. [Dkt. No. 31].

3. On February 8, 2013, the Court entered a stipulated preliminary injunction order between the Plaintiffs and the Defendants. [Dkt. No. 74].

4. On March 18, 2013, Defendant Johnson and Defendants Savage, Pack, and the corporate defendants filed separate motions to dismiss the Plaintiffs' Complaint.  [Dkt. Nos. 79, 81].

5. On April 8, 2013, Plaintiffs filed an Amended Complaint in response to Defendants' motions to dismiss. [Dkt. No. 88].

6. On May 13, 2013, defendant 1800Accountant, LLC filed a separate motion to dismiss. [Dkt. No. 93].

7. On January 17, 2014, the Court denied the Defendants' motions to dismiss.  [Dkt. No. 122].

8. Plaintiffs and Savage, Pack, and the Corporate Defendants have agreed to and stipulated to the attached Proposed Final Order and separate Motion to Dismiss corporate defendant 1800Accountant and relief defendant Sandra Savage.  In agreeing and stipulating to the Proposed Final Order, Savage, Pack, and the Corporate Defendants neither admit nor deny any of the allegations in the Amended Complaint, except as specifically stated in the Proposed Final Order.  The Proposed Final Order includes provisions that, *inter alia*

    a. permanently bans Savage, Pack, and the Corporate Defendants from the marketing or sale of Business Coaching Services, Credit Development Services,

or Work-at-Home Opportunities, while allowing them to engage in the marketing

or sale of tax or accounting services (Section I);

b.   permanently enjoins Savage, Pack, and the Corporate Defendants from initiating

outbound telemarketing calls to induce the purchase of products or services

without the express agreement, in writing, of the person they are calling.  This

prohibition does not apply to fulfilling products and services on previous

purchases (Section II);

c.   permanently enjoins Savage, Pack, and the Corporate Defendants from, in

connection with telemarketing: (1) failing to disclose the identity of the seller; that

the purpose of the call is to sell goods or services; and the nature of those goods

and services; and (2) violating any provision of the Telemarketing Sales Rule, 16

C.F.R. Part 310 (Section III);

d.   permanently enjoins Savage, Pack, and the Corporate Defendants from making

misrepresentations, including but not limited to:

   i.   that consumers will recoup the cost of any of their products and services

      through the provision of any product or service any Defendant offers,

      and/or provision of a tax deduction, tax refund, or tax credit;

   ii.   that consumers will be able to transfer the cost of any of Defendants'

      products and services to their future businesses;

   iii.   that consumers will have unlimited access to advisors;

   iv.   that any advisors will provide specialized expert advice tailored to the

      consumers' specific needs;

4

     v.  that consumers will receive individualized business plans tailored to the consumer's particular business;

    vi.  that consumers will recoup the money they already paid to other companies if they purchase additional products and services from any Defendant;

   vii.  that any person or entity is affiliated or associated with, under contract with, acting in partnership with, endorsed or approved by, or otherwise connected to any other person, business entity, or government entity;

  viii.  the cost of any product or service;

    ix.  any material restriction, limitation, or condition on the product or service;

    x.  any material aspect of the nature or terms of any refund, cancellation, exchange, or repurchase policy for the product or service; and

   xi.  any material aspect of the performance, efficacy, nature, or central characteristics of the product or service (Section IV);

e.  appoints a liquidator to sell Savage and Pack's real property (Sections VI and VII); and

f.  requires Savage, Pack, and the Corporate Defendants to submit order acknowledgements, compliance reporting, recordkeeping and compliance monitoring (Sections IX - XII).

WHEREFORE, the Plaintiffs and Savage, Pack, and the Corporate Defendants respectfully request that the Court enter the attached Stipulated Final Judgment and Order for Permanent Injunction and Monetary Relief as to the Corporate Defendants and Individual

Defendants Brendon A. Pack and Michael M. Savage to resolve all matters of dispute between them in this action.

WHEREFORE, Plaintiffs and 1800Accountant, LLC and Sandra C. Savage request that the Court dismiss 1800Accountant and Sandra C. Savage with prejudice.

Respectfully submitted,

Dated May 29, 2014                    /s/ Ann F. Weintraub
                                      Darren Lubetzky
                                      Ann F. Weintraub
                                      Savvas Diacosavvas
                                      Federal Trade Commission
                                      Northeast Region
                                      1 Bowling Green, Suite 318
                                      New York, New York 10004
                                      Tel: 212-607-2829
                                      Fax: 212-607-2822
                                      *Counsel for Plaintiff*
                                      *Federal Trade Commission*

Dated May 29, 2014                    /s/ Robert G. Clements
                                      Robert G. Clements
                                      Office of the Attorney General
                                      135 W. Central Blvd., Suite 1000
                                      Orlando, Florida 32801
                                      Tel: 407-245-0833
                                      Fax: 407-245-0365
                                      *Counsel for Plaintiff State of Florida*

Dated May 29, 2014                    /s/ Judy S. Prosper
                                      Judy S. Prosper
                                      Office of the Attorney General
                                      Westchester Regional Office
                                      101 East Post Road
                                      White Plains, New York 10601
                                      Tel: 914-422-8824
                                      Fax: 914-422-8706
                                      *Counsel for Plaintiff State of New York*

Dated May 29, 2014                                 /s/ Judith A. Archer
                                               Judith A. Archer
                                               Peter Guirguis
                                               Sarah E. O'Connell
                                               Fulbright & Jaworski. L.L.P
                                               666 Fifth Avenue
                                               New York, New York, 10103
                                               Tel: 212-318-3000
                                               Fax: 212-318-3400
                                               *Counsel for Defendants Pack, Savage,*
                                               *and the Corporate Defendants*