UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FEDERAL TRADE COMMISSION et al.,            :
:
                    Plaintiffs,               :
:
       -v-                                                   :
:    13 Civ. 210 (JMF)
:
THE TAX CLUB, INC., *also doing business as*   :    ORDER
SUCCESS MERCHANT SERVICES, CORPORATE     :
TAX NETWORK, CORPORATE CREDIT, and E-TAX :
HOTLINE 8882790191, *a Utah* corporation, et al., :
:
                    Defendants.              :
:
------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED: 06/02/2014**

JESSE M. FURMAN, United States District Judge:

      In light of the consent judgments entered today in this case, this case has been resolved with respect to all Defendants except one, Gary Milkwick. It is hereby ORDERED that counsel for Plaintiffs and Defendant Milkwick shall submit a joint letter, not to exceed three pages, no later than **June 6, 2014**, updating the Court on the status of the case with respect to Milkwick. All dates and deadlines remain in effect. In particular, the remaining parties are reminded that June 14, 2014 is the deadline for the close of fact discovery and that there is a pretrial conference scheduled for June 18, 2014.

      Consistent with the consent judgments, the Clerk of Court is directed to (1) dismiss the case as to Defendants 1800Accountant, LLC and Sandra Savage and (2) terminate the case as to all Defendants except Defendant Milkwick.

      SO ORDERED.

Dated: June 2, 2014
      New York, New York

                                             _____
                                             JESSE M. FURMAN
                                           United States District Judge