```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
FEDERAL TRADE COMMISSION,            :
                                     :
STATE OF NEW YORK, and               :
                                     :   Case No.  13-CV-210 (JMF)
STATE OF FLORIDA,                    :
                                     :
         Plaintiffs,                 :
                                     :
    v.                               :
                                     :
THE TAX CLUB, INC., et al.,          :
                                     :
         Defendants, and             :
                                     :
SANDRA C. SAVAGE,                    :
                                     :
         Relief Defendant.           :
-------------------------------------x
```

**AMENDED NOTICE OF FIRST JOINT APPLICATION OF PETER B. ZLOTNICK, ESQ. AS LIQUIDATOR, FARRELL FRITZ, P.C., BSD ADVISORS, LLC, AND KARR TUTTLE CAMPBELL, P.S. FOR AN ORDER AUTHORIZING THE PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO THE STIPULATED FINAL JUDGMENTS AND ORDERS ENTERED JUNE 2, 2014**

**PLEASE TAKE NOTICE,** that upon the annexed Amended Declaration of the court-appointed liquidating receiver, Peter B. Zlotnick, Esq. (the "Liquidator"), dated August 15, 2014, together with the exhibits annexed thereto, the Declaration of Hernan Serrano, dated August 12, 2014, together with the exhibits annexed thereto, the Declaration of Diana K. Carey, dated August 14, 2014, together with the exhibits annexed thereto, and the accompanying Amended Memorandum of Law, the Liquidator, together with his counsel Farrell Fritz, P.C., his financial consultants BSD Advisors, LLC, and his local counsel in Seattle, Washington, Karr Tuttle Campbell, P.S., through his undersigned counsel will apply to the Court at 40 Foley Square, New York, New York, at a date to be determined by this Court for an Order: (i) authorizing the

payment of compensation for their professional fees and reimbursement of actual out-of-pocket expenses for the period June 2, 2014 through July 31, 2014, in the total aggregate amount of $357,146.85,[1] consisting of $335,760.87 in professional hourly time charges and $21,385.98 in actual out-of-pocket expenses, pursuant to Section VI.J of the Stipulated Final Judgment and Order for Permanent Injunction and Monetary Relief as to the Corporate Defendants and Individual Defendants Brendon A. Pack and Michael M. Savage, and Section V.I of the Stipulated Final Judgment and Order for Permanent Injunction and Monetary Relief as to Defendant Edward B. Johnson, both entered by the Court on June 2, 2014.

**PLEASE TAKE FURTHER NOTICE,** that opposition to this Application, if any, must be served so as to be received by the undersigned no later than two (2) weeks after receipt of these moving papers and reply papers, if any, shall be served no later than five (5) business days after receipt of the opposition papers.

Dated: New York, New York
       September 5, 2014

                                    Respectfully submitted,

                                    FARRELL FRITZ, P.C.

                                    /s/ *Peter B. Zlotnick*
                                    By:_____
                                         Peter B. Zlotnick (PBZ 5386)
                                    370 Lexington Avenue, Suite 8000
                                    New York, New York 10017
                                    (212) 687-1230
                                    *Attorneys for the Liquidator*

---

[1] Prior to the filing of this joint application, but after FF, BSD and KTC had finalized their firm's invoices for the First Application Period, I, in my capacity as the court-appointed Liquidator, and each of the professional firms that I engaged, agreed with the FTC to a one-time, across-the-board, 5% discount to be applied only to the fee portion of this application such that our combined invoiced fees in the amount of $353,432.50 have been reduced by 5% to $335,760.87 as the amount we are jointly seeking in this fee application.

2

TO:  Deborah Marrone
Darren H. Lubetzky
Ann F. Weintraub
Federal Trade Commission
Northeast Region
1 Bowling Green, Suite 318
New York, New York 10004
(212) 607-2829
*Attorneys for Plaintiff Federal Trade Commission*

Robert G. Clements
Office of the Attorney General
135 W. Central Blvd., Suite 1000
Orlando, Florida 32801
(407) 245-0833
*Counsel for Plaintiff State of Florida*

Judy S. Prosper
Office of the Attorney General
Westchester Regional Office
101 East Pond Road
White Plains, New York 10601
(914) 422-8824
*Counsel for Plaintiff State of New York*

Derek R. Young
Young Law Firm
45 Hendricks Isle Suite 2a
Fort Lauderdale, FL 33301
(561) 339-7787
*Counsel for Defendants Pack, Savage, and the Corporate Defendants*

Jeffrey D. Knowles
Roger A. Colaizzi
Michael C. Hartmere
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000
*Counsel for Defendant Edward B. Johnson*